MICHAEL BAILEY
United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DAVID A. PIMSNER
Arizona State Bar No. 007480
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Todd.Allison@usdoj.gov
Email: David.Pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | Case No. 20-8033MJ<br><br>**COMPLAINT PURSUANT TO 18 U.S.C. § 3184**<br><br>SEALED<br>**(Under Seal)** |

I, Todd M. Allison, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligations to the Republic of Iraq.

2. There is an extradition treaty in force between the United States and Iraq, Extradition Treaty Between the United States of America and Iraq, U.S.-Iraq, June 7, 1934, 49 Stat. 3380 (hereafter, the "Treaty").

3. Pursuant to the Treaty, the Government of Iraq has submitted a formal request through diplomatic channels for the extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif

Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri (hereafter, "Ahmed").

4. According to the information provided by the Government of Iraq, Ahmed has been charged with two counts of premeditated murder in violation of Article 406(1)(A) of the Iraqi Penal Code No. 111 for the year 1969 Amended. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00018 through EX-NOURI-00026, and EX-NOURI-00048 through EX-NOURI-00052.

5. Ahmed is accused of committing these offenses within the jurisdiction of Iraq. Judge Jabbar Hussein of the Magistrate Court of Al-Karkh in Iraq issued a warrant for Ahmed's arrest on May 12, 2019. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00048 through EX-NOURI-00052.

6. From my review of the documents provided with the extradition request, Iraq's arrest warrant was issued on the basis of the following facts:

    a. Ahmed served as the leader/Emir of a group of Al-Qaeda terrorists in Fallujah, Iraq. In 2006, the group planned and successfully executed two separate operations to kill Iraqi police officers: the first, to kill Issam Ahmed Hussein (hereafter, "Issam"), a First Lieutenant in the Fallujah Police Directorate, and the second, to kill Khalid Ibrahim Mohammad (hereafter, "Khalid"), a police officer in the Fallujah Police Directorate.

    b. On or about June 1, 2006, Issam was sitting with another individual (hereafter, "Eyewitness 1"), near a store on Street 40 in Al-Fallujah when two cars with masked and armed individuals pulled up. Six men got out of the cars and approached Issam and Eyewitness 1. One of the men held a gun to Eyewitness 1's head and told him/her not to move. Another of the men started to shoot at Issam, but his handgun malfunctioned. According to Eyewitness 1, Ahmed, who was not wearing a mask at that time, approached, pulled out a gun, and said, "leave him, this

is 1st Lieutenant Issam and he serves as a policeman." One of the other masked men told Ahmed to step back,[1] and another man shot Issam multiple times with an AK-47, killing him. Ahmed and the other armed men fled from the scene. Eyewitness 1 identified Ahmed as the Emir of the group of armed, masked men that conducted the shooting. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00087, EX-NOURI-00101 through EX-NOURI-00105.

  c. On or about October 3, 2006, Khalid was sitting outside a store on Street 40 in Fallujah with two other people when Ahmed and other individuals, whom were wearing masks and carrying various weapons, drove up in a car and began shooting at Khalid. Ahmed and the other men shot and killed Khalid, as well as the other two individuals with whom Khalid had been sitting, and then fled the scene.

  d. A local resident (hereafter, "Eyewitness 2") was an eyewitness to Khalid's murder. Eyewitness 2 lived near Ahmed and identified Ahmed as a local carpenter in Fallujah who was known for conducting assassination operations on members of the police force. Eyewitness 2 was sitting across the street from Khalid at the time of the murder. Eyewitness 2 witnessed a group of armed men pull up in a vehicle and start to open fire at Khalid. Eyewitness 2 recognized Ahmed among the assailants and later identified Ahmed in a multi-photograph line-up. During the murder, Eyewitness 2 saw Ahmed get out of the car and shoot Khalid. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00072, EX-NOURI-00075.

---

[1] The documents submitted with the extradition request contain two translated reports of Eyewitness 1's testimony. In one of the reports, Eyewitness 1 testified that the masked man responded to Ahmed by stating, "[S]tep back and don't interfere with this matter." *See* Exhibit A and B, at page Bates labeled EX-NOURI-00104. The other report includes Eyewitness 1's testimony that the masked man responded to Ahmed by stating, "Ali step back, it is not your business." *See* Exhibit A and B, at page Bates labeled EX-NOURI-00105.

- 3 -

  e. Another local resident (hereafter, "Eyewitness 3") was standing near the location where the shooting took place and was an eyewitness to Khalid's murder. Eyewitness 3 knew Ahmed and recognized him during the shooting when Ahmed's mask fell off. According to Eyewitness 3, Ahmed was one of the individuals who fired shots at Khalid. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00072, EX-NOURI-00074

  f. Subsequently in 2006, one of the members of Ahmed's group (hereafter, "Cooperator 1") was captured by coalition forces and turned over to the Iraqi police. Cooperator 1 admitted to being part of an Al-Qaeda group, of which Ahmed was the leader/Emir. Cooperator 1 confessed to working with Ahmed and other members of the group to kill police officers. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00072 through EX-NOURI-00073, EX-NOURI-00077 through EX-NOURI-00081, EX-NOURI-00084 through EX-NOURI-00085, EX-NOURI-00106 through EX-NOURI-00110.

  g. Cooperator 1 admitted to being involved in planning the operation to kill Khalid. Cooperator 1 and the rest of the group conducted surveillance of Khalid prior to the shooting. Cooperator 1 was present on the day of Khalid's murder and served a supporting role in that operation by driving one of the cars involved and was present where the shooting occurred. Cooperator 1 testified that Ahmed took part in the operation. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00072 through EX-NOURI-00073, EX-NOURI-00077 through EX-NOURI-00081, EX-NOURI-00084 through EX-NOURI-00085, EX-NOURI-00106 through EX-NOURI-00110.

  h. Cooperator 1 also told the police that he/she was present when Ahmed and other members of the group planned to kill Issam. Cooperator 1 said that he/she went to the murder location in a separate vehicle to conduct surveillance, but did

not get out and participate in the shooting. Later, Ahmed reported to Cooperator 1 that Ahmed had executed the operation to kill Issam with Ahmed's 9mm handgun. *See* Exhibits A and B, at pages Bates labeled EX-NOURI-00072 through EX-NOURI-00073, EX-NOURI-00077 through EX-NOURI-00081, EX-NOURI-00084 through EX-NOURI-00085, EX-NOURI-00106 through EX-NOURI-00110.

7. Ahmed may be found within the jurisdiction of this Court at 16512 West Quail Run Road, Surprise, Arizona 85387.

8. Tom Heinemann, an attorney in the Office of the Legal Adviser of the United States Department of State, has provided the United States Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the Treaty, stating that the offense for which extradition is sought is provided for by the Treaty, and confirming that the documents supporting the request for extradition are properly certified by the principal United States diplomatic or consular officer in Iraq, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence. *See* Exhibits A and B, pages Bates labeled EX-NOURI-00001 through EX-NOURI-00013.

9. The declaration from the United States Department of State with its attachments, including a copy of the diplomatic note from Iraq, a copy of the Treaty, and the certified documents submitted in support of the extradition request, (marked collectively as United States' Exhibit A) are filed with this Complaint under seal and incorporated by reference herein. The United States seeks to maintain Exhibit A under seal, as the documents identify names, addresses, and personal identifiers of the victims' relatives, eyewitnesses who reside in Iraq, and a cooperating defendant. The United States submits as Exhibit B to this Complaint a redacted version of the declaration from the United States Department of State with its attachments, including a copy of the diplomatic note from Iraq, a copy of the Treaty, and the certified documents submitted in support of the

extradition request, which are contemplated to be filed on the public docket upon the unsealing of the arrest warrant and Complaint.

10. Ahmed would be likely to flee if he learned of the existence of a warrant for his arrest. Accordingly, the United States requests that this Complaint and any resulting Arrest Warrant remain sealed until such time as the warrant is executed.

WHEREFORE, the undersigned requests that a warrant for the arrest of Ali Youssef Ahmed Al-Nouri be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Iraq, so that the fugitive may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered. Furthermore, the United States requests that this Complaint (including Exhibits A and B) and the arrest warrant be placed under seal of the Court. After the United States executes the arrest warrant, the United States will file a motion to unseal the Complaint, arrest warrant, and Exhibit B (the redacted version of the documents provided with the extradition request).

Respectfully submitted this 28th day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

_____
TODD M. ALLISON
Assistant United States Attorney

Sworn to me and subscribed in my presence this 29th day of January, 2020, and a warrant shall issue.

_____
THE HONORABLE JOHN Z. BOYLE
United States Magistrate Judge