# Exhibit B



DISTRICT OF COLUMBIA, ss:

DECLARATION OF TOM HEINEMANN

I, Tom Heinemann, declare and say as follows:

1. I am the Assistant Legal Adviser for the Office of Law Enforcement and Intelligence in the Office of the Legal Adviser for the Department of State, Washington, D.C. This office has responsibility for extradition requests, and I am charged with the extradition case of Ali Youssef Ahmed al-Nouri. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. In accordance with the provisions of the extradition treaty in full force and effect between the United States and Iraq, the Embassy of the Republic of Iraq has submitted a diplomatic note dated October 17, 2019, requesting the extradition of Ali Youssef Ahmed al-Nouri. A copy of the diplomatic note and translation is attached to this declaration.

3. The relevant and applicable treaty provisions in full force and effect between the United States and Iraq are found in the Extradition Treaty between the Kingdom of Iraq and the Republic of the United States of America, signed June 7, 1934 (the "Treaty"). A copy of the Treaty is attached to this declaration.

4. The offense for which extradition is sought is covered by Article II of the Treaty.

5. In accordance with Article XII of the Treaty, the Government of the United States provides legal representation in the United States courts for Iraq in its extradition requests, and Iraq provides legal representation in its courts for extradition requests made by the United States.

20016947-1

# United States of America

## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

I [illegible]fy That Tom Heinemann, whose name is subscribed to the document hereunto annexed, was [illegible]h[illegible] of subscribing the same Assistant Legal Adviser, Office of the Legal Adviser, Department [illegible]Sta[illegible]nited States of America, and that full faith and credit are due to his acts as such.

***This certificate is not valid if it is removed or altered in any way whatsoever***

In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifteenth day of January, 2020.

*Issu[illegible]suant to CHXIV, [illegible] Sept[illegible]1789, 1 Stat. 68-[illegible] USC[illegible] 22USC 2651a; [illegible] 301;[illegible]SC 1733 et. seq.; [illegible] 144[illegible]ULE 44 Federal Ru[illegible] Civi[illegible]dure.*

Secretary of State

By

Assistant Authentication Officer,
Department of State

6. The documents submitted by the Government of the Republic of Iraq in support of its extradition request were certified on October 24, 2019, by David Ian Hopper, Consul General of the United States in Iraq, in accordance with Title 18, United States Code, Section 3190. Mr. Hopper, at the time of his certification, was the principal consular officer of the United States in the Republic of Iraq.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 15, 2020.

TOM HEINEMANN

Attachments:
1. Copy of Note
2. Copy of Treaty

MINISTRY OF FOREIGN AFFAIRS
LEGAL DEPARTMENT

وزارة الخارجية
الدائرة القانونية

REPUBLIC OF IRAQ

العدد: 1/9/استرداد – امريكا/3/58
التاريخ: 2019/10/17

(عاجل جداً)

تهدي وزارة خارجية جمهورية العراق اطيب تحياتها الى سفارة الولايات المتحدة الامريكية في بغداد، وتتشرف بأن ترسل إليها ملف الاسترداد الخاص بالمتهم (**علي يوسف احمد النوري**) باللغة العربية والانجليزية والصادر بحقه امراً بالقبض من محكمة تحقيق الكرخ المختصة بالقضايا الارهابية وفق احكام المادة (406)، ق.ع.ع لقيامة (**بعمليات قتل مع مجموعة ارهابية مسلحة**)، لغرض تصديقه ومن ثم ايداعه لدى السلطات الامريكية المختصة للنظر في امر استرداده على ذمة القضية المطلوب عنها استناداً الى اتفاقية التعاون القانوني والقضائي بين العراق والولايات المتحدة الامريكية رقم 12 سنة 1936.

**تغدو الوزارة ممتنة لو تفضلت السفارة الموقرة بإيداع ملف الاسترداد بعد تصديقه من قبلها الى السلطات القضائية المختصة في الولايات المتحدة الامريكية للنظر في امر استرداد المتهم (علي يوسف احمد النوري).**

**تغتنم الوزارة هذه المناسبة للأعراب عن فائق احترامها وتقديرها.**

REPUBLIC OF IRAQ - MINISTRY OF FOREIGN AFFAIRS
Legal Department
جمهورية العراق - وزارة الخارجية
الدائرة القانونية

2019/10/16

**سفارة جمهورية الولايات المتحدة الامريكية/ بغداد**

legdep@mofa.gov.iq www.mofa.gov.iq +(964) 537 299 1-9/ ext: 1409



# MINISTRY OF FOREIGN AFFAIRS

LEGAL DEPARTMENT REPUBLIC OF IRAQ

Number: 9/1 Extradition-America 3/ --58

Date: 10/17/2019

Extremely Urgent

The Ministry of Foreign Affairs presents its best complements to the Embassy of the United States of America in Baghdad, and have the honor to send the extradition file related to the accused (Ali Youssef Ahmed al-Nouri) in the Arabic language and the English, and whom a warrant for his arrest was issued by Al-Karkh Inquiry Court which specializes in terrorism cases, in accordance with article (406) Iraqi Penal Code, for carrying out (acts of killing with an armed terrorist group), for the purpose of certifying it and then filing it with the relevant American authorities to consider the matter of extraditing him for the case he is wanted for in accordance with the treaty of legal and judicial cooperation between Iraq and the, United States, number 12 for the year 1936.

The Ministry would be grateful if the revered Embassy file the extradition file, after it certifies it, with the proper judicial authorities in the United States of America to consider the matter of extraditing the accused (Ali Youssef Ahmed al-Nouri)

The Ministry seizes the opportunity to express its utmost respect and appreciation.

[Seal of the Ministry of Foreign Affairs

[Signature]

10/16/2019

Embassy of the United States of America/Baghdad

legdep@mofa.gov.iq www.mofa.gov.iq + (964)537 299 1-9/ext: 1409

TREATY SERIES, No. 907

# EXTRADITION

## TREATY BETWEEN THE UNITED STATES OF AMERICA AND IRAQ

Signed at Baghdad, June 7, 1934.
Ratification advised by the Senate of the United States, February 6, 1935.
Ratified by the President of the United States, February 25, 1935.
Ratified by Iraq, April 22, 1936.
Ratifications exchanged at Baghdad, April 23, 1936.
Proclaimed by the President of the United States, April 28, 1936.

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1936

For sale by the Superintendent of Documents, Washington, D. C. - - - - - - - - - - Price 5 cents

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA.

A PROCLAMATION.

WHEREAS an Extradition Treaty between the United States of America and the Kingdom of Iraq was concluded and signed by their respective Plenipotentiaries at Baghdad, on the seventh day of June, one thousand nine hundred and thirty-four, the original of which Extradition Treaty, being in the English and Arabic languages is word for word as follows:

## EXTRADITION TREATY BETWEEN THE KINGDOM OF IRAQ AND THE REPUBLIC OF THE UNITED STATES OF AMERICA.

The President of the United States of America on the one part and His Majesty the King of Iraq on the other part

Being desirous to conclude a Treaty for the extradition of criminals, have appointed the following Plenipotentiaries:

The President of the United States of America:
Paul Knabenshue, Minister Resident of the United States of America in Baghdad

His Majesty the King of Iraq:
His Excellency Doctor Abdullah Beg al Damluji, Minister for Foreign Affairs,

Who, after having communicated to each other their respective full powers, found in good and due form, have agreed upon the following articles:

ARTICLE I

Agreement has been reached between the High Contracting Parties to deliver up to each other reciprocally, upon mutual requisition duly made pursuant to the provisions of this Treaty, any person charged with or convicted of any of the crimes specified in Article II of this Treaty committed within the jurisdiction of one of the High Contracting Parties while said person was actually within such jurisdiction when committing the crime and who shall be found within the territories of the other High Contracting Party, provided that such surrender shall take place only in the following circumstances:

(a) When the person whose surrender is requested is charged with a crime, provided there shall be produced sufficient evidence, according to the laws of the country where that person is found, to justify his apprehension and commitment for trial if the crime had been there committed.

(b) When the person whose surrender is requested has been duly convicted, and when sufficient evidence is produced to prove that the said person is actually the person convicted.

ARTICLE II

Persons shall be delivered up according to the provisions of this Treaty, who shall have been charged with or convicted of any of the following crimes if they are punishable by the laws of both countries:

1. Murder, including parricide, assassination, willful murder with premeditation, manslaughter when committed voluntarily by the perpetrator, and also the crimes of poisoning or infanticide.
2. The attempt to commit murder.
3. Rape, abortion, carnal knowledge of children under the age of 12 years.
4. Illegal polygamy.
5. Arson.
6. Any malicious act done with intent to endanger the safety of persons traveling or being on railroads.
7. Crimes committed at sea:
   (a) Piracy, as commonly known and defined by the law of nations, or by statute;
   (b) Willfully sinking or destroying vessels at sea or attempting to do so;
   (c) Mutiny or conspiracy by two or more members of the crew or other persons on board of a vessel on the high seas for the purpose of rebelling against the authority of the captain or commander of such vessel, or by fraud or violence taking possession of such vessel;
   (d) Assault on board ships with intent to do bodily harm.
8. Burglary, defined to be the act of breaking into and entering the house of another in the night with intent to commit a felony therein.
9. The act of breaking into and entering into the offices of the Government and public authorities, or the offices of banks, banking houses, savings banks, trust companies, insurance companies, or other buildings not dwellings with intent to commit a felony therein.
10. Robbery, defined to be the act of feloniously and forcibly or unlawfully taking from the person of another, goods or money by violence or by putting him in fear.
11. Forgery or the utterance or the use of anything forged.
12. The forgery or falsification of the official acts of the Government or public authority, including courts of justice, or the uttering or fraudulent use of the same.
13. The fabrication of counterfeit money, whether coin or paper, counterfeit titles or coupons of public debt, created by national, state, provincial, territorial, local, or municipal governments, banknotes or other instruments of public credit; also counterfeit seals, stamps, dies, and marks of state or public administrations, and the utterance, circulation, or fraudulent use of the above mentioned objects.
14. Embezzlement and malversation committed within the jurisdiction of one or the other High Contracting Party by public officials

or depositaries, where the amount embezzled exceeds one hundred and fifty American Dollars or forty Iraq Dinars.

15. Embezzlement by persons hired, salaried, or employed, to the detriment of their employers or principals, and where the amount embezzled exceeds one hundred and fifty American Dollars or forty Iraq Dinars.

16. Kidnapping of minors or adults, defined to be the abduction or detention of a person or persons, in order to exact money from them or their families, or for any other unlawful end.

17. Larceny, defined to be the theft of effects, personal property, or money, exceeding in value one hundred and fifty American Dollars or forty Iraq Dinars.

18. Obtaining money, valuable securities or other property by false pretenses or receiving any money, valuable securities or other property knowing the same to have been unlawfully obtained, where the amount of money or the value of the property so obtained or received exceeds one hundred and fifty American Dollars or forty Iraq Dinars.

19. Perjury or subornation of perjury.

20. Fraud or breach of trust by a bailee, banker, agent, factor, trustee, executor, administrator, guardian, director, or official of any company or corporation, or by anyone in any fiduciary position, where the amount of money or the value of the property misappropriated exceeds one hundred and fifty American Dollars or forty Iraq Dinars.

21. Bribery.

22. Crimes punishable by the bankruptcy laws.

23. Crimes punishable by the laws for the suppression of the traffic in narcotics.

24. Crimes punishable by the laws for the suppression of slavery and slave trading.

25. Extradition shall also take place for participation in any of the aforesaid offences as an accessory before or after the fact, provided such participation be punishable by imprisonment by the laws of both High Contracting Parties even though after the fact it may be a crime within itself and known by a particular name in the laws of either of the Contracting States.

## Article III

The provisions of this Treaty shall not import claim of extradition for crimes of a political character nor for acts connected with such crimes; and no person surrendered by or to either of the High Contracting Parties in virtue of this Treaty shall be tried or punished for a political crime. When the crime charged comprises the act either of murder or assassination or of poisoning, either consummated or attempted, the fact that the crime was committed or attempted against the life of the sovereign or head of a foreign state or against the life of any member of his family, shall not be deemed sufficient to sustain that such a crime was of a political character, or was an act connected with crimes of a political character.

ARTICLE IV

No person surrendered shall be tried for any crime other than that for which he was surrendered without the consent of the surrendering High Contracting Party, unless he has been at liberty to leave the country one month after the date of his trial, or, in case of conviction, after having suffered his punishment or having been pardoned.

This Article shall not be applicable to crimes committed after the surrender.

ARTICLE V

A fugitive criminal shall not be surrendered under the provisions of this Treaty, when from lapse of time or other lawful cause, according to the laws of the place within the jurisdiction of which the crime was committed, the criminal is exempt from prosecution or punishment for the crime for which the surrender is asked.

ARTICLE VI

If a fugitive criminal whose surrender is claimed pursuant to the stipulations of this Treaty, be actually under prosecution, out on bail or in custody, for a crime committed in the country where he has sought asylum, or shall have been convicted thereof, his extradition may be deferred until such proceedings be determined, and until he shall have been set at liberty in due course of law.

ARTICLE VII

If a fugitive criminal claimed by one of the High Contracting Parties shall be also claimed by one or more powers pursuant to Treaty provisions, on account of crime committed within their jurisdiction, such criminal shall be delivered to that state whose demand is first received unless that state shall have abandoned its claim.

ARTICLE VIII

Under the stipulations of this Treaty, neither of the High Contracting Parties shall be bound to deliver up its own citizens.

ARTICLE IX

The expense of the arrest of the person claimed, also the expense of his detention, examination and transportation shall be paid by the state which has preferred the demand for extradition.

ARTICLE X

Everything found in the possession of the fugitive criminal at the time of his arrest, whether being the proceeds of the crime, or which may be material as evidence in making proof of the crime, shall, so far as practicable, according to the laws of the High Contracting Parties, be delivered up with his person at the time of the surrender. Nevertheless, the rights of a third party with regard to the articles aforesaid shall be duly respected.

ARTICLE XI

The stipulations of this Treaty shall be applicable to all territory wherever situated, belonging to either of the High Contracting Parties or in the occupancy and under the control of either of them, during such occupancy or control.

Requisitions for the surrender of fugitive criminals from justice pursuant to the stipulations of this Treaty shall be made by diplomatic intercourse.

The arrest of the fugitive criminal shall be brought about in accordance with the laws of the country to which the request is made, and if, after an examination, it shall be decided, according to the law and evidence, that extradition is due pursuant to this Treaty, the fugitive criminal shall be surrendered according to the forms of law prescribed in such cases.

The person provisionally arrested shall be released, unless within three months from the date of arrest in Iraq, or from the date of commitment in the United States of America, the formal requisition for surrender with the documentary proofs hereinafter prescribed be made as aforesaid.

If the fugitive criminal shall have been convicted of the crime for which his surrender is asked, a copy of the sentence of the court before which such conviction took place, duly authenticated, shall be produced.

If, however, the fugitive criminal is merely charged with crime, a duly authenticated copy of the warrant of arrest in the country where the crime was committed, and copies of the depositions upon which such warrant may have been issued, shall be produced, with such other evidence or proof as may be deemed competent in the case.

For the purpose of this Treaty, judgment in default shall not be considered as conviction but the person so convicted may be considered merely as charged with the crime.

ARTICLE XII

If a request is made by either of the High Contracting Parties for the arrest, detention or extradition of fugitive criminals, the appropriate legal officials of the country where the proceedings of extradition are held, shall assist the officials of the High Contracting Party demanding the extradition before the appropriate judges and magistrates, by every legal means within their power; and no claim for compensation for the services so rendered shall be made against the High Contracting Party demanding the extradition; provided, however, that any official or officials of the surrendering High Contracting Party so giving assistance who shall, in the course of their duty, receive no salary or compensation other than specific fees for services performed, the High Contracting Party demanding the extradition shall pay such official or officials the customary fees for the acts or services performed by them, in the same manner and to the same amount as though such acts or services had been performed in ordinary criminal proceedings under the laws of the country of which they are officials.

ARTICLE XIII

This Treaty shall be ratified by the High Contracting Parties in accordance with their respective constitutional methods and shall take effect from the day of the exchange of the ratifications thereof; but either High Contracting Party may at any time terminate the Treaty on giving to the other six months' notice of its intention to do so.

The ratification of the present Treaty shall be exchanged at Baghdad as soon as possible.

In witness whereof the respective Plenipotentiaries have signed this Treaty, and have hereunto affixed their seals.

Done in duplicate in Arabic and English, of which in the case of divergence, the English text shall prevail, at Baghdad this seventh day of June, 1934 corresponding with the twenty-fourth day of Safar, 1353 Hijrah.

ABDULLAH AL DAMLUJI
[Signature in Arabic]

[SEAL]

PAUL KNABENSHUE

[SEAL]

AND WHEREAS the said Extradition Treaty has been duly ratified on both parts, and the ratifications of the two Governments were exchanged in the City of Baghdad, on the twenty-third day of April, one thousand nine hundred and thirty-six;

NOW, THEREFORE, be it known that I, Franklin D. Roosevelt, President of the United States of America, have caused the said Extradition Treaty to be made public, to the end that the same and every article and clause thereof may be observed and fulfilled with good faith by the United States of America and the citizens thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of the United States of America to be affixed.

DONE at the city of Washington this twenty-eighth day of April, in the year of our Lord one thousand nine hundred and thirty-six, and of the Independence of the United States of America the one hundred and sixtieth.

[SEAL]

FRANKLIN D ROOSEVELT

By the President:

CORDELL HULL

*Secretary of State.*

O



MA
SS

U.S. Department of State

**CERTIFICATE TO BE ATTACHED TO DOCUMENTARY EVIDENCE ACCOMPANYING REQUISITIONS IN THE UNITED STATES FOR EXTRADITION**

**AMERICAN FOREIGN SERVICE**

U.S. Embassy Baghdad, Iraq 10-24-2019
Place and Date *(mm-dd-yyyy)*

I, David Ian Hopper (Name), Consul General (Title)

of the United States of America at the United States Embassy in Baghdad, Iraq

hereby certify that the annexed papers, being Supplemental Extradition Documents

proposed to be used upon an application for the extradition from the United States of America Ali Yousif Ahmed Al Noori,

charged with the crime of murder

alleged to have been committed in Iraq

are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tribunals of Republic of Iraq

as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed

this 24th day of October 2019 (Month and Year)

CRIMINAL DIVISION 2019 OCT 30 AM 10: 29 OFFICE OF INTERNATIONAL AFFAIRS RECEIVED

[Signature]
Signature

EMBASSY OF THE UNITED STATES OF AMERICA BAGHDAD

David Ian Hopper, Consul General
Type Name and Title of Certifying Officer of the United States of America.

DS-0036
05-2017

2019 00857 / CRM-95-100-27734

MINISTRY OF FOREIGN AFFAIRS
LEGAL DEPARTMENT

وزارة الخارجية
الدائرة القانونية

REPUBLIC OF IRAQ

العدد: 1/9/استرداد – امريكا3/ 58
التاريخ: 17/ 10/ 2019

(عاجل جداً)

تهدي وزارة خارجية جمهورية العراق اطيب تحياتها الى سفارة الولايات المتحدة الأمريكية في بغداد، وتتشرف بأن ترسل إليها ملف الاسترداد الخاص بالمتهم (**علي يوسف احمد النوري**) باللغة العربية والانجليزية والصادر بحقه امراً بالقبض من محكمة تحقيق الكرخ المختصة بالقضايا الارهابية وفق احكام المادة (406)، ق.ع.ع لقيامة (**بعمليات قتل مع مجموعة ارهابية مسلحة**)، لغرض تصديقه ومن ثم ايداعه لدى السلطات الامريكية المختصة للنظر في امر استرداده على ذمة القضية المطلوب عنها استناداً الى اتفاقية التعاون القانوني والقضائي بين العراق والولايات المتحدة الامريكية رقم 12 سنة 1936.

**تغدو الوزارة ممتنة لو تفضلت السفارة الموقرة بإيداع ملف الاسترداد بعد تصديقه من قبلها الى السلطات القضائية المختصة في الولايات المتحدة الامريكية للنظر في امر استرداد المتهم (علي يوسف احمد النوري).**

**تغتنم الوزارة هذه المناسبة للأعراب عن فائق احترامها وتقديرها.**

REPUBLIC OF IRAQ - MINISTRY OF FOREIGN AFFAIRS
Legal Department
جمهورية العراق / وزارة الخارجية
الدائرة القانونية

**سفارة جمهورية الولايات المتحدة الامريكية/ بغداد**

2019/10/16

legdep@mofa.gov.iq www.mofa.gov.iq +(964) 537 299 1-9/ ext: 1409

بسم الله الرحمن الرحيم

جمهورية العراق
مجلس القضاء الأعلى
رئاسة الادعاء العام
شعبة الاسترداد

العدد: ٧٥/س/٢٠١٩
التاريخ: / ٢٠١٩/١٠

وزارة الخارجية
الدائرة القانونية
الواردة
العدد ١٤٨١٨
التاريخ ١٧/١٠/٢٠١٩

وزارة الخارجية/الدائرة القانونية

م/ ملف استرداد

اشارة الى كتاب رئاسة محكمة استئناف الكرخ الاتحادية/شعبة العلاقات العامة والشؤون القانونية المرقم (١٣٦٧٨) في ٩/١٠/٢٠١٩م.

نرفق طيا" ملف الاسترداد باللغتين العربية والانكليزية الخاص بالمتهم ( علي يوسف احمد النوري) والصادر بحقه امرا" بالقبض من محكمة تحقيق الكرخ المختصة بالقضايا الإرهابية وفق إحكام المادة (٤٠٦) عقوبات لقيامة بعمليات قتل مع مجموعة إرهابية مسلحة .

ونظرا" لاستيفاء الملف للشروط والضوابط المنصوص عليها بالمادة الحادية عشر من اتفاقية التعاون القانوني والقضائي بين العراق والولايات المتحدة الأمريكية والمصادق عليها بالقانون رقم ١٢ لسنة ١٩٣٦ .

عليه راجين إيداعه لدى السفارة الامريكية في بغداد لغرض تصديقه ومن ثم ايداعه السلطات القضائية الأمريكية بالطرق الدبلوماسية للنظر في امر استرداده الى سلطاتنا على ذمة القضية المطلوب عنها وأعلامنا إجراءاتكم بالسرعة الممكنة .

مع التقديـر .

مجلس القضاء الأعلى
رئاسة الادعاء العام
الصادرة
العدد /
التاريخ / / ٢٠١

القاضي
موفق محمود محمد صالح
رئيس الادعـــــاء العام
٢٠١٩/١٠/١٤

المرفقات// ملف استرداد بنسختين العربية والانكليزية

نسخه منه الى//

- مجلس القضاء الاعلى/مكتب رئيس المجلس / اشارة الى هامشكم الموقر والمؤرخ ٢٠١٩/٦/١٢ على مذكرتنا بذات التاريخ للتفضل بالاطلاع مع فائق التقدير.
- وزارة الداخلية/مديرية الشرطة العربية والدولية / اشارة الى كتابكم المرقم( ٢٠١٩/١١٣/استرداد ج/١١٦١٨ ) في ٢٠١٩/٧/٢١ للعلم مع التقدير.
- رئاسة محكمة استئناف الكرخ الاتحادية/شعبة العلاقات العامة والشؤون القانونية /إشارة الى كتابكم اعلاه للعلم مع التقدير.

 

Al-Karkh Investigative Court specialized in terrorism cases

Office of the Judicial Investigator specialized in

Deciding National Security Cases

Index of the investigative documents relative to the accused fugitive (Ali Yousif Ahmed Al-Nouri)

In accordance with the provisions of article 406/1/A in the Iraqi penal code number 111 for the year 1969 Amended.

| From | To | Notes |
|---|---|---|
| 1 | 1 | 1.Case Summary |
| 2 | 9 | 2.Investigative procedure (Iraqi Law) |
| 10 | 20 | 3.Priorities and Information regarding the accused fugitive (Ali Yousif Ahmed Al-Nouri). |
| 21 | 29 | 4.Identification hearing |
| 30 | 35 | 5.Arrest warrant for the accused fugitive Ali Yousif Ahmed Al-Nouri |
| 36 | 41 | 6.1Priorities and Information regarding the killing incident of the victim (Khalid Ibrahim Mohammad) |
| 42 | 47 | 6.2Plaintiff statements (Khalid Ibrahim Mohammad' case) |
| 48 | 50 | 6.3Opening of the record (Khalid Ibrahim Mohammad' case) |
| 51 | 53 | 6.4Inspection and a sketch of the place of the incident + details of the area of the incident (Khalid Ibrahim Mohammad' case) |
| 54 | 65 | 6.5Eyewitnesses statements (Khalid Ibrahim Mohammad' case) |
| 66 | 68 | 6.6Crime scene walk through (Khalid Ibrahim Mohammad' case) |
| 69 | 73 | 7.1Priorities and Information regarding the killing incident of the victim (Issam Ahmad Hussein' case) |
| 74 | 82 | 7.2Plaintiff statements (Issam Ahmad Hussein' case) |
| 83 | 94 | 7.3Eyewitnesses statements (Issam Ahmad Hussein' case) |
| 95 | 99 | 8.Intelligence reports (Khalid Ibrahim Mohammad' case and Issam Ahmad Hussein' case) along with the judicial investigator review and decisions of the investigative judge |
| 100 | 103 | 9.[redacted] |





**Case of the accused (Ali Yousif Ahmed Al-Nouri)**

## Case Summary

I judge Jabbar Hussein am the investigative judge specialized with matters related to Iraq National Security Service. I graduated from the Law College at Baghdad University in the year 2001. I began working at various Iraqi entities since 14/3/2004 and have been working in the capacity as a Judge since 23/7/2014. My experience in the judicial system started with the Central Investigative Court and then with the Federal Court of appeal of Baghdad/Al-Rasafa and after that the Federal Court of Al-Karkh. Currently I am the sitting judge of the Investigative Court of Law specialized in terrorism cases. I was assigned to investigate crimes that violate the rights of Iraqi Citizens one of which is the crime of homicide in article 406/1/A of the Iraqi Penal Code and our investigation is ongoing in the murder case of the victim Khalid Ibrahim Mohammad that occurred in Al-Fallujah, Iraq on 3/10/2006 and the murder case of the victim Issam Ahmed Hussein that occurred in Al-Fallujah on 1/6/2006. Based on the conducted investigations, the available evidence indicates that the crimes were committed by Ali Yousif Ahmed Al-Nouri and his group of Al-Qaeda organization in Iraq. Based on Social media searches, Ali Yousif Ahmed Al-Nouri is currently located in the United States in the State of Arizona and according to the attached report dated 30/8/2018. Based on the enclosed statements of witnesses among them [redacted] who pointed out a photo of the accused (Ali Yousif Ahmed Al-Nouri) from a number of photos of other people according to the copy of the ID of record attached with this case. Therefore Ali Yousif Ahmed Al-Nouri is now the wanted person to be turned over in this request. It is worth mentioning that Ali Yousif Ahmed is known by other names and they are: Ali Ahmed, Ali Yousif Ahmed Al-Nouri, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, and he is currently using the name Ali Yousif Ahmed. I am also attaching the summary of the investigation that I have conducted along with documents that support this investigation.

Signature

The Judge

Jabbar Hussein 'Alyawi





# Investigative Procedure
# (Iraqi Laws)

مجلس القضاء الأعلى
رئاسة
الادعاء العام
ع/ رئيس مجلس
القضاء الاعلى

2

EX-NOURI-00019

**Accused case (Ali Yousif Ahmed)**



Based on the investigation conducted by Al-Karkh Investigative Court and the investigation conducted previously by Al-Ramadi Investigative Court, the accused (Ali Yousif Ahmed Al-Nouri) is wanted according to Article 406 of the Iraqi Penal Code regarding the murder case of both victims Police Officer (Khalid Ibrahim Mohammad) and First Lieutenant (Issam Ahmed Hussein). This extradition file is related to these two incidents only and as far as other cases for which the accused is wanted for, these cases are still under investigation and no legal proceedings have been taken yet against him. In case charges are brought up against him, a new extradition file will be presented according to the diplomatic procedures between Iraq and United States.

Signature

The Judge

Jabbar Hussein 'Alyawi



((Legal Article))

Legal Article (406) of the Iraqi Legal Code number (111) for the year 1969 as Amended; which is related to the case of the accused (Ali Yousif Ahmed Al-Nouri)

1- Any person who willfully kills another is punishable by death in any of the following circumstances:
   a. If such killing was premeditated
   b. If such killing occurred as a result of the use of toxic substances or shots or explosives
   c. If the motive for such killing was despicable or in exchange for money or if the offender used brutal methods in the commission of the offense
   d. If the victim was from the same lineage as the offender
   e. If the victim was a public official or agent while in the course of executing his duty or employment or if he was killed as a consequence of such duty or employment
   f. If the offender intended on killing two people or more and does so as a result of a single act
   g. If the premeditated murder was related to one or more other premeditated murders or attempted premediated murders
   h. If the killing was committed as a prelude to the commission of a felony or misdemeanor punishable by a period of detention of not less than 1 year or in order to facilitate the commission of such offense or while carrying out such offense or in order to enable the offender or his accessory to make his escape or avoid punishment
   i. If the offender was sentenced to life imprisonment for a premeditated murder and he committed a premeditated murder or attempted to do so during the term of his sentence
2- The penalty will be death or life imprisonment in the following circumstances:
   a. If the offender intended to kill one person but his action resulted in the death of two or more people
   b. If the offender decimated the body of the victim after his death
   c. If the offender was sentenced to life imprisonment in circumstances others than those described in sub-Article (1-i) of this Article and he committed a premeditated murder during the term of his sentence

Stamp

Signature

Stamp

Signature

The Judge

Jabbar Hussein

**Al-Karkh Investigative Court**

**Specialized in Terrorism Cases**

**Clarification of an investigative process**

Arrest warrants issued by the Iraqi courts in accordance to the provisions of the legal articles mentioned in the Iraqi statute number 111, for the year 1969 Amended, stay in effect (They don't become invalid due to a statute of limitations). This is according to legal article 94/A of the criminal procedure code (23) for the year 1971 which states (The arrest warrant is valid in all areas of Iraq and must be executed by anyone to whom it is sent. It remains current until it has been executed or cancelled by the party issuing it or by a higher authority with legal right to do so).

Pursuant to the Iraqi Penal Code 111 for the year 1969, there is no statute of limitations for the charge of murder and the warrant is no way time barred and based on that a clarification was provided for the investigation process.

Signature

The Judge

Jabbar Hussein 'Alyawi



Al-Karkh Investigative Court

Specialized in Terrorism Cases

Clarification of an investigative process

Murders according to Article 406/1/A of the Iraqi Penal Code is one of premeditated murder that is a part of the Iraqi Penal Code that meets the criteria of the intention to commit the crime according to Article (33) of Iraqi Penal Code 111 for year 1969 Amended, states the following:-

Article (33):

1- The intention to commit a crime is the offender willingness to commit the act of the crime for the purpose of the result of the crime that took place or any other criminal result.
2- The intention can be simple or premeditated.
3- Premeditated is the thought of the offender to commit the crime before it is committed away from anger or psychological disturbance.
4- Premeditation is accomplished whether the crime was intended against a specific person or nonspecific person that the offender found or came across and whether the intention was conditional or pending an event.

And for that a clarification for the investigative process was provided.

Signature

Judge Jabbar



**The accused: - (Ali Yousif Ahmed Al-Nouri)**

**Statement to indicate that the Iraqi statute sides with the maximum penalty as a punishment.**

The Iraqi penal code number (111) for the year 1969, which, in effect, applies the maximum penalty in accordance with provisions of legal article (23), which states (Crimes in terms of gravity are three kinds: felonies, misdemeanor and violations. The crime type is determined by the severity of the punishment assigned to it in the statute, and if there is a crime that carries both jail time and a fine, then the crime type is determined by the term of imprisonment set forth in the statute).

Signature

The Judge

Jabbar Hussein

Signature

Stamp

Stamp



Al-Karkh Investigative Court

Specializing in Terrorism cases

Clarification of an Investigative Process

The Iraqi Penal Code, 111 for the year 1969 Amended, clarified who is the principle, who is the accessory and what is the penalty for each of them. This is in accordance with what is stated in articles (47, 48, 49, and 50); they read:

Article 47

The following are considered to be principals to an offense:

(1) Any person who commits an offense by himself or with others.
(2) Any person who participates in the commission of an offense that consists of a number of acts and who willfully carries out one of those acts during the commission of that offense.
(3) Any person who incites another in any way to commit an act contributing to an offense if that person is not in any way criminally liable for the offense.

Article 48

The following are considered to be accessory to an offense:

(1) Any person who incites another to commit an offense and that offense is committed on the basis of such incitement.
(2) Any person who conspires with others to commit an offense and that offense is committed on the basis of such conspiracy.
(3) Any person who knowingly supplies the principal to an offense with a weapon, instrument or anything else to commit an offense or deliberately assists him in any other way to carry out those acts for which he has received assistance.

Article 49

An accessory is considered to be a principal to an offense under the provision of Article 48, if he is present during the commission of that offense or any act contributing to that offense.



Article 50

(1) Any person who participates in the commission of an offense as principal or accessory is punishable by the penalty prescribed for that offense unless otherwise stipulated by law.
(2) An accessory is punishable by the penalty prescribed by law, even though the principal is not punishable due to lack of criminal intent on his part or for other circumstances in respect of him. This was explained for the investigation process.

Signature

The Judge

Jabbar Hussein ʻAlyawi

# Priorities of Information available regarding the accused fugitive (Ali Yousif Ahmed)

+

# A report of the family of the accused and photographs of him.



**The case of the accused (Ali Yousif Ahmed)**

**The accused in this case**

The defendant in this matter is: Ali Yousif Ahmed who is also known as: Ali Ahmed, Ali Yousif Ahmed Al-Nouri, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, and currently he is using the name Ali Yousif Ahmed. Ali Yousif Ahmed was born in Al-Anbar, district of Al-Fallujah on the [redacted] of [redacted], 1977. His height is about 170 cm and his weight is approximately 75kg. However based on his photos in social media he may weigh more than this now. Ali has gunshot wounds to his face and back. His father was [redacted] and his mother is [redacted]. Ali has an Iraqi Passport number [redacted]60, which expired on the 13th of January, 2011. Attached with this request is a photograph of Ali Yousif Ahmed, a copy of his passport, and a picture and a list containing details about the names of his family members.

The Iraqi Security Service is confident that Ali Yousif Ahmed and additional members of his group were members of the terrorist organization Al-Qaeda and they have conducted number of terrorist acts in Iraq which included murder and assassinations.



Expired passport photo of the accused: Ali Yousif Ahmed

12

EX-NOURI-00029



## File / Ali Yousif Ahmed Al-Nouri

In 2003 and after the fall of the extinct regime, many outlawed armed groups were formed and they committed many horrible crimes from killing to explosions against the innocent citizens across Iraq. After the formation of the government body and the establishment of Security entities and Intelligence services, they worked on pursuing those outlaws to enforce the authority of the law.

In 2005, the Iraqi National Security Services (INSS) branch was established and started to collect intelligence on those outlaws and criminal actors against the citizens and the security entities and to pursue them in and outside Iraq. INSS in coordination and mutual help with other security agencies, and through intelligence collection and pursue of terrorist cells; we arrived to one of the most dangerous target in Al-Anbar province the so called (Ali Yousif Ahmed Al-Nouri), born in 1977, his mother's name [REDACTED]), and lived in Al-Anbar province / Al-Fallujah / Al-Shurta neighborhood. After research, investigation and collection of intelligence, it was found that one of the leaders of these groups, an outlaw, in Al-Anbar province where he committed many murders against innocent citizens among them a 1st Lieutenant police officer the so called (Issam Ahmed Hussein) an employee of the Ministry of Defense in Al-Anbar province and another police officer the so called (Khalid Ibrahim Mohammad) an employee of the Ministry of Interior, Al-Anbar province. After collecting intelligence information about the accused (Ali Yousif Ahmed Al-Nouri), it was found that he was a member of Al-Qaeda organization and worked as the owner of a carpentry store in Al-Anbar province where a personal picture was obtained for him as shown in the attachment number (1). His siblings are ([REDACTED]). After collecting intelligence information about the accused (Ali Yousif) it was found that he was shot in the cheek while assassinating one of the police officer in Al-Anbar province and after which he received treatment, then he fled to Syria where he settled there for a period of time and after that he travelled to United States. After a follow up through our sources it was identified that he resides in the state of Arizona, US and he uses many names among which are (Ali Ahmed, Ali Yousif Ahmed Al-Nouri, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi) and currently he uses the name (Ali Yousif Ahmed). Through research on the internet and social media (Face Book) we found many webpages with different nomenclatures among which are:

A webpage under the name of (Ali Al-Daleme) as shown in the attachment number (2) and a webpage under the name of (Ali Ahmed) as shown in the attachment number (3) and he uses the phone numbers ([REDACTED] and [REDACTED]) and the email address [REDACTED]). We also found electronic ads on the internet regarding (a driving school) as shown in the attachment number (4) and (5) and a recent picture of him as shown in the attachment number (6). After gathering information about the accused (Ali Yousif Ahmed) and completing the file we addressed the esteemed judge to open a case against him and to present the plaintiffs of the [REDACTED] for each of (Khalid Ibrahim Mohammad and Issam Ahmed Hussein) for their statements and the statements of witnesses against the accused (Ali

Yousif Ahmed and to issue an arrest warrant and investigation against him according to Article (406) of the Iraqi Penal Code.

**Attachments:**

1- Picture of the accused Al Yousif Ahmed in Iraq
2- Picture of the webpage by the name of Ali Al-Daleme
3- Picture of the webpage by the name of Ali Al-Daleme
4- Picture of an ad for driving school
5- Picture of an ad for driving school
6- A recent picture for the accused Ali Yousif





صورة المتهم ( علي يوسف احمد النوري ) من سنة ٢٠٠٥

المرفق (١)

Picture of the accused (Ali Yousif Ahmed Al-Nouri) from the year 2005, attachment number (1)









المرفق (٢)



Attachment number (2)



المرفق (٣)

Attachment number (3)





DRIVING SCHOOL
مدرسة لتعليم السياقة
Tel:
Office:
Email:

المرفق (٤)

Attachment number (4)

18

EX-NOURI-00035



المرفق (٥)

Attachment number (5)



مجلس القضاء الاعلى
محكمة تحقيق الكرخ
قضايا الارهاب

صورة المتهم ( علي يوسف احمد النوري ) من الاوساط الاجتماعية

المرفق (٦)

مجلس القضاء الاعلى
رئاسة
الادعاء العام
عن/ رئيس مجلس
القضاء الاعلى

Picture of the accused (Ali Yousif Ahmed Al-Nouri) from social media, attachment number (6)



Al-Karkh Investigative Court

Specializing in Terrorism Cases

**Identification Hearing**

The witness ([redacted]) said during [redacted] documented statement on 20/3/2019 that [redacted] recognized the accused fugitive (Ali Yousif Ahmed) and [redacted] is able to identify him. Based on that, a group of photos were presented to the witness ([redacted]) of similar likeness in terms of appearance and age of the fugitive (Ali Yousif Ahmed). The aforementioned witness was able to identify the accused fugitive (Ali Yousif Ahmed) from the pictures that were presented to [redacted]. The hearing was then signed and closed before me.

Signature

The Judge

Jabbar Hussein





مجلس القضاء الأعلى
محكمة تحقيق الكرخ

# Copies of the exact photos presented to

مجلس القضاء الأعلى
رئاسة
الادعاء العام
ع/ رئيس مجلس
القضاء الاعلى

22

EX-NOURI-00039





23

EX-NOURI-00040





مجلس القضاء الاعلى
محكمة تحقيق الكرخ
قضايا الارهاب

[redacted]

مجلس القضاء الاعلى
رئاسة
الادعاء العام
ع/ رئيس مجلس
القضاء الاعلى

24

EX-NOURI-00041





مجلس القضاء الأعلى
محكمة استئناف بغداد الكرخ الاتحادية
محكمة تحقيق الكرخ
قضايا الارهاب

[redacted]

مجلس القضاء الأعلى
رئاسة
الادعاء العام
ع/ رئيس مجلس
القضاء الاعلى

25

EX-NOURI-00042





مجلس القضاء الأعلى
محكمة تحقيق الكرخ
قضايا الارهاب

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن رئيس مجلس
القضاء الأعلى





مجلس القضاء الأعلى
محكمة تحقيق الكرخ
قضايا الارهاب

مجلس القضاء الأعلى
رئاسة
الادعاء العام
ع/ رئيس مجلس
القضاء الأعلى

27

EX-NOURI-00044




28

EX-NOURI-00045





Picture of Ali Yousif Ahmed selected by the witness [redacted] among other pictures



مجلس القضاء الأعلى
محكمة تحقيق الكرخ
قضايا الارهاب

# Arrest Warrant against the accused Ali Yousif Ahmed Al-Nouri

مجلس القضاء الأعلى
رئاسة
الادعاء العام
رئيس مجلس
القضاء الاعلى

30

EX-NOURI-00047

 

Republic of Iraq
Higher Judicial Council
Magistrate Court of Al-Karkh
Specialized in Terrorism Cases

## Arrest and Investigation Warrant

Number: 179

Date: 12/5//2019

To all law enforcement officials and police personnel, you are hereby empowered and tasked to arrest the so called:

Name: Ali Yousif Ahmed al-Nouri

Nationality: Iraqi

Holding passport number:

Because he is accused of offense:
According to article (406/1/A) of the Iraqi Penal Code.
For that you are authorized to detain him in your custody until he is presented to us to respond to the charges against him which is punishable according to article 406/1/A of the Iraqi Penal Code 111 for year 1969, Amended.

[Signed]
Judge Jabbar Hussein





**Republic of Iraq**
**Higher Judicial Counci**
**Magistrate Court Al Karkh**

جمهورية العراق
مجلس القضاء الاعلى
محكمة تحقيق الكرخ المختصة بالقضايا الارهابية

مذكرة امر قبض وتحري
**Arrest Warrant**

**No:179** | الرقم: ١٧٩

**Date:12/5/2019** | التاريخ: ٢٠١٩/٥/١٢

**To all law enforcement official and police Personnel you are hereby empowered and tasked to arrest**

الى جميع اعضاء الضبط القضائي وافراد الشرطة انكم مأذونون ومكلفون بالقبض على المدعو

**Name : ALI YOUSSEF AHMED AL NOURI**

الاسم: علي يوسف احمد النوري

**Nationality: IRAQI**

الجنسية: عراقي

**Holding passport with No:**

يحمل جواز سفر:

**Because he is accused of offense:**

كونه متهم : وفق المادة (٤٠٦ /١/أ ) قانون العقوبات العراقي لذا نفوضكم بالاحتفاظ به تحت الحراسة وتوقيفه بطرفكم حتى يتم احضاره امامنا كي يجيب على التهم المسندة اليه والمعاقب عليها بمقتضى المادة (٤٠٦ /١/أ ) من قانون العقوبات العراقي .

**Judge**
**JABBAR HUSSEIN**

القاضي
جبار حسين

[The Photograph of the Accused]
If available

Published Information

Ministry of the Interior
Directorate of the Arab and International Police
Date: 12/5/2019

مجلس القضاء الأعلى
محكمة ... قضايا الإرهاب

**Identifying information regarding the wanted accused**

Full Name and Surname: Ali Yousif Ahmed Al-Nouri

Mother's Name: [redacted]

Aliases: None

Birthdate and Place: Iraq –Al-Anbar [redacted] 1977

Current location in Iraq:

Previous residence:-- Al-Anbar / Al-Fallujah

Citizenship: Iraqi

Religion: Muslim

Ethnicity: Arab

Profession: Self-employed

**Judicial Information**

Name of the plaintiff: -The prosecution The law that denoted the crime:- The revised Iraqi Penal Code 111 of year 1969 Amended

Type of Crime: Murder

Maximum Possible Penalty: Death

Article of the Law: 406/1

Definition of the Crime: Organized murder by an armed terrorists group

Date the crime was committed: 2005-2006 The Court: Al-Karkh Investigative Court specializing in terrorism cases

Accomplices of the criminal: [redacted] [redacted]

Place of the crime: Al-Anbar

The Directorate: National Security S...

Name of Investigative Officer: Ahmed Qasim

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن/ رئيس مجلس القضاء الأعلى

**Memo of Arrest**

Issuing Authority, Date of Issuance, Article of the Law, Name of the Judge

Al-Karkh Investigative Court specializing in terrorism cases Article of the Law: 406/1/A Iraqi Penal Code number 111 of year 1969, Amended.



Signature

The Judge

Jabbar Hussein

| Places where the accused maybe at |
|---|

Possible areas where visited: The United States of America

Possible areas where resided: Same place as above

Possible location of presence: Same place as above

Signature

The Judge

Jabbar Hussein

((followed on back))



**General Descriptions:**

| | |
|---|---|
| Height: | Medium |
| Weight: | Unknown |
| Hair color: | Black |
| Skin color: | White |

**Disabilities and Distinguishing Marks**

-Insert photo of the accused

**Case Summary**

Based on the Intelligence Reports received by this court of law providing important information regarding the work of the accused (Ali Yousif Ahmed Al-Nouri) and his inclusion in armed terrorist groups working on disturbing the security and stability of the country. He participated with members of his group in the killing of Iraqi police officers to include First Lieutenant Issam Ahmed Hussein, Police Officer Khalid Ibrahim Mohammad. The court decided to issue an arrest warrant for the above listed accused under Article 406/1 of the amended Iraqi Penal Code 111 for year 1969 as well as to organize an extradition file for the above accused.

**His Partners**

Additional Information:-

The Judge

Jabbar Hussein

Stamp



# Priorities and Information regarding the killing incident of the victim Khalid Ibrahim Mohammad

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن رئيس مجلس
القضاء الاعلى

36

EX-NOURI-00053



**Case of the accused (Ali Yousif Ahmed)**

**The victim (Khalid Ibrahim Mohamamd)**

The victim Khalid Ibrahim Mohammad was born in 1984 and resided in Al-Anbar province / Al-Fallujah district. His mother: [redacted]. On 3/10/2006, the victim (Khalid Ibrahim Mohammad) was assassinated by gun fire on Street 40 near his home in the city of Al-Fallujah while going to his work in Al-Fallujah / Najdah sector; where he was impeded by a group of armed men driving two cars, one of which was doing surveillance and armed men stepped out of the other where one of them was the accused fugitive (Ali Yousif Ahmed Al-Nouri) and fired at the victim (Khalid Ibrahim Mohammad). The incident was reported by the [redacted], the plaintiffs.

Attached is a photo of the victim Khalid Ibrahim Mohammad with details about his family members and other documents that support his murder.






The victim, Khalid Ibrahim Mohammad

**Family members of the victim Khalid Ibrahim Mohammad:**

Father: [redacted]

Mother: [redacted]

Sister: [redacted]

Brother: [redacted]

Brother: [redacted]

Sister: [redacted]

Victim: Khalid Ibrahim Mohammad

Sister: [redacted]

Spouse: [redacted]





**Work schedule detail (commissioned officer Khalid Ibrahim Mohammad)**

| | | | | | |
|---|---|---|---|---|---|
| | Rank | Full Name | Station/Center name | Rotation # | Details |
| | Commissioned Officer | Khalid Ibrahim Kazim Al-Mawlah | Najdah sector, AL-Fallujah | Rotation (25) Baghdad | He graduated from rotation (25) of [IL] of year 2006 and he was [IL] to Baghdad Police and then transferred to the Fallujah Police Directorate according to the administrative order number 1125 on 4/6/2006 and [IL] on 18/7/2006 [IL] Khalid Ibrahim Mohammad and he was assigned to Al-Najdah sector according to the administrative order number 3938 on 22/7/2006 to [IL] his normal duties. |

Stamp

Signature

Financial administration manager

17/10/2006

Signature

Commissioner



Office commissioner

/ / 2006

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن رئيس مجلس
القضاء الاعلى

74

In the Name of God the Most Merciful the Most Compassionate

Model number (6)

Republic of Iraq

Ministry of Justice

Personal Civic Status Court in Al-Fallujah

Serial/734

Date: 10/8/2006

## Death Certificate

I, Judge of the personal civic status court in Al-Fallujah [redacted]
Confirms the following:-

For the Request of fact and heard evidence confirming the death of Khalid Ibrahim Mohammad......
On 3/10/2006 and not being registered with the appropriate authorities; therefore I decided to record the death and issue this reasoning according to article 16 and 17 of the recording of birth and death number 118 for the year 1971.
Was recorded on 8/10/2006

Signature
Judge
[redacted]

Stamp Stamp
Stamp
Stamp

Signature
Specialized employee
[redacted]

| Page Number and Record file | Date and place of death | Address of the deceased | Citizenship and religion | Mother and Grandfather's Name | Father and Grandfather's name | Sex | Name of the Deceased and family name |
|---|---|---|---|---|---|---|---|
| File/124 M Page/43 Civic status of Al-Fallujah | 3/10/2006 Al-Fallujah Stamp | Fallujah | Iraqi Muslim | [redacted] | [redacted] | Ma | Khalid |



# Statements of Plaintiffs about the victim

# (Khalid Ibrahim Mohammad)

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن رئيس مجلس
القضاء الاعلى

42

EX-NOURI-00059



Al-Karkh Investigative Court

Specializing in Terrorism Cases

[20]/3/2019

Personal Statement of the Plaintiff

Name [redacted], born in [redacted], works as a [redacted] and lives in the province of Al-Fallujah the neighborhood of [redacted]. After being placed under oath, [redacted] provided the following statement:

The exact date I do not remember, but it was some time in the year 2006. [redacted], the victim (Khalid Ibrahim Mohammad), left to go to one of the stores to buy food. After about half an hour I heard the sound of gun fire. Immediately I rushed out of the house to find out the reason for this gun fire and then I learned from others that [redacted], the victim (Khalid Ibrahim Mohammad), along with two additional victims as well that I don't remember their names, were exposed to the gunfire by an armed group. I also learned that one of the armed men who fired the shots was the fugitive (Ali Yousif Ahmed). I was not an eye witness to the incident. I am filing a complaint against (Ali Yousif Nouri) since he was known in the area for being part of an armed group. This is my statement.

Personal Plaintiff Statement

[redacted]

Thumb print

Judge Jabbar Hussein

Stamp

Date: 20/3/2019



In the Name of God the most Merciful the most Compassionate

Police Directorate of Al-Fallujah

Al-Fallujah Rescue Division

D. Q. / Hearings

2006/ /

The plaintiff statement given by ███, ███, born in ███, and works as a ███, lives in Al-Fallujah, ███, stated the following:

On the date 3/10/2006, I learned of the martyrdom incident ███, Khalid Ibrahim Mohammad where a group of armed terrorists attacked him by opening fire on him while he was headed to the headquarters of the police directorate of Al-Fallujah Rescue Division and killed him immediately. I am filing a complaint against those terrorists in case they were identified and to compensate for his rights. This is my statement and I don't have any other statements.

Signature

Judicial ███

███

Signature

Personal complaint

statement

███

r.m.t



In the Name of God the most Merciful the most Compassionate

Directorate of Al-Fallujah Police

Al-Fallujah / Al-Najdah sector

D.Q. / Hearings

/ / 2006

The plaintiff [redacted], [redacted] [redacted], born in [redacted] works as a [redacted] and lives in Al-Fallujah, the [redacted] stated the following:

On the day of the incident corresponding to 3/10/2006, I learned about the martyrdom of [redacted] [redacted], Khalid Ibrahim Mohammad where he was impeded by an armed terrorist group while he was trying to report to duty at the Directorate of Al-Fallujah Police and he was wearing his official uniform where they met with gun fire and killed him immediately. Therefore I am filing a complaint against those terrorists in case they were identified and to be compensated for all his rights. This is my statement and I don't have anything to add.

Signature

Investigative [redacted]

[redacted]

r.m.t.

Signature

The plaintiff

[redacted]



Al-Fallujah Investigative Court

Stamp

11/8/2006

The plaintiff, [redacted], born in 1[redacted], works as a h[redacted], lives in Al-Fallujah, [redacted] [redacted], stated under oath the following:

On 3/10/2006 at 5:30pm, [redacted] the victim, Khalid Ibrahim Mohammad left the house to go to the police directorate of Al-Fallujah since he worked as a member of the directorate mentioned above. I learned that when he arrived on Street 40 near the water tank and while he was looking to get a taxi; then people in a car appeared, I don't know what type, four armed masked people exited the car and they were carrying automatic weapons. Then they opened fire on him (Khalid) and shot him dead immediately. Then he was transported to the hospital, but I did not witness the incident. I learned that the people after their execution of the attack removed their mask. I came to know that one of the perpetrators is called [redacted] and [redacted] is currently in the custody of the office of the criminal [IL] in Al-Fallujah and [redacted] confessed to the killing and with [redacted] was a group of people that I don't know. I am filing a complaint against [redacted] and against all who had a relationship with the attack and to take all legal procedures against them. I have witnesses to the attack. [redacted] married and this is my statement.

Signature

| The Judge | [IL] | Plaintiff |
|---|---|---|
| [redacted] | Signature | |
| 8/11/2006 | [IL]/11/20[IL] | |

16

Center

Al-Fallujah Police

?/11/2006

The plaintiff [redacted], born in [redacted], works as a [redacted] and lives in Al-Fallujah, the neighborhood of [redacted] stated the following:

On the day of the incident corresponding to 3/10/2006 at 5:30pm, I was sitting in my house located in [redacted] and I heard from the people in the area that [redacted], the martyr and a Commissioned Police Officer, Khalid Ibrahim Mohammad; was met with gun fire from a group of terrorists near our family home. Multiple rounds hit his body and I am filing a complaint against the perpetrators. I learned from my [redacted] that the accused, [redacted] [redacted] is currently in custody in Al-Fallujah prison at the general criminal office. [redacted] was with other accused individuals at the time of attack by firing shots on [redacted]. Therefore I am requesting all my rights and this is my statement.

Stamp

Signature

[redacted]

[redacted]

Signature

The plaintiff





# Opening of record
# (Victim's case: Khalid Ibrahim Mohammad)

48

EX-NOURI-00065

Center

Al-Fallujah Police

6/6/2006

Stamp [IL]

Opening of the Record

The plaintiff [redacted] came and requested filing of a complaint regarding the murder of [redacted] the victim, Khalid Ibrahim Mohammad, by a group of armed men. The record is opened and an investigation is initiated.

Signature

[redacted]

[redacted]

The plaintiff [redacted], born in [redacted], works as a [redacted] lives in Al-Fallujah the neighborhood of [redacted] stated the following:

On 3/10/2006 and around 5:30pm, I was sitting in my house when I heard from one of my relatives in the area that [redacted] the victim, Khalid Ibrahim Mohammad was killed by some armed people in front of the house.

Stamp

After a while I learned from [redacted] who are [redacted] that the accused [redacted] and others of his group were the ones who killed [redacted]. Currently, the accused [redacted] is in the custody of the General Criminal Office of the Al-Fallujah Police. I request a complaint against him and against his group. This is my statement.

Thumb print

The Plaintiff

Signature

[redacted]

Republic of Iraq

2006/10/?

Ministry of Interior

Fallujah Department

No:

Date: / /2006

Date 5/10/2006

To/ [redacted] / Al-Najdah sector

File / Formation of Investigative Council

Based on our authorized powers according to the Ministry of Interior / Office of the Agency of Police Affairs 24290 on 2/11/2005. We attributed a formation of an investigative council with your leadership and membership of [redacted] and [redacted] to investigate the martyrdom of (commissioned police officer Khalid Ibrahim Mohammad) on 3/10/2006 to be completed [IL] as soon as possible.

Colonel
[Signature]

[redacted]

[redacted]

4/10/2006

Signature

Signature and [Hand Writing]

To notify [IL] respectful

**Copy to:**

Ministry of Interior/ Office of the Agency of Police Affairs / Your above letter for knowledge and with appreciation.



# Inspection and diagram of incident location
# (Victim's case: Khalid Ibrahim Mohammad)





Al-Fallujah Police Center

6/6/6

**Discovery at the location of the scene**

Discovery and diagram were done at the location of the scene as pointed out by the plaintiff [redacted] and [IL] the following:

1- The incident is about 1 Km away from the police station
2- Location of the incident is considered a public street. There is not [IL] and therefore the discovery was closed
3- There is nothing beneficial here, and discovery was closed.

Stamp

Signature

[redacted]

[redacted]





Al-Fallujah Police Center

5/11/2006

<u>Search course</u>

We were unable to examine the body of the victim Khalid Ibrahim Mohammad because his family moved it on the day of the incident and based on that, the course of the search was prepared.

Stamp

Signature





# Eye witnesses' testimony (Victim's case: Khalid Ibrahim Mohammad)

## The case of the accused (Ali Yousif Ahmed)

### Summary of witnesses' statement regarding the murder of Khalid Ibrahim Mohammad

Throughout the investigation the eye witnesses gave statements under oath and they are: [redacted] who was born in [redacted] and lives in Al-Fallujah, and the eye witness [redacted] who was born in [redacted] and lives in Al-Fallujah, and the eye witness [redacted] who is currently in prison. [redacted] was born in [redacted] and lived in Al-Fallujah. It is worthy to note that [redacted] was the person who participated in this crime with Ali Yousif Ahmed and was arrested later in connection to the incident.

[redacted] stated that [redacted] witnessed the murderer Ali Yousif Ahmed open fire on the victim Khalid Ibrahim Mohammad and recognized him as the first person who exited the car and because Ali's mask came off of his face after they withdrew. Secondly, because Ali Yousif Ahmed lived near [redacted] house. [redacted] selected a photo of Ali Yousif Ahmed from a number of people (photos) presented to [redacted] during [redacted] statement.

[redacted] also stated that [redacted] was near the murder scene of the victim Khalid Ibrahim Mohammad and witnessed the attackers and among them [redacted] recognized Ali Yousif Ahmed after his mask fell off from his face. Later on, one member of the group, [redacted] who was born in [redacted] was captured, and after being interrogated [redacted] confessed to [redacted] participation in the crime with Ali Yousif Ahmed in the killing of the victim Khalid Ibrahim Mohammad on Street 40 of the area of Al-Fallujah.

[redacted] confessed that [redacted] was with an armed group of Al-Qaeda who decided to kill the police officer Khalid Ibrahim Mohammad. On the day of the crime, [redacted] drove an Opel Omega and [redacted] role with other criminals was surveillance and support of the other car. The other car was ridden by Ali Yousif Ahmed with other armed men in an Opel Vectra. [redacted] stated that Ali Yousif Ahmed and others accomplices in Ali's car opened fire on the victim Khalid Ibrahim Mohammad and killed him with two others who were present near him.

On 6/6/2010, the court requested from the accused partner in crime: [redacted] to conduct a walk through discovery of the crime scene for the killing of the victim Khalid Ibrahim Mohammad. A detachment of counter-terrorism officers escorted the accomplice: [redacted] and went to Street 40 in Al-Fallujah where the crime occurred near Al-Hadrah Mosque. There, the partner in crime [redacted] described that [redacted] was with other armed



men in an Opel Omega car and served as surveillance and support; while Ali Yousif Ahmed was in an Opel Vectra car with other armed men. When Ali and the other militants with him got close to the victim Khalid Ibrahim Mohammad who was sitting near the stores there, (Ali Yousif Ahmed) fired with his group on the victim and killed him. Afterwards the two cars fled the scene.

Signature

The Judge

Jabbar Hussein ‘Alwayi



In the name of God the most merciful

Investigative Court: Al-Fallujah

Case#:

Date: 18/2/2019

Iraq Emblem

Republic of Iraq

**High Judicial Court**

Appeal Court: Al-Anbar

**Witness Statement**

Full name: [redacted]

Profession: [redacted]

Age: [born] [redacted]

Place of residence: Al-Fallujah – [IL]

Stated after [redacted] has been sworn and I introduced myself as the investigative judge:

- In 2006, an armed group fired at the [redacted] Khalid Ibrahim Mohammad and I was standing near the location where the incident took place. Among those who fired shots and killed the [redacted] a person that I recognized after his mask fell off his face and he was Ali Yousif Ahmed Nouri, and this is my statement.

Signature

[redacted]

Witness

Thumb print

Al-Karkh Investigative Court

Specializing in Terrorism Cases

20/3/2019

Witness Statement

Name [redacted], born [redacted], [redacted], resides in Al-Anbar/Al-Fallujah near the [redacted]. After being placed under oath, he provided the following statement:

On the date of the incident during the month of Ramadan in 2006, and while I was present at Street 40 in the area of Fallujah; I was there because it was the holy blessed month of Ramadan and typically before breaking fast, many residents and youth from the area gathered on this street where there were a lot of markets. During my presence there, I witnessed the victim (Khalid Ibrahim Mohammad) and with him a group of people sitting in front of one of the stores on this street. I was sitting on the other side of the road; which was approximately 40 meters away. After a short while, a red Opel Omega car appeared with four people inside. The people inside the car began opening fire on the victim (Khalid Ibrahim Mohammad) and the people who were sitting with him in front of the stores. Then the armed men exited the Opel car and one of them continued firing on the victim (Khalid Ibrahim Mohammad) and they withdrew from the area. Upon fleeing the area, I recognized the person who got out of the car and fired on the victim. He was the fugitive (Ali Yousif Ahmed Nouri) since I knew him from where he lived near our house and since he was well known in the area for conducting assassination operations on most members of the Police force. (The court presented a group of photos to the witness who was able to identify the accused). This is my statement. The witness added that [redacted] knew the fugitive (Ali Yousif Ahmed) since Ali worked as a carpenter in his [Ali] store on Street 40 in the area of Al-Fallujah.

The Witness

[redacted]

Thumb Print

Judge

Stamp

Date: 20/7/2019



Profession:

Religion:

DOB:

In number:

POB:

Visible marks:

Marital Status:

Spouse name:

Place of registration:

Description:

Stamp

Eye color:

Skin color:

ID#

Section:

Registry#:

Page#:

General Directorate for citizenship& passports & residency

Personal ID

Picture

Name:

Father & Grandfather name:

Family name:

Mother and grandfather name:

Gender:

Signature of authorized employee

Office of important crimes Stamp 38

5/11/2006 Stamp

The testimony of the witness [redacted], born in [redacted] and works as a [redacted] and lives in Al-Fallujah, [redacted] states the following:

About a month and half ago, I met the so called [redacted], which I knew from before since he was [redacted] and he asked me to work with them, also he threatened me. Indeed I worked with them and he introduced me to a group and they were: [redacted] Ali Yousif Al-Mahmadi, [redacted], and [redacted]. They informed me that they were working on killing police members and I agreed to work with them. They agreed on killing a police officer by the name of Khalid and the group went out to monitor the policeman before killing him. Their leader was Ali Yousif and [redacted] and [redacted]. They were driving a greyish Opel Senator and after locating the policeman, the so called [redacted] stepped out of the car that he was driving, an Opel navy color, <u>and I drove this car and with me was</u> [redacted] <u>and</u> [redacted] <u>and</u> [redacted] <u>and upon our arrival, the so called Ali Yousif told us</u> that the so called Khalid Ibrahim, the policeman, was present near the stores on Street 40 and with him [IL]. Ali Yousif was surveilling the area from the car that he was riding and he provided protection to the car that we drove; which is the car that executed the job where we headed towards the stores where the policeman was at. Shots were fired at him dropping him dead along with the people who were sitting with him which amounted to two people. They were killed as a result of the heavy fire shot. [redacted] was carrying a hand gun and the rest carried AK47s. The accused mentioned above searched the victim Khalid and took the hand gun that he was carrying, model Glock and a mobile. After the execution we went to the area of Jubail, to the home of the so called [redacted]; where the killing plan operations took place and I received 50,000 Dinars Iraqi. The hand gun that was collected from the victim was turned over to the so called [redacted]. After a period, we were tasked to kill one of the police officers by the name of Mohammad after [redacted] told us during the meeting that took place at the so called [redacted] residence, that one of the policeman that works in Al-Fallujah Police Directorate is an informant that works with him [redacted]. The informant name was [redacted] and after [IL] to kill the policeman Mohammad who [IL], we went out after

Signature Thumb print

Office of important crimes

Stamp

5/11/2006

Followed to the statement of [redacted]

The so called Ali Yousif [told us] that the [policeman] is at the market near the post office. Two cars departed, one of them was an Opel that I was driving and with me were: [redacted], [redacted], [redacted] and [redacted]. The other rode in it the so called Ali Yousif, [redacted] and [redacted] and they headed towards the market. I was carrying with me a pistol, type Tariq while the others were carrying weapons. When we arrived to the place, the policeman was spotted and they fired shots at him and killed him. Then we went to the house of the so called [redacted], in [redacted] where an agreement was made to attack the police check point located on [IL] the highway. We departed in the same cars where I was driving an Opel car and with me [redacted] who was carrying an AK47. However the other Opel car, type Senator, in it were Ali Yousif, [redacted], [redacted] who had a B.K.C. and [redacted] was carrying a sniper gun. Upon our arrival to the [IL] in the area of Al-'Askari neighborhood, we got up to one of the residential roof and fired shots towards the check point. After that, police patrols returned fire and we withdrew. I sold the pistol, type Glock to a person by the name of [redacted], and this is my statement.

Signature

[redacted]

Stamp

Witness

Thumb print

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن/ رئيس مجلس
القضاء الأعلى

Office of Counter Terrorism Stamp

37

6/6/2010

Follow up to the statement of the witness ████████, born in ███, and he works as ████ and resides in Al-Fallujah, ████████, stated the following:

In the year 2006, I don't remember the exact day and month, I was working with an armed militant group of Al-Qaeda terrorist organization. This terrorist group consisted of Ali Yousif, ██████ whom I don't know █ father's name, and ██████ where I [IL] with the group went into two cars. The first car was an Opel Vectra [IL] color, and an Opel Omega where Ali Yousif told us that we were going on an operation. When we arrived to Street (40) near the water tank and near [IL], we saw the police officer Khalid Ibrahim standing and with him two civilians. This is where Ali ordered us to surround the area and he with ████ stepped out of the Opel Vectra and killed the police officer Khalid Ibrahim while we surrounded the area. We had Ak47's while Ali Yousif had a 9mm pistol. Ali took the police officer's gun, and they got into the car and we all fled the area. The group consisting of Ali Yousif, ███ ██, and █████ killed 1st Lieutenant Issam Ahmed Hussein near the stores on Street (40) towards Al-Shurta neighborhood. The agreement to kill 1st Lieutenant Issam was in my presence but I did not participate in this incident which was executed by each of the so called ████ and Ali Yousif and this is my statement.

Signature

███

[IL]

Thumb print

[IL]

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عـ/ رئيس مجلس
القضاء الأعلى

Al-Fallujah Investigative Court        Stamp        42

5/11/2006

███████████████████████████████████, born in ██████ and works as a ████████ and resides in Al-Fallujah – ███████████ stated the following after I introduced myself being ███████████████████████.

About a month ago, the so called ████████████ came to me and with ██████ few people that I did not know their names and they asked me to leave my work from ████. Afterwards I went to ██████████. After a period of time I returned to Al-Fallujah and the so called ████████ called me up and asked me to join ██ group and I agreed to it. Then █ introduced me to the so called ████████████ who is an Emir, and I met ████████████ and ████ and Ali Yousif and ████████████ and ████ – I don't know ████ father's name – and those people agreed to kill one of the policemen by the name of (Khalid Ibrahim Mohammad). Then a surveillance team went out to watch the policeman before assassinating him and this group consisted of the so called [Ali] Yousif and █████████████ and ████████ and they rode a greyish Opel Senator. They headed towards the area where the policeman lived on Street 40, and they located the policeman position. ████████████████████ went in the car that I was driving, Opel navy color and with us was ███████████████, ████████████, and ██████████. Upon our arrival, the so called Ali Yousif told us that the above mentioned policeman was near the stores on Street 40 and two people were sitting with him. Ali Yousif was surveilling the area, then we departed where shots were fired at him and he was killed with two other people because of the intensity of the shots by ████████ who was carrying a hand gun while the rest had AK47s. Afterwards, we went to the area of ████ to the house of the so called █████████████ where the operation planning took place. We received the amount of 50,000 [Iraqi Dinars] after the killing operation and we learned that the so called ███████████████ took the hand gun of the victim and this was an operation in 2006 before I documented my statement in front of the investigative judge, meaning in the month of Ramadan. In the same month of this year, we tasked to kill one of the policemen, the so called (Mohammad), I don't know ██████████'s name. This assignment was after ████████████████ told us during the meeting at the so called ████████ ███████████ house that ████████████ received information from one of the informant, policemen in the Police Directorate, ████████████ but I don't know his full name. ████████ received information from ████ about the intended policeman to kill – Mohammad the one mentioned above – and indeed the agreement was made to kill the victim Mohammad – that I don't know his father's name – where Ali Yousif came and told us that the victim is present in the market next to the post office [IL] now.

Signature                                                    Thumb print

████████████████         To continue ⟹

Stamp

63

43

Fallujah Investigative Court

5/11/2006

Continue with the statement of [redacted]

Two cars departed, and I was driving one of them model Opel and with me was [redacted] [redacted] and [redacted] and [redacted] and [redacted]. In the second car was Ali Yousif and [redacted] and [redacted] where we headed towards the market. I was carrying a hand gun while the rest had AK47s and they fired at the victim, so called Mohammad and they killed him. Then we withdrew to the home of the so called [redacted] near [redacted] [redacted]. Few days later in the same year and a short period after these operations, an agreement was made to attack the check point at the exit to the high way, we went out in the same cars and I was driving the first car, Opel, and with me [redacted] carrying a sniper gun and [redacted] carrying a rocket launcher and the so called [redacted] carrying an AK47 and I was carrying an AK47. However in the second car, the Opel Senator, in it was Ali Yousif and [redacted] and [redacted] where [redacted] was carrying a BKC while the rest had AK47s. Upon our arrival to the street [IL] in Al-'Askari neighborhood, we went up to the roof of one of the residential buildings and we started firing at the check point. Afterwards the police patrol returned fire so we withdrew and I sold my Glock gun to a person by the name of [redacted] who lives in [redacted]. I was arrested by the Coalition forces since I did not have a badge and I was turned over to the police station in Fallujah.

This is my statement without being coerced .

Signature | Stamp | Thumb Print

[redacted]

The witness

5/11/2006 | Stamp

In the name of God the most merciful the most compassionate

**In the name of God the most Merciful the most Compassionate**

Al-Fallujah Directorate of Police
[Iraqi Flag]

Sector Najdah Al-Fallujah

D.Q. / Hearings

/ /2006

Based on Al-Fallujah Police Directorate's report / [redacted] on 5/10/2006 containing the formation of an investigative council under my leadership and the following members ([redacted] [redacted] and ([redacted] [redacted]) to investigate how Khalid Ibrahim Mohammad was martyred on 3/10/2006. Therefore, the council was opened and the investigation initiated.

[stamp]

Signature

[redacted]

[redacted]

[redacted]

Statement of the commissioner [redacted], born in [redacted] and works as a [redacted] [redacted] sector, lives in Al-Fallujah, [redacted] [redacted] states the following:

Yes, I know the martyr commissioned officer Khalid Ibrahim Mohammad who was one of the members of our unit and faced an attack by unknown armed terrorists' members that shot fire at him while he was trying to come to his duty location at Al-Fallujah police directorate. He was wearing his uniform and passed away. This is my statement and I don't have any other statements.

[redacted]

[redacted]

[redacted]

[Stamp]

Signature

[redacted]

[redacted]

The Witness



مجلس القضاء الأعلى
محكمة تحقيق الكرخ
قضايا الارهاب

# Hearing regarding Walk through of The scene of the crime

مجلس القضاء الأعلى
رئاسة
الادعاء العام
ع/ رئيس مجلس
القضاء الاعلى

66

EX-NOURI-00083



Al-Fallujah Investigative Court

6/6/2010

Walk through hearing for the accused who confessed, [redacted].

In compliance to the decision of the Fallujah Investigative Judge date 6/6/2010, which include a walk through by the accused who confessed, [redacted] who admitted of [redacted] participation of the killing of the victim, so called Khalid Ibrahim where a platoon from the office of counterterrorism in Fallujah was formed and departed from the Court building to conduct the walk through where the accused was accompanied. On movement, the accused was asked to head towards Street 40 and indeed, [we] headed towards Al-Hadrah mosque, Al-Mahmadiyah. Upon arrival to the section near the water tank located on the right side of this street, the accused was asked to stop where [redacted] pointed with [redacted] hands to the stores located at the corner of this street. It was clear that [redacted] and [redacted] group agreed to the killing of the victim Khalid Ibrahim, where [redacted] indicated that [redacted] was driving in a greyish Opel Omega and with [redacted] whose father's name is unknown, and [redacted]. They were driving on the other side opposite to the direction of the crossing of Al-Farqan and standing of the stores that [redacted] mentioned earlier. While the other accused Ali Yousif, [redacted], [redacted] whom I don't know [redacted] father's name, were in an Opel Vectra and they carried automatic weapons and a pistol carried by Ali Yousif [IL], from the car and started to shoot in the direction of Khalid Ibrahim who was standing near the mentioned shops. The incident took place quickly and the victim Khalid Ibrahim was killed. [redacted] indicated that [redacted] and those with [redacted] fled in the Omega Opel in the direction of the crossing of Al-Farqan, and those who executed the killing fled in the Opel Vectra in the direction of Al-Hadrah mosque, Al-Mahmadiyah. And the accused [redacted] indicated that [redacted] was present when the agreement took place to kill the victim, 1st Lieutenant Issam Hussein by the defendant Ali Yousif, [redacted] [redacted] and [redacted] while they were at the defendant Ali Yousif shop, specialized in wood sales and located on Street 40 near the road leading to Al-Fallujah Police Directorate. [redacted] pointed with [redacted] hand to the location of the shop and indicated that [redacted] had learned

| [redacted] Signature | Signature [IL] | Terrorism office Signature [IL] | Terrorism office Signature [IL] | Accused Thumb print |
|---|---|---|---|---|
| [redacted] | | | | |



Al-Fallujah Investigative Court

6/6/2010

Continued of walk through hearing for the accused who confessed, [REDACTED].

That Ali Yousif, [REDACTED], [REDACTED] and [REDACTED] killed the victim 1st Lieutenant Issam Hussein on Street 40 in Al-Fallujah and they used a white Daewoo Prince belonging to the defendant Ali Yousif and they used automatic weapons and pistols. The walk through coincided exactly to the accused confession and therefore the hearing was closed and it was signed by me and by the accused [REDACTED] and all present people.

| Signature | Signature | Signature | Signature | Thumb print |
|---|---|---|---|---|

[IL]

Signature

11/10/2010

Stamp



# Priorities and Special Information regarding the murder of the victim (Issam Ahmed Hussein)

مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن/ رئيس مجلس
القضاء الاعلى

69

EX-NOURI-00086

**Case of the accused (Ali Yousif Ahmed)**

**The Victim (Issam Ahmed Hussein)**

Issam Ahmed Hussein, born in 1973 and resides in Al-Anbar province / district of Al-Fallujah. His mother is [redacted] and his father is [redacted] The victim (Issam Ahmed Hussein) was an Iraqi police officer in the rank of first lieutenant in the Police Directorate of Al-Fallujah. He was killed by gunfire while he was standing in front of one of the stores on Street 40 in Al-Fallujah, Al-Anbar province on 1/6/2006; where armed men stepped out from two cars, one Opel Omega and the other Daewoo Prince and fired at the victim and killed him. The incident was documented.

Attached to this request is a photo of the victim (Issam Ahmed Hussein), details of his family members, other papers regarding the case, and an image of his death certificate confirming his killing.



مجلس القضاء الأعلى
رئاسة
الادعاء العام
عن/ رئيس مجلس
القضاء الاعلى

The Victim: First Lieutenant Issam Ahmed Hussein

71

EX-NOURI-00088

**Family members of the victim Issam Ahmed Hussein:**

| | |
|---|---|
| Father: | [redacted] |
| Mother: | [redacted] |
| Sister: | [redacted] |
| Sister: | [redacted] |
| Brother: | [redacted] |
| Sister: | [redacted] |
| Victim: | Issam Ahmed Hussein |
| Sister: | [redacted] |
| Brother: | [redacted] |
| Sister: | [redacted] |
| Sister: | [redacted] |

In the name of God the most Merciful the most Compassionate

Model number (IL)

Republic of Iraq

Ministry of Justice

Date: 11/6/2006

Personal Civic Status Court in Al-Fallujah

## Death Certificate

I, [redacted] in Al-Fallujah, [redacted]
Confirms the following:-

For the Request of fact and heard evidence confirming the death of Issam Ahmed Hussein On 1/6/2006 and not being registered with the appropriate authorities; therefore I decided to record the death and issue this reasoning according to article 16 and 17 of the recording of birth and death number 118 for the year 1971.
Was recorded on 11/6/2006

Signature

Signature

| Page Number and Record file | Date and place of death | Address of the deceased | Citizenship and religion | Mother and Grandfather's Name | Father and Grandfather's name | Sex | Name of the Deceased |
|---|---|---|---|---|---|---|---|
| [redacted] | 6/1/2006 Al-Fallujah Stamp | Fallujah Stamp Stamp | [redacted] Stamp | [redacted] Stamp | [redacted] | Male | [redacted] |



# Plaintiffs' statements (Victim's case: Issam Ahmed Hussein)

74

EX-NOURI-00091



Al-Karkh Investigative Court

Specializing in Terrorism Cases

Office of the Judicial Investigator

18/11/2018

Esteemed Investigative Judge of the Al-Karkh Investigative Court specializing in terrorism cases.

Greetings and Appreciations…

1- We present to your Excellency the investigative documents of the fugitive (Ali Yousif Ahmed Al-Nouri) for the violation of [article 406/1 of the penal code
2- We are referring to your Excellency the plaintiff's (████████) to document ██ statement.

Kindly asking for your review and to make the appropriate decision. With appreciation.

The Judicial Investigator

Signature

The investigator

1- I have documented the statement of the plaintiff ████████ and it is attached with the papers.
2- To continue the execution of the arrest warrant.
3- To follow up on bringing forward the remaining plaintiffs.
4- To notify the prosecution office.

Signature

The Judge

Jabbar Hussein

18/11/2018

Stamp

18/11/2018

The investigator

To quickly execute the decision

Signature



Al-Karkh Investigative Court
Specialized in Terrorism Cases
18/11/2018

Plaintiff's Statement

[redacted], born in [redacted] and works as a [redacted], lives in Baghdad [redacted], provided the following statement after being legally sworn in, and after I identified myself to [redacted] as the investigative judge for the Central Court; [redacted] stated the following:

On 1/6/2006, and while [redacted] the victim Issam Ahmed Hussein who works as a police officer in Al-Fallujah Police Directorate as a major, was sitting in a store belonging to his friend called [redacted] (I don't know his full name), a terrorist group made up of approximately ten people and driving two vehicles model Prince, and carrying various weapons arrived. A number of them exited one of the vehicles and fired shots at [redacted] the victim Issam Ahmed Hussein, who received several bullets to the neck and the right hand. He was transported to Al-Fallujah Hospital where he died as a result of his injuries. A statement about the incident was provided to Al-Fallujah Police Precinct. I learned that the individuals who took part in the incident were (Ali Yousif Ahmed Al-Nouri, [redacted], [redacted], [redacted], [redacted], [redacted] and the so-called [redacted]). The afore-mentioned individuals are known to work with the terrorist groups and have taken part in several murder operations targeting those who work with the security agencies. I hereby file a complaint against the accused (Ali Yousif Ahmed Al-Nouri, [redacted], [redacted], [redacted], [redacted], [redacted], [redacted] and the so-called [redacted]). I seek compensation for the loss we have received, noting that [redacted] the victim, is not married and [redacted], and [redacted] and is unable to come to court to give [redacted] statement. This is my statement.

Signature
The Judge
18/11/2018

Signature
Plaintiff's statement
Thumb print
[redacted]

Stamp

10

Police center, Al-Fallujah
16/1/2007

This is a statement of the plaintiff [redacted], born in [redacted] and works as self-employed and lives in Al-Fallujah, [redacted], near [redacted]; states the following:

About six months ago and while [redacted] the victim Issam Ahmed was standing near one of the stores on Street 40 across from Al-Akarim Cafeteria in Al-Shurtah neighborhood, two cars one of them was an Opel Omega, I don't know its color, and the other was model Prince, started firing from AK47 in the direction of [redacted] and killed him. This was according to the claims of those who were present at the crime scene. [redacted] was previously an officer in Fallujah Police Directorate. [IL] I learned that one of them was captured and [redacted] confessed to the killing of [redacted] but I don't know [redacted] name now. I am filing a complaint against [redacted] and against any of [redacted] accomplices in the killing of [redacted] and that legal procedures be taken against them. [redacted] is not married and this is my statement.

Signature
[redacted]

Signature

Stamp

15

Counterterrorism Office
11/25/2008
Follow up to the plaintiff statement [REDACTED], born in [REDACTED] who works as [REDACTED] and lives in [REDACTED] in Fallujah, [REDACTED], stated the following:

On 1/6/2006, a group of militants killed [REDACTED] the victim 1st Lieutenant Issam Ahmed Hussein on Street 40 near Akarim restaurant where he was standing in front of the stores and two cars came by where masked people stepped out of the car and killed [REDACTED] using automatic weapons and hand guns. In the beginning, we were not able to recognize them, but later on few of these criminals were captured and the confessed truly to the killing of 1st Lieutenant Issam Ahmed and they were: [REDACTED], and [REDACTED], and [REDACTED], and [REDACTED], and Ali Yousif Ahmed and [REDACTED], and [REDACTED] but [REDACTED] father is unknown. There is a disk of their confession attached with my complaint and I request that all legal procedures be taken against them and against all those that their crime was confirmed [IL] and this is my statement.

Signature
[REDACTED]
[REDACTED]

Signature
The Plaintiff

Stamp

16

Police center, Al-Fallujah
16/1/2007

This is a statement of the plaintiff [redacted], born in [redacted] and works as self-employed and lives in Al-Fallujah , [redacted] [redacted]; states the following:

About six months ago and while [redacted] the victim Issam Ahmed was standing near one of the stores on Street 40 across from Al-Akarim Cafeteria in Al-Shurtah neighborhood, two cars one of them was an Opel Omega, I don't know its color, and the other was model Prince, started firing from AK47 in the direction of [redacted] and killed him. This was according to the claims of those who were present at the crime scene. [redacted] was previously an officer in Fallujah Police Directorate. Then I learned that one of them, I don't know [redacted] name at the present time, was captured and [redacted] confessed to the killing of [redacted]. I am filing a complaint against [redacted] and against any of [redacted] accomplices in the killing of [redacted] and that legal procedures be taken against them. [redacted] is not married and this is my statement.

Signature
[redacted]

Signature

Stamp

Fallujah Investigative Court
22/1/2007

17

This is the statement of the plaintiff [redacted], born in [redacted] and works as [redacted] and lives in Al-Fallujah – [redacted], stated the following:

About six months ago, [redacted] the victim Issam Ahmed was killed and he was a 1st Lieutenant in Fallujah Police Directorate. He was standing in front of the stores across from Akarim Cafeteria on Street 40 in Al-Shurtah neighborhood when a few people, I don't know exactly how many, were masked and armed with automatic weapons and driving two cars, one was an Opel Omega and the other was Dawoo Prince; they stepped out and shot fire extensively at him and killed him instantly. I learned that one of the accomplices in the crime was captured in addition to a group that were with [redacted]; therefore I am filing a complaint and requesting that all legal procedures be taken against all the killers and this is my statement.

Signature
[redacted]

Signature
The Plaintiff

[IL]
Signature
Stamp [IL] 11/

18

Fallujah Investigative Court
25/11/2008

This is an amendment to the plaintiff statement [redacted], born in [redacted] who works as [redacted] and lives in Fallujah, [redacted] stated the following under oath:

I have already made a complaint against unknown individuals who killed [redacted] the victim 1st Lieutenant Issam Ahmed Hussein, by firing shots at him while he was standing near the Akarim restaurant in Al-Fallujah where they were not recognized in the beginning because they were wearing a mask. When I found out that some of the attackers were captured and they confessed truly to the killing of [redacted] and their confession was registered [IL], the criminals: [redacted] and [redacted] and [redacted] and Ali Yousif Ahmed, and [redacted] and another person by the name of [redacted], [redacted] father's name is unknown; therefore I want to file a complaint against them and legal procedures taken against them and this is my statement.

Signature
[redacted]

Plaintiff
Signature

Stamp



Counterterrorism Office
[11]/1/2009

Your Excellency/Fallujah Investigative Judge

[IL] on 25/11/2008

[IL] the statement of the confirming witness ████ (to your Excellency, this is a record of his statement that was registered judicially so that you can take the appropriate decision with a report.

████
Signature

Signature
████

1- I documented judicially the statement of the witness ████ and sent the paperwork
2- For the integrity of the investigation, I decided to issue an arrest warrant for each of the accused: ████ and ████ and ████ and ████ and Ali Yousif Ahmed and ████ according to article 4/1 [IL]. I also gave permission to search their homes and their frequent places for the purpose of capturing them and seizing all that relates to the crime
3- We emphasize on attaching the death certificate or the autopsy of the victim quickly
4- Take statements of all the plaintiffs [IL]
5- We assert setting a court hearing to watch and listen to the seized tape / disk quickly
6- To continue the investigation according to all our previous decisions
7- To notify the deputy prosecutor

Signature
████
11/1/2009

The decision is complying to the law
Signature
████
11/1/ [IL]

Stamp
████