

# Eye witnesses statements (Victim's case: Issam Ahmed Hussein)



EX-NOURI-00100

**Case of the accused (Ali Yousif Ahmed)**

**Summary of the Statements regarding the murder of (Issam Ahmad Hussein)**

Through the conducted investigation, witnesses statements were recorded after they took the judicial oath for each of ████████████████████, born in ████, who lived in Al-Fallujah, and ████████████████ ████ born in ████, and lived in Al-Fallujah; knowing that ████ is currently in prison and confessed that ██ was in an Al-Qaeda group in Al-Fallujah led by its Emir Ali Yousif Ahmed.

████████████████████ stated that ██ was sitting with the victim, Issam Ahmed Hussein, near a cigarettes' store when a black model Prince appeared with a white car and another vehicle where in it were armed masked men.  Six armed men exited the vehicles and came towards them where one of them placed a pistol to ████████ head and told him not to move or he will kill him; while another person began shooting from a pistol at the direction of the victim (Issam Ahmad Hussein).  However, the pistol malfunctioned so the perpetrator tried to shoot a second and a third time in vain. Then another armed man started shooting from an AK47 and hit the victim Issam Ahmed Hussein with several rounds.  One of the armed men came in and said to the others that the victim was 1st Lieutenant Issam, but they scolded him; and this armed person that came in was Ali Yousif Ahmed, the Emir of this group.

████████████████████, after taking ██ judicial oath when ██ testimony was recorded as a witness against the fugitive offenders, stated that while ██ was present in the carpentry store owned by the fugitive (Ali Yousif Ahmed)  since the accused (Ali Yousif Ahmed) was the Emir of this armed group that ████████████████ was a member of Al-Qaeda organization; an agreement was made to kill the victim First Lieutenant Issam Ahmed Hussein who worked in the police force in Al-Fallujah and was living in the same area as the armed men. A white model Prince car was used in this killing operation. The armed men carried AK47s and a 9mm "Tariq" pistol. ████████ was assigned to survey streets while the others headed to the place where the victim, Issam Ahmed Hussein was standing near the stores. Ali Yousif Ahmed exited the vehicle and fired from his 9mm "Tariq" pistol and killed the victim. Afterward the group fled the scene of the incident.

The accused (████████████████████) stated that ██ saw the accused (Ali Yousif Ahmed) firing shots from his 9mm "Tariq" pistol, at the victim. ████████████████ was inside the store where 1st Lieutenant (Issam Ahmed) was murdered and in ██ statement on 11/1/2009, ████████████████ recalled that Ali Yousif Ahmed entered the murder scene with a pistol

84



drawn after another unidentified individual attempted to shoot the aforementioned victim. ████████████ stated that Ali Yousif Ahmed was present when their Al-Qaeda group agreed to kill 1st Lieutenant (Issam Ahmed) and a Daewoo Prince, was one of the vehicles used during this murder.  The original news about the incident and witnesses' testimonies indicate that the accused (Ali Yousif Ahmed) participated in the murder of 1st Lieutenant (Issam Ahmed Hussein).


Signature

The Judge

Jabbar Hussein 'Alyawi



Photo of ███████████████████████, a witness to the victim Issam Ahmed Hussein's murder is ██████████████



86

EX-NOURI-00103

Office of Counterterrorism
11/1/2009

This is the testimony of the eye witness ███████ ██████ █████████, born in ███, and █ works as a ██████ ████ ████ ████████ and resides in Fallujah / ██████ ███████, states the following:

On 1/6/2006, I was sitting with the victim 1st Lieutenant Issam Ahmed near a cigarette shop, a black Prince car marked with white stripes came our way with another car that I don't know its model. The people inside these vehicles were masked and armed; six of these armed people [IL] our direction and entered the store where one of them pull a hand gun on me and pointed to my head and [IL] the victim Issam Ahmed and they cornered him at the store and shots were fired at him from a hand gun but the gun did not fire on three attempts; then another armed person with an AK47 came and started to cuss God and shots were fired from the AK47 where it hit the victim's body everywhere. Immediately, the victim recited prayer before he passed away. Then the so called Ali Yousif Nouri entered the store carrying a hand gun in his hand and spoke to the militants saying "leave Issam, he is an officer with the Fallujah police" and they replied to Ali "step back and don't interfere with this matter", knowing that at the time any person who raises a weapon in the face of these militants that they claimed to be in the Islamic State would be killed, and also knowing that the criminal [Ali] is a member of their group and among them the criminal ██████████ since I recognized ████ from the [IL] and that the criminal Ali Yousif is the Emir of their group. After the incident, the victim was transferred to Fallujah hospital where he passed away at the hospital and there is a confession disk about all the accomplices among them the criminal Ali Yousif and this is my statement.

Signature
█████

Thumb print
Eye witness



Investigative Court
Fallujah
11/1/2009

This is the testimony of the witness █████████████████, born in █████, a commissioned Police and lives in Al-Fallujah, ████████████████ ████████, █████████████████████, stated the following [IL]:

On the date of the incident on 1/6/2006 and it is considered [IL] afternoon, I was sitting at one of the cigarettes' stores on Street 40 across from Narjas wood shop and with me was, 1st Lieutenant Issam Ahmed. During that time, a black Daewoo Prince came by and another model unknown to me marked with white stripes holding masked militants, where about six people got out and spread out around us and three of them rushed us, one of them put his hand gun to my head and said to me exactly '████████, if you moved, I'll blow your head off" since I was █████ ██████████ and I could not move ███████████████████████████████ Another guy pulled his pistol and pointed it towards 1st Lieutenant Issam where he started firing at him, but the gun would not fire twice and three times, then he started to cuss God Almighty. At that time another person called Ali Yousif came our way, and he was not masked and Ali pulled his gun [IL] and started shouting at them. I remembered Ali's words "leave him, this is 1st Lieutenant Issam and he serves as a policeman" and another accused told Ali "Ali step back, it is not your business" and afterwards one of the masked people who was carrying an AK47 fired in the direction of 1st Lieutenant Issam and hit him with multiple shots where he dropped to the ground and passed away. I recognized the person who put the gun to my head and it was ███████ ███ since ███ was from my area and from ███ face being larger at the eye level. I also recognized ███ from ███ voice when ███ spoke to me. Then they fled to an unknown direction and this is my statement.

Stamp

Signature                    Signature                    Signature
███████████                  [IL]                         The witness
11/1/2009

88

Office of Counterterrorism
Al-Fallujah                                        Stamp
6/6/2010                          Stamp [Karkh Investigative Court, terrorism matters]

This is the testimony of ███████ as an eye witness, ██████████████████ █
███████, born in ████, works as ███████████ and resides in Al-Fallujah,
████████████, states the following:

On the date of the incident, which I don't remember exactly but specifically in 2006, I was at
defendant Ali Yousif 'store, a carpentry store, located on street 40 in Al-Fallujah. Ali Yousif was
the Emir of our group and I was working with him in Al-Qaeda organization and with us was:
████████ and ████████ and ████████ and ████████████ and all the
mentioned people agreed to kill 1st Lieutenant Issam Ahmed Hussein since he worked in Fallujah
Police force and lived in the same area as the militants. They agreed in front of me on how to kill
the victim mentioned above and they used for this operation a white Prince car and [IL] Ak47s
and 9mm hand gun. I was with them and they wanted me to watch the road. Indeed they headed
towards street 40 where the victim was standing next to one of the stores and the defendant Ali
Yousif Ahmed stepped out of the car and fired shots at the victim using his 9mm hand gun and
killed him. Afterwards we fled the crime scene. In the same year of 2006, but I don't remember
the exact date, the same group agreed to kill the victim Khalid Ibrahim Mohammad, a police
officer in the Fallujah police directorate, where we headed using two cars; one was a walnut
color Opel Vectra and in it each one of the accused Ali Yousif and ████████ and ████████
████████ and they were carrying Ak47s and 9 mm hand guns. The other car was a greyish
Opel Omega that I was using and with me

Signature                         [IL]                        Thumb print





Office of Counterterrorism
Al-Fallujah
6/6/2010

Stamp
Continued statement of ███████ ███████
as an eye witness

And the second one was a greyish Opel Omega that I was in it with ███████,
███████, ███ I don't know ███ father's name, and ███████
father's name, and ███████ I don't know ███ father's name. I was carrying an AK47
and the accused above with me who also carried AK47s as well. Our role was to support the first
car that will carry on the operation against the victim Khalid Ibrahim. As we drove on Street 40
in Fallujah near the water tank, we noticed the victim Khalid Ibrahim standing near the stores, so
we turned around the cars and headed back in his direction. Indeed, the first car, type Vectra
which was used by the accused Ali Yousif and his group, stopped suddenly next to the victim
and Ali Yousif who was carrying a 9mm pistol stepped out of it with ███████ and ███████
███████ who were carrying Ak47s. Then Ali Yousif fired towards the victim and with him
███████ and each using their gun they hit and killed the victim. In that incident, civilians
were shot as well, but I don't know them nor I know how many they were, but later on I heard
that they were two people from the same area as the victim Khalid. Afterwards we fled the area
and I started to shoot rounds above people heads for the purpose of disbursing them and to
frighten them to finish the operation, and this is my statement.


Signature                                                    Thumb print
                                                             Eye witness
███████



EX-NOURI-00107

Office of Counterterrorism
Al-Fallujah                                    Stamp
6/6/2010

This is a follow up testimony of ▮▮▮▮▮ as an eye witness, ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮, born in ▮▮▮, works as ▮▮▮▮▮▮ and resides in Al-Fallujah, ▮▮▮▮▮▮
▮▮▮▮, states the following:


In 2006, I don't remember exactly the day and the month, I was working with an armed group of
the terrorist Al-Qaeda organization. This group was Ali Yousif, ▮▮▮▮▮▮, ▮▮▮ I don't know
▮▮▮ father's name, and ▮▮▮▮▮▮▮▮. I and this group went out in two cars, the first one was a
walnut color Opel Vectra and Opel Omega. Ali Yousif told us that [IL] on a mission and when
we arrived to Street 40 next to the water tank and near one of the stores, we saw the policeman
Khalid Ibrahim standing and with him two civilians; where Ali Yousif ordered us to surround the
area. Ali Yousif stepped out of the Vectra car and with him was ▮▮▮▮▮▮ and they proceeded
to kill the policeman Khalid Ibrahim, while we were surrounding the area. We carried Ak47s and
Ali Yousif had on a 9mm pistol. They took the policeman' hand gun and got into the car and we
fled the area. The group consisting of Ali Yousif, ▮▮▮▮▮▮ and ▮▮▮▮▮▮ killed 1st
Lieutenant Issam Ahmed Hussein near one of the stores on Street 40, in the direction of Al-
Shurtah neighborhood when the agreement was to kill 1st Lieutenant Issam Ahmed Hussein took
place in front of me, but I did not go out with them. Those who conducted the job were ▮▮▮▮
▮▮▮ and Ali Yousif and this is my statement.


Signature                                      Thumb print

▮▮▮▮▮                                         [Witness]



40

Al-Fallujah Investigative Court                                         Stamp
6/6/2010

This is the testimony of ▓▓▓▓▓ as an eye witness, ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓, born in ▓▓▓, works as ▓▓▓▓▓▓▓ and resides in Al-Fallujah, ▓▓▓▓▓
▓▓▓▓▓, states the following under oath:

On the date of the incident, which I don't remember exactly when, but specifically in 2006 I was
at the defendant Ali Yousif 'store, a wood shop, located on Street 40 in Al-Fallujah. With me
was: Ali Yousif, ▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓▓. The mentioned people
agreed to kill 1st Lieutenant Issam Hussein, since the aforementioned 1st Lieutenant works in the
police force and lives in the same area as the accused mentioned above. They agreed on how to
kill the above mentioned victim. I learned later that the above mentioned accused have killed the
victim Issam Hussein on Street 40, in Al-Shurtah neighborhood and they used the defendant
vehicle belonging to Ali Yousif; which is a white Daewoo Prince. They used automatic weapons
and guns, and after the operation was executed they told me about the incident, but I did not
participate in it. However the accused Ali Yousif was the one who told me that he executed the
operation using a 9mm hand gun that he was carrying; knowing that I was working with them in
the same group and our Emir was the defendant Ali Yousif. In 2006, but I don't know the exact
date, an agreement was made to kill the victim Khalid Ibrahim where the operation was to be
executed using two vehicles, the first one was a walnut color Opel Vectra used by the accused
Ali Yousif, ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓ and they were carrying automatic weapons
and 9mm hand gun, type "Tariq". The second car was a greyish Opel Omega that I was using
and with me ▓▓▓▓▓▓▓, ▓▓▓ but ▓ father's name is unknown, ▓▓▓▓▓▓▓▓ and
▓▓▓▓▓▓▓▓ and we carried automatic weapons and our role was surveillance and support.
We were providing protection to the other car. Upon our presence on the other side of Street 40
near the water tank, where the victim Khalid Ibrahim was standing near the stores at the corner
of the street bordering the water tank; the Opel Vectra came to the street corner and Ali Yousif
stepped out carrying a hand gun and with him ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓ who were
carrying automatic guns, and they fired

Signature                                                            Witne▓▓

Stamp                              Continued ....>                   Thum▓ p▓int▓

EX-NOURI-00109

AL-Fallujah Investigative Court        [2nd page]
6/6/2010

Continued statement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮ as an eye witness

Shots from their weapons towards the victim Khalid Ibrahim and killed him immediately. We fled in our cars towards the crossing of Al-Qarqan in the direction of [IL], while the Opel Vectra towards the crossing of Al-Hadra , Al-Mahmadiyah , and this is my statement.

Signature
Stamp

Thumb print
▮▮▮▮▮▮▮▮▮  ▮▮  ▮▮

Stamp

Stamp



93

[IL] Counterterrorism
[IL]/1/2009

130

Excellency, Fallujah Investigative Judge

[IL] number, 25/11/2008

[IL] the statement of the eye witness ██████████████ (report to your Excellency [IL] documenting ██ statement legally and your appropriate decision with a report.

Signature                                    Signature
██████                                      ██████

1) The testimony of the eye witness ████████████ was judicially documented and attached with the papers
2) For the integrity of the investigation, I decided to issue an arrest warrant for each of the accused: ████████ , ██████████ , ████ , ██████████ , Ali Yousif Ahmed, and ████████████ according to Article 4/1 Q.M.M. and I allowed to investigate their role and their whereabouts for the purpose of capturing them and seizing all that is related to the crime
3) We affirm attaching the certificate of death or autopsy of the victim quickly
4) To have all plaintiff presents [IL]
5) We affirm arranging a hearing to listen to the seized disk quickly
6) To complete the investigation according to our previous decisions
7) To inform the deputy prosecutor

Signature                                         Signature
██████                                           The decision is according to the law
11/1/2009                                        ██████████████

                          Stamp
                    ████████████

94



# Intelligence Report

## (Case of the victims Khalid Ibrahim Mohammad and Issam Ahmed Hussein)

### with reviews

### of the judicial investigator and the decisions of the esteemed investigative judge



EX-NOURI-00112



Al-Karkh Investigative Court

Specializing in Terrorism Cases



Esteemed Investigative Judge of the of
specializing in terrorism cases

Al-Karkh Investigative court

Greetings and Appreciations…

We present to your excellency the investigative documents pertaining to the fugitive (Ali Yousif Ahmed Al-Nouri) ; which has a published arrest warrant against him in accordance with article 406/1/A from the revised Iraqi Penal code number 111 issued in 1969.

Kindly asking for your review and to make the appropriate decision.  With appreciation.

███████████

Signature

The Judicial Investigator

1- I reviewed it and to notify the Arab and International police regarding the execution of the arrest warrant against the accused "Ali Yousif Ahmed Al-Nouri" and to issue an International arrest warrant.
2- We confirm the execution of our order dated 1/11/2018
3- To notify the prosecution office.

The Judge

Jabbar Hussein

3/11/2018

Stamp

███████████

To execute the order quickly

Signature

3/11/2018





96



Al-Karkh Investigative Court

Specializing in Terrorism Cases


Esteemed Investigative Judge of the of Al-Karkh Investigative court specializing in terrorism cases

Greetings and Appreciations...

We present to your Excellency the investigative documents pertaining to the fugitive (Ali Yousif Ahmed Al-Nouri); which has a published arrest warrant against him in accordance with article 406/1/A from the revised Iraqi Penal code number 111 issued in 1969.


Kindly asking for your review and to make the appropriate decision.  With appreciation.

███████████████

Signature

███████████████

1-  I reviewed it and to prepare an extradition folder for the accused "Ali Yousif Ahmed Al-Nouri" and to send it to the prosecution office / extradition branch
2-  To notify the prosecution office.


The Judge                                          Stamp

Jabbar Hussein                                    ████████████

6/11/2018                                          Signature

                                                   6/11/2018

        ███████████

        ███████████



EX-NOURI-00114



Al-Karkh Investigative Court

Specializing in Terrorism Cases

Office of the Judicial Investigator

18/11/2018

Esteemed Al-Karkh Investigative Judge specializing in terrorism cases

Greetings and Appreciations...

1- We present to your Excellency the investigative documents pertaining to the fugitive (Ali Yousif Ahmed Al-Nouri) in accordance with article 406/1 of the Penal code.
2- We are forwarding to your Excellency the plaintiff (████████████████) to document ███ testimony.

Kindly asking for your review and to make the appropriate decision with appreciation.



Signature

The investigator

1- I have documented the testimony of the plaintiff of the so called ████████████████ and it is attached with the documents
2- To continue up on the execution of the arrest warrant
3- To continue on bringing forward the rest of the plaintiffs
4- To notify the prosecution office

The Judge

Jabbar Hussein

18/11/2018                                              To execute the order officially

Stamp                          Signature

                               18/11/2018

                        [Signature]

98




**Republic of Iraq**

**I.N.S.S**

Date: 20/2/2019

### To/ Al-Karkh Investigative Court specializing in Terrorism Cases

### file/ Request for Investigative Documentation

We would like to notify your esteemed court that when verifying the murder of the victim (Issam Ahmed Hussein Salman) it was discovered that the criminal (Ali Yousif Ahmed Al-Nouri) had participated in that crime and the case investigative documentation is kept at the Al-Fallujah Investigative Court, hoping to contact the aforementioned court to provide us with the investigative documentation to allow us to take the necessary measures.

### To review and order what is recommended....with appreciation

Signature

2/20/2019



[Seal]



# Information about 



100

EX-NOURI-00117



Currently imprisoned in Iraq



Partner in crime with Ali Yousif Ahmed Al-Nouri





[Stamp]

Picture of General Registration of year 1956
Ministry of Interior – General Directorate of Citizenship
Directorate/Section  Al-Fallujah



**Province** Al-Anbar      **District:** Al-Fallujah      **Quarter:**

| co te | ID# & Dat e | Mar ital stat us | Bo dy m ar ks | POB, Quarter, district, provinc e | Regist ration of birth | DOB | Reli gio n | Pr of es sio n | Relati onshi p to house hold | Mot her dea d or aliv e | GFa ther 's na me | Moth er's Name | Fa th er de ad or all ve ? | Gr an df at he r's na me | Father's Name | Fa m ily N a m e | Na me |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | | | | | | | | / | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| ● | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Signature 11/7/2010

**To/ Fallujah Investigative Court**

dated 1/7/2010

**Stamp of the head of the Department**
**Full Name**          Signature

[IL] Remarks on record:

Stamp
                    Signature

Organization Stamp

EX-NOURI-00119

In the name of God the most merciful the most compassionate



Date: 6/3/2019

((Service and Collection))

**Republic of Iraq**

**High Judicial Council**

President of the Federal Court of

Al-Karkh Investigative Court
specializing in Terrorism cases

*Iraqi Department of Correction, deportation and tribunal section*

File / Request to bring forward ████████

Greetings and Salutations..

We are requesting ████████ ████ ████████ ) be sent to the
directorate of military intelligence / the central prison at the ████████ to complete the
investigation with ██.

With appreciation

The Judge

Jabbar Hussein

6/3/2019

[Stamp]        [Stamp]

Copy to /

- Office of judicial investigation specializing in directorate of military intelligence cases /
  case of the defendant Ali Yousif for follow up with appreciation
- Investigation record / to keep with appreciation
- Court record

████████ ████████

2019

Judicial Council – Karkh Court of Appeal – Iraq - Baghdad



محكمة تحقيق الكرخ المختصة بقضايا الارهاب

مكتب المحقق القضائي المختص

بالنظر بقضايا جهاز الامن الوطني

فهرست الاوراق التحقيقية الخاصة بالمتهم الهارب (علي يوسف احمد النوري)

وفق احكام المادة 406/1/أ من قانون العقوبات العراقي رقم 111 لسنة 1969 المعدل

| الملاحظات | الى | من |
|---|---|---|
| 1.ملخص القضية | 1 | 1 |
| 2.سير التحقيق (القانون العراقي) | 9 | 2 |
| 3.الاوليات والمعلومات المتوفرة عن المتهم الهارب (علي يوسف احمد النوري) | 20 | 10 |
| 4.محضر تشخيص | 29 | 21 |
| 5.مذكرة توقيف بحق المتهم الهارب علي يوسف احمد النوري | 33 | 30 |
| 6.1الاوليات والمعلومات الخاصة بحادث قتل المجني عليه (خالد ابراهيم محمد) | 39 | 34 |
| 6.2اقوال المدعين بالحق الشخصي (قضية خالد ابراهيم محمد) | 45 | 40 |
| 6.3فتح محضر (قضية خالد ابراهيم محمد) | 48 | 46 |
| 6.4كشف ومخطط على محل الحادث + تفاصيل لمحل الحادث (قضية خالد ابراهيم محمد) | 51 | 49 |
| 6.5اقوال الشهود العيان (قضية خالد ابراهيم محمد) | 63 | 52 |
| 6.6كشف دلالة عن مكان الجريمة (قضية خالد ابراهيم محمد) | 66 | 64 |
| 7.1الاوليات والمعلومات الخاصة بحادث قتل المجني عليه (عصام احمد حسين) | 71 | 67 |
| 7.2اقوال المدعين بالحق الشخصي (قضية عصام احمد حسين) | 80 | 72 |
| 7.3اقوال الشهود العيان (قضية عصام احمد حسين) | 95 | 81 |
| 8.تقارير استخبارية (قضية خالد ابراهيم محمد وقضية عصام احمد حسين) مع مطالعات المحقق القضائي وقرارات السيد قاضي التحقيق | 95 | 96 |
| | 99 | 96 |



بسم الله الرحمن الرحيم



السيد رئيس مجلس القضاء الاعلى المحترم..

تحية طيبة ..

اشـــــــارة الى الأمر القضائي المرقم (٢٠٦٣/مكتب/٢٠٠٨) في ٢٠٠٨/١٢/٢٤م.

نظراً لاستيفاء ملف الاسترداد الخاص بالمتهم (علي يوسف أحمد النوري) للشروط والضوابط المنصوص عليها في المادة الحادية عشر من اتفاقية التعاون القانوني والقضائي بين العراق والولايات المتحدة الأمريكية والمصادق عليها بالقانون رقم ١٢ لسنة ١٩٣٦ .

يرجى الموافقة على تصديقه بغية إيداعه لدى السلطات القضائية الأمريكية بالطرق الدبلوماسية للنظر في أمر استرداده الى سلطاتنا القضائية عن التهمة المسندة اليه وفق أحكام المادة (٤٠٦/١/أ) من ق.ع ..

للتفضل بالاطلاع وأمركم بما تنسبونه .

مع فائق الاحترام والتقدير .

القاضي

موفق محمود محمد صالح
رئيـــس الادعـــاء العـــام
٢٠١٩/٦/١٦م





EX-NOURI-00123



قضية المتهم (علي يوسف احمد)

<u>ملخص القضية</u>

أنا القاضي جبار حسين ، قاضي تحقيق المختص بقضايا الامن الوطني العراقي وقد تخرجت من كلية الحقوق من جامعة بغداد عام ٢٠٠١ ، بدأت عملي مع دوائر الدولة العراقية منذ ٢٠٠٤/٣/١٤ ومارست مهنة القضاء منذ ٢٠٠٤/٧/٢٣ وسيرتي في القضاء بدأت في محكمة التحقيق المركزية ومن ثم محكمة استئناف بغداد / الرصافة الاتحادية وبعدها الكرخ الاتحادية وحالياً محكمة التحقيق المختصة بقضايا الارهاب . وقد كلفت بالتحقيق في الجرائم التي ترتكب بحق المواطنين العراقيين ومنها جريمة القتل الموضحة في المادة ٤٠٦/١/ أ من من قانون العقوبات العراقي و ان التحقيق جاري من قبلنا في جريمة قتل المدعو خالد ابراهيم محمد والتي حدثت في الفلوجة في العراق بتاريخ ٢٠٠٦/١٠/٣ وجريمة قتل المدعو عصام احمد حسين والتي حدثت في الفلوجة بتاريخ ٢٠٠٦/٦/١ وبناءاً على التحقيقات التي اجريت فأن الادلة المتوفرة تشير بأن الجريمة ارتكبت من قبل علي يوسف احمد النوري وجماعته من المنتمين لتنظيم القاعدة في العراق وبناءاً على البحث في مواقع التواصل الاجتماعي فان علي يوسف احمد النوري موجود حالياً في الولايات المتحدة في اريزونا وحسب التقرير المؤرخ في ٢٠١٨/٨/٣٠ المرفق مع القضية . وبناءاً على افادات الشهود المرفقة ادناه ومن ضمنهم الشاهد وحيد اشكير محمد الوالي الذي بتشخيص صورة المتهم (علي يوسف النوري ) من بين صور لعدة اشخاص وحسب محضر التشخيص المرفق مع القضية . لذلك فان المتهم علي يوسف احمد النوري هو الشخص المطلوب تسليمه في هذا الطلب . يجدر بالذكر ان علي يوسف احمد عرف بأسماء اخرى وهي ( علي يوسف احمد النوري ، وعلي يوسف احمد نوري ، وعلي الدليمي ، و علي يوسف احمد المجمدي ) وحالياً هو يستعمل اسم علي يوسف احمد . كما اني ارفق ملخص(التحقيق البدني )الجري مع اوليات هذا التحقيق .

القاضي

جبار حسين علبوي



1



# Investigative Procedure

# (Iraqi Laws)



2



قضية المتهم (علي يوسف احمد)

من خلال التحقيقات التي اجرتها محكمة تحقيق الكرخ و التحقيقات التي اجريت مسبقا من قبل محكمة تحقيق الرمادي فان المتهم (علي يوسف احمد النوري) مطلوب وفق احكام المادة ٤٠٦ من قانون العقوبات العراقي عن قضية قتل المجني عليهما كلا من الشرطي (خالد ابراهيم محمد) و الملازم اول (عصام احمد حسين) و ان ملف الاسترداد هذه متعلق بهذين الحادثين فقط اما بقية القضايا المطلوب عنها المتهم فانها لا تزال قيد التحقيق و لم تتخذ بها الاجراءات القانونية بحق المتهم المذكور و في حال اتخذت بحقه الاجراءات القانونية يطلب مجددا عن هذه القضايا بملف استرداد جديد و طبقا للطرق الدبلوماسية بين العراق و الولايات المتحدة الامريكية .

القاضي
جبار حسين عليوي



3



(( المادة القانونية ))

نص المادة القانونية (٤٠٦) من قانون العقوبات العراقي (١١١) لسنة ١٩٦٩ المعدل الخاص بتهمة المتهم (علي يوسف احمد النوري )

١- يعاقب بالإعدام من قتل نفسا عمدا في احدى الحالات التالية:

أ- اذا كان القتل مع سبق الاصرار او الترصد.

ب- اذا حصل القتل باستعمال مادة سامة او مفرقعة او متفجرة

ج- اذا حصل القتل لدافع دنيء او مقابل اجر او اذا استعمل الجاني طرقا وحشية في ارتكاب الفعل.

د- اذا كان المقتول من اصول القاتل

هـ- اذا وقع القتل على موظف او مكلف بخدمة عامة اثناء تادية وظيفته او خدمته او بسببها.

و- اذا قصد الجاني قتل شخصين فاكثر فتم ذلك بفعل واحد.

ز- اذا اقترن القتل عمدا بجريمة او اكثر من جرائم القتل عمدا او الشروع فيه

ح- اذا ارتكب القتل تسهيلا لارتكاب جنائة او جنحة معاقب عليها بالحبس مدة لا تقل على سنة او تسهيلا لارتكابها او تنفيذا لها او تمكينا لمرتكبها او شريكه على الفرار او التخلص من العقاب.

ط- اذا كان الجاني محكوما عليه بالسجن المؤبد عن جريمة قتل عمدي وارتكب جريمة قتل عمدي او شرع فيه خلال مدة تنفيذ العقوبة.

٢- وتكون العقوبة الاعدام او السجن المؤبد في الاحوال التالية:

أ- اذا قدم الجاني قتل شخص واحد فادى فعله الى قتل شخصين فاكثر.

ب- اذا مثل الجاني بجثة المجني عليها بعد موته.

ج- اذا كان الجاني محكوما عليه بالسجن المؤبد وارتكب جريمة قتل عمدي في غير الحالات المنصوص عليها في الفقرة (١- ط) من هذه المادة وارتكب جريمة قتل عمدي خلال مدة تنفيذ العقوبة.



القاضي

جبار حسين



4



محكمة تحقيق الكرخ

المختصة بقضايا الارهاب

<u>سير تحقيق توضيحي</u>

ان مذكرات القبض الصادرة من المحاكم العراقية وفق احكام المواد القانونية المذكورة في قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩ المعدل تبقى سارية المفعول ( لا تسقط بالتقادم ) استنادا الى ما ورد في نص المادة ٩٤/أ من قانون اصول المحاكمات الجزائية رقم ( ٢٣ ) لسنة ١٩٧١ التي نصت على ( يكون أمر القبض نافذ المفعول في جميع انحاء العراق و واجب التنفيذ ممن وجه اليه ويضل ساريا حتى يتم تنفيذه او الغاء ممن اصدره او من سلطة اعلى منه مخولة قانونا )

بالرجوع الى قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩ المعدل لا يوجد قانون تقادم لجريمة القتل ، و مذكرة القبض لا تبطل مع مرور الوقت عليه تم شرح ذلك سيرا للتحقيق

القاضي

جبار حسين علوي

EX-NOURI-00128



محكمة تحقيق الكرخ
المختصة بقضايا الإرهاب

سير تحقيق توضيحي

ان جرائم القتل وفق احكام المادة ٤٠٦/١/أ من قانون العقوبات العراقي هي جريمة من الجرائم العمدية التي اشترط فيها قانون العقوبات العراقي توفر القصد الجرمي استنادا لاحكام المادة (٣٣) من قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩ المعدل التي نصت على :

المادة (٣٣) :

١- القصد الجرمي هو توجيه الفاعل ارادته الى ارتكاب الفعل المكون للجريمة هادفا الى نتيجة الجريمة التي وقعت او اي نتيجة جرمية اخرى .

٢- القصد يكون بسيطا او مقترنا بسبق اصرار .

٣- سبق الاصرار هو التفكير المصمم عليه في ارتكاب الجريمة قبل تنفيذها بعيدا عن ثورة الغضب الاني او الهياج النفسي .

٤- يتحقق سبق الاصرار سواء كان قصد الفاعل من الجريمة موجها الى شخص معين او الى اي شخص غير معين وجده او صادفه و سواء كان القصد معلقا على حدوث امر او موقوفا على شرط .

عليه تم شرح ذلك سيرا للتحقيق .

القاضي
جبار حسين عليوي

6



المتهم :- ( علي يوسف احمد النوري )

<u>بيان ان القانون العراقي يأخذ بالحد الاعلى للعقوبة</u>

ان قانون العقوبات العراقي رقم (١١١) لسنة ١٩٦٩ النافذ يأخذ بالحد الاعلى للعقوبة وذلك استنادا الى نص المادة (٢٣) منه والتي نصت (الجرائم من حيث جسامتها ثلاثة انواع: الجنايات والجنح والمخالفات، ويحدد نوع الجريمة بنوع العقوبة الاشد المقررة لها في القانون. واذا اجتمع في عقوبة جريمة ما الحبس والغرامة فيحدد نوع الجريمة بمقدار عقوبة الحبس المقرر لها في القانون).

القاضي

جبار حسين





7



قضية المتهم علي يوسف احمد

بيان موقف القانون العراقي من سماع أقوال المجني عليه تحت خشية الموت

تنص المادة ( ٢١٦ ) من قانون أصول المحاكمات الجزائية العراقي رقم ٢٣ لسنة ١٩٧١ وتعديلاته على ما ياتي : -

للمحكمة أن تقبل إفادة المجني عليه تحت خشية الموت بينة في ما يتعلق بالجريمة و مرتكبها أو أي أمر آخر يتعلق بها .

القاضي

جبار حسين عليوي



8



محكمة تحقيق الكرخ

المختصة بقضايا الارهاب

سير تحقيق توضيحي

وضح قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩ المعدل من هو الفاعل و الشريك و العقوبة المحددة لكل منهما و حسب ما ورد في المواد (٤٧ و٤٨ و٤٩ و ٥٠) التي نصت على ما يلي :

المادة (٤٧) :

يعد فاعلا للجريمة :

١- من ارتكبها وحده او مع غيره .

٢- من ساهم في ارتكابها اذا كانت تتكون من جملة افعال فقام عمدا اثناء ارتكابها بعمل من الاعمال المكونة لها .

٣- من دفع باي وسيلة ، شخصا على تنفيذ الفعل المكون للجريمة اذا كان هذا الشخص غير مسؤول جزائيا عنها لاي سبب .

المادة ٤٨ :

يعد شريكا في الجريمة :

١- من حرض على ارتكابها فوقعت بناء على هذا التحريض .

٢- من اتفق مع غيره على ارتكابها فوقعت بناءا على هذه الاتفاق .

٣- من اعطى الفاعل سلاحا او الات او اي شيء اخر مما استعمل في ارتكاب الجريمة مع علمه بها او ساعد عمدا باي طريقة اخرى في الاعمال المجهزة او المسهلة او المتممة لارتكابها .

المادة ٤٩ :

يعد فاعلا للجريمة كل شريك بحكم المادة ٤٨ كان حاضرا اثناء ارتكابها او ارتكاب اي فعل من الافعال المكونة لها .

المادة ٥٠ :

١- كل من ساهم بوصفه فاعلا او شريكا في ارتكاب جريمة يعاقب بالعقوبة المقررة لها ما لم ينص القانون على خلاف ذلك .

٢- يعاقب الشريك بالعقوبة المنصوص عليها قانونا و لو كان فاعل الجريمة غير معاقب بسبب عدم توفر القصد الجرمي لديه او لاحوال اخرى خاصة به .

عليه تم شرح ذلك سيرا للتحقيق .

القاضي



9



الاوليات والمعلومات المتوفرة عن المتهم الهارب

(علي يوسف احمد)

+

تقرير عن عائلة المتهم +

صور له



10



المدعى عليه في هذه القضية

المتهم في هذه القضية هو : علي يوسف احمد والمعروف بالاسماء التالية : علي احمد ، علي
يوسف احمد النوري ، و علي يوسف احمد نوري ، علي الدليمي ، وعلي يوسف احمد الدليمي ،
وعلي يوسف احمد المحمدي ، وحالياً فهو يستعمل اسم ، علي يوسف احمد . ولد علي يوسف
احمد في الانبار، قضاء الفلوجة في ▇▇▇▇ سنة ١٩٧٧ وطوله حوالي ١٧٠ سم ووزنه
حوالي ٧٥ كلغ ، ولكن حسب صورته على الاوساط الاجتماعية من الممكن ان يكون اسمن الان .
وقد اصيب بعدة طلقات في فكه وظهره ، ووالده : ▇▇▇▇ و والدته هي ▇▇▇▇
وبحوزته جواز سفر عراقي يحمل الرقم 50 ▇▇ والمنتهي صلاحيته في ١٣ يناير (كانون الثاني)
ســـــــنة ٢٠١١ وســـــــتجدون فـــــي القضـــــية صـــــورة شخصـــــية
للمتهم علي يوسف احمد وايضاً صورة عن جواز سفره العراقي وصورة عن تقرير مفصل عن
اسماء افراد عائلته .

ان جهاز الامن الوطني العراقي على ثقة ان علي يوسف احمد ومع عدد من جماعته هم اعضاء
في المنظمة الارهابية القاعدة ، وقاموا بارتكاب عدد من الاعمال الارهابية في العراق بما فيها
القتل والاغتيالات .

القاضي
جبار حسين عليوي





جواز سفر الجاني والمنتهي مدته: علي يوسف احمد





## م/ علي يوسف احمد النوري

عـام ٢٠٠٣ وبعـد سـقوط النظـام البائـد تشـكلت العديـد مـن الفصـائل المسـلحة الخارجـة عـن القـانون حيـث قـاموا بارتكـاب العديـد مـن الجـرائم البشـعة مـن قتـل وتفجيــر ضــد المــواطنين الأبريــاء فــي مختلـف انحــاء العـراق وبعـد إعـادة تشـكيل الحكومـة وبنـاء الأجهـزة الأمنيـة والاستخبارية عملـت علـى ملاحقـة الخـارجين عـن القانون لفرض سلطة القانون .

عـام ٢٠٠٥ تشـكل جهـاز الامـن الـوطني العراقـي وعمـل علـى جمـع المعلومـات للخـارجين عـن القـانون ومرتكبـي الجـرائم بحـق المـواطنين وافـراد الأجهـزة الأمنيـة وملاحقـتهم فـي الـداخل والخـارج بالتنسـيق والتعـاون المشـترك مـع بقيـة الأجهـزة الأمنيـة ومـن خـلال جمـع المعلومـات ومتابعـة الخلايـا الإرهابيـة توصـلنا الـى اهـم الأهـداف الخطـرة مـن محافظـة الانبـار يـدعى (علـي يوسـف احمـد النـوري) تولـد ١٩٧٧ اسـم الام ▮▮▮▮▮▮▮ يسـكن محافظـة الانبـار /الفلوجـة /حـي الشـرطة وبعـد البحـث والتحـري وجمـع المعلومـات تبـين بانـه احـد قـادة المجـاميع الخارجـة عـن القـانون فـي محافظـة الانبـار حيـث قـام بالعديـد مـن جـرائم القتـل بحـق المـواطنين الأبريـاء ومـنهم قتـل ضـابط برتبـة مـلازم اول يـدعى(عصـام احمـد حسـين ) منسـوب الـى وزارة الـدفاع واخـر شـرطي يـدعى (خالـد إبـراهيم محمـد) منسـوب الـى وزارة الداخليـة فـي محافظـة الانبـار وبعـد جمـع المعلومـات الاستخبارية عـن المـتهم (علـي يوسـف احمـد النـوري ) تبـين انـه ينتمـي الـى تنظـيم القاعـدة ويعمـل صـاحب محـل للنجـارة فـي محافظـة الانبـار حيـث تـم الحصـول علـى صـورة شخصـية لـه كمـا مبـين فـي الفقـرة المرفـق رقـم (١) وافـراد عائلتـه كـل مـن الأشـقاء ▮▮▮▮▮▮▮▮ وبعـد جمـع المعلومـات الاستخبارية عـن المـتهم (علـي يوسـف) تبـين انـه أصـيب بطلـق نـاري فـي وجنتـه اثنـاء قيامـه باغتيـال احـد منتسـبي الشـرطة فـي محافظـة الانبـار وعلـى اثرهـا خضـع للعـلاج فتـرة وبعـدها هـرب الـى سـوريا واسـتقر فتـرة هنـاك وبعـدها سـافر الـى الولايـات المتجـدة الامريكيـة وبعـد المتابعـة مـن قبـل مصـادرنا تبـين بأنـه يسـكن ولايـة اريزونـا الأمريكيـة ويسـتخدم عـدة أسـماء منهـا ( علـي احمـد \ علـي يوسـف احمـد النـوري \ علـي يوسـف احمـد نـوري \ علـي الـدليمي \ علـي يوسـف احمـد المحمـدي ) وحاليـا يسـتخدم الاسـم ( علـي يوسـف احمـد) ومـن خـلال البحـث فـي شـبكة الانترنيـت مواقـع التواصـل الاجتمـاعي (فيس بـوك) تـم الوصـول الـى عدة صفحات بأسماء متعددة منها

صـفحة باسـم علـي الـدليمي ( Daleme   Ali) كمـا مبـين فـي المرفـق رقـم (١)
وصـفحة باسـم علـي احمـد ( Ahmed   Ali) كمـا مبـين فـي المرفـق رقـم (٣) ويسـتخدم
ارقـــام هواتـــف ▮▮▮▮▮▮▮▮▮ وبريـــدة الالكترونـــي
والعثــور علــى صــور إعلانــات الكترونيــة علــى ▮▮▮▮▮▮▮▮▮▮
شـبكة الانترنيـت مضمونها ( مدرسـة لتعليم السـياقة) كمـا مبـين فـي المرفقين رقـم
(٤)و (٥) والحصـول علـى صـورة حديثـة لـه كمـا مبـين فـي المرفـق رقـم (٦) وبعـد
جمـع المعلومـات عـن المـتهم (علـي يوسـف ) واسـتكمال الملـف قمنـا بمفاتحـة السـيد
القاضـي المحتـرم لإصـدار الموافقـات القضائيـة بحقـه وإحضـار ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ (خالد إبـراهيم محمـد و عصـام احمـد حسـين) لـلأدلاء بإفـاداتهم وافـاداتـ
الشـهود ضـد المـتهم (علـي يوسـف احمد) وإصـدار مـذكرة قبـض وتحـري بحقـه وفـق
المـادة (٤٠٦) مـن قانون العقوبات العـراقي .

__المرفقات :-__

١- صورة للمتهم علي يوسف في العراق
٢- صورة الصفحة باسم علي الدليمي
٣- صورة الصفحة باسم علي الدليمي
٤- صورة اعلان مدرسة لتعليم السياقة
٥- صورة اعلان مدرسة لتعليم السياقة
٦- صورة حديثة للمتهم علي يوسف





صورة المتهم ( علي يوسف احمد الشردي ) من سنة ٢٠٠٥

المرفق (١)

١٥

EX-NOURI-00138





facebook

**DRIVING**

About Ali Daleme

Photos

Phoenix Arizona

Favorites



Others Ahmed Ali Daleme

المرفق (٢)



16









EX-NOURI-00141



المرفق (٥)



١٩



صورة المتهم ( علي يوسف احمد النوري ) من الاوساط الاجتماعية

المرفق (١)

EX-NOURI-00143



محكمة تحقيق الكرخ

المختصة بقضايا الارهاب

محضر تشخيص

لما ورد باقوال ████ بتاريخ ٢٠١٩/٢/٢٠ و الذي ████ فيها

المتهم الهارب ( علي يوسف احمد ) ████ تشخيصه و بناءاً على ذلك تم عرض

مجموعة من الصور على ████ لاشخاص يشابهون المتهم الهارب

( علي يوسف احمد ) من ناحية المظهر الخارجي و العمر و ████ المذكور من التعرف على

المتهم الهارب ( علي يوسف  احمد ) و تشخيصه من بين الصور التي تم عرضها ████ و عليه ختم

المحضر و وقع من قبلي .



القاضي

جبار حسين عليوي

EX-NOURI-00144



نسخة لنفس الصور التي عُرضت على



22

EX-NOURI-00145





23

EX-NOURI-00146







24

EX-NOURI-00147





25

EX-NOURI-00148







26

EX-NOURI-00149







27

EX-NOURI-00150





28

EX-NOURI-00151





من بين عدة صور  صورة علي يوسف احمد التي



29



مذكرة توقيف بحق المتهم علي يوسف
احمد النوري



30

EX-NOURI-00153





**Republic of Iraq**
**Higher Judicial Counci**
**Magistrate Court Al Karkh**

جمهورية العراق
مجلس القضاء الاعلى
محكمة تحقيق الكرخ المختصة بالقضايا الارهابية

مذكرة أمر قبض وتحري
**Arrest Warrant**

No:179

الرقم: ١٧٩

Date:12/5/2019

التاريخ: ٢٠١٩/٥/١٢

**To all law enforcement official and police Personnel you are hereby empowered and tasked to arrest**

الى جميع اعضاء الضبط القضائي وافراد الشرطة انكم مأذونون ومكلفون بالقبض على المدعو

**Name : ALI  YOUSSEF AHMED AL NOURI**

الاسم: علي يوسف احمد النوري

**Nationality: IRAQI**

الجنسية: عراقي

**Holding passport with No:**

يحمل جواز سفر:

**Because   he is accused of offense:**

كونه متهم : وفق المادة (٤٠٦ /١/أ ) قانون العقوبات العراقي لذا نفوضكم بالاحتفاظ به  تحت الحراسة  وتوقيفيه  بطرفكم حتى  يتم  احضاره امامنا كي يجيب على التهم المسندة اليه والمعاقب عليها بمقتضى المادة (٤٠٦ /١/أ ) من قانون العقوبات العراقي .

.القاضي
جبار حسين

**Judge**
**JABBAR HUSSEIN**



31

EX-NOURI-00154











الأوصاف العامـــة

الطول: متوسط

الوزن: لا يوجد

لون الشعر: اسود

لون البشرة: ابيض

العاهات والعلامات المميزة:

طيا صورة المتهم

ملخص عن القضية

بناءا على التقارير الاستخبارية الواردة الى هذه المحكمة المتضمنة توفر معلومات مهمة بعمل المتهم (علي يوسف احمد النوري) مع المجاميع الارهابية المسلحة التي تعمل زعزعة الامن والاســــتقرار في البلاد و قيامه مع افراد مجموعته الارهابية بقتل عدد من ضباط الشرطة العراقية و هم كل من الملازم اول عصام احمد حسين و ضابط الشرطة خالد ابراهيم محمد قررت المحكمة اصدار امر قبض بحق على المتهم اعلاه وفق المادة ٤٠٦/١ من قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩ المعدل و تنظيم ملف استرداد بحق المتهم اعلاه.

شركائه

معلومات اخرى:-



القاضي

جبار حسين



33



الاوليات والمعلومات الخاصة بحادث قتل
المجنى عليه خالد ابراهيم محمد



34

EX-NOURI-00157



بصمة المتهم (علي يوسف احمد)

<u>المجني عليه (خالد ابراهيم محمد)</u>

المجني عليه ( خالد ابراهيم محمد ) تولد ١٩٨٤ من سكنة محافظة الانبار / قضاء الفلوجة اسم الام ███████ بتاريخ ٢٠٠٦/١٠/٣ ، اغتيل المجني عليه ( خالد ابراهيم محمد ) باطلاق النار عليه في شارع ٤٠ بالقرب من منزل في مدينة الفلوجة لدى ذهابه الى عمله في قاطع نجدة الفلوجة اذا اعترضته مجموعة مسلحة يستقلون عجلتين قامت احداهما بدور المراقبة والاخرى ترجل منها مسلحين كان احدهم المتهم الهارب ( علي يوسف احمد النوري ) وقاموا باطلاق النار على المجني عليه ( خالد ابراهيم محمد ) وتم تسجيل اخبار بالحادث من ███████ للمجني عليه .

ترفق طيا صورة للمجني عليه ( خالد ابراهيم محمد ) وتفاصيل عن افراد عائلته مع وثائق اخرى تثبت قتله .



القاضي
جبار حسين عليوي



35



المحض علي، خالد بن الحر محمد

36



EX-NOURI-00159



الافراد عائلة المجنى عليه خالد ابراهيم محمد



الاب:

الام:

اخت:

اخ:

اخ:

اخت:

المجنى عليه:        خالد ابراهيم محمد

اخت:

زوجة:

37

EX-NOURI-00160

٣٨







EX-NOURI-00161



بسم الله الرحمن الرحيم

جمهورية العراق
وزارة العدل
محكمة الأحوال الشخصية في الفلوجة

نموذج رقم (٢)

العدد / ٧٣٤
التاريخ ٢٠٠٦/١٠/٨

## حجــة وفـــاة

اني قاضي محكمة الأحوال الشخصية فــــي الفلوجـــه ............

اثبت ما يأتي:ـ

للطلب الواقع والبينة المستمعة المؤيدة لوفــــاة المرحــــوم خالد أبو أحمد محمــي
بتاريخ ٢٠٠٦/١٠/٣ ..وعدم تسجيله لدى المراجع المختصة، عليه قررت تسجيل الوفاة وإصدار هذه
الحجة بذلك وفق المادة ٦٤ من قانون تسجيل الولادات والوفيات رقم ١١٨ لسنة ١٩٧١
وسجلت بتاريخ ٢٠٠٦/١٠/٨ ..............

الموظف المختص                                القاضي



| اسم المتوفى ولقبه | جنسه | اسم الاب والجد | اسم الام والجد | الجنسية والدين | عنوان المتوفى | تاريخ الوفاة ومحلها | رقم المعاملة والسجل والصحيفة |
|---|---|---|---|---|---|---|---|
| خالد | ذكر | | | عراقيه ـ الفلوجه مسلم | الفلوجيه | ٢٠٠٦/١٠/٣ الفلوجيه | من ١٢٤ م من ٣٤/ أحوال الفلوجه |



٣٩

EX-NOURI-00162



اقوال المدعين ████████ للمجنى
عليه

(خالد ابراهيم محمد)



40





محكمة تحقيق الكرخ

المختصبة بالقضايا الإرهابية

/ ٢٠١٩/٣

افادة

الاسم ██████ ████████ ████████ ١٩٤٧ محافظة الفلوجة /██████

بعد تحليفة اليمين القانوني اقادة بما يلي :

بتاريخ لا ████ بتحديد من عام ٢٠٠٦ ولدى خروج ████ المجنى علية ( خالد ابراهيم محمـد )
لغرض التوجه الى احد المحلات بغيت شراء مواد غذائية وبعد حوالي نصف سـاعة ██████
صوت اطلاقات نارية وعلى الفور ████ الى خارج الدار لمعرفة سبب هذه الاطلاقات وعندها
██████ من الناس ان المجنى علية ( خالد ابراهيم محمد ) قد تعرض الى اطلاق نار من قبل
مجموعة مسلحة ومعه اثنين من المجنى عليهم لا اتذكر اسميهما واني ████ ايضا ان من قام
بأطلاق النار المتهم الهارب ( علي يوسف احمد ) ██████ لا شهاده عيانة ████ على الحادث اطلب
الشكوى ضد المتهم ( علي يوسف لوري ) كونه معروف بالمنطقة بانه من المجاميع المسلحة وهذه
افادتي . •

41



بسم الله الرحمن الرحيم.

مديرية شرطة الفلوجة
قاطع نجدة الفلوجة
د. ق/ مجالس
٥٠٠٦/ /

٤٢

EX-NOURI-00165



بسم الله الرحمن الرحيم.

مديرية شرطة الفلوجة
قاطع نجدة الفلوجة
د. ق/ مجالس.

/ ٥٠٠٦

أفاده ال _____ ش _____

_____ إنزام _____

بتاريخ ٨/٢٠٠ مدر عمليه حادث استشهاد زوجها
الشهيد خالد ابراهيم محمد حيث تعرفت له مجموعة
ارهابيه مسلحه اثناء ما حمت بالاشتباك الرمز
عملته في مديرية شرطه الفلوجه بزيه الرسمي حيث قاموا
بالتعرض له واطلاق النار عليه واردوه قتيلا
على الحال وان اغلبيه المستشهدين من اولاد
الاعمام جبال دزوم وهم والمقدمه كنا كانه
دعقنوا حده مدرها واذ ترتب السبب لوجوه الاثار
١ ٢ م ٠ ٠ م

ر م ٠ ت

٤٣

EX-NOURI-00166



44



45



فتح محضر

(قضية المجنى عليه خالد ابراهيم محمد)



46



47



Republic of Iraq
Ministry of Interior

Falluja Department

وزارة الداخلية ▓▓▓
▓▓▓ /١٧/٢٠٠٦
نيابة شرطة الفارجة

No:
Date:  /2006

عدد/اق ▓▓
تاريخ / ١٠/٥ /٢٠٠٦

الى / ▓▓▓▓▓ / قاطع النجدة

م / تشكيل مجلس تحقيقي

استنادا للصلاحيات المخولة إلينا بموجب كتاب وزارة الداخلية / مكتب وكيل الوزارة لشؤون الشرطة المرقم
▓▓▓ ٣٤٢٩٠ في ٢٠٠٥/١١/٢ نسبنا تشكيل مجلس تحقيقي برئاستكم وعضوية
▓▓▓ للتحقيق عن كيفية استشهاد ( ش م خالد ابراهيم محمد ) بتاريخ ٢٠٠٦/١٠/٣ على ان يتم انجاز
▓▓▓ بالسرعة الممكنه رجاءً .



نسخة الى :
وزارة الداخلية / مكتب وكيل الوزارة لشؤون الشرطة/كتابكم اعلاه للعلم مع التقدير .



48

EX-NOURI-00171



كشف ومخطط على محل الحادث

صورة توضيحية لمحل الحادث

(قضية المجنى عليه خالد ابراهيم محمد)



49



١ - يبيعه في كارث عنه كذا ١كيلو تقريبا

٢ - هل كارت عباره عن شيخ عام

٢ - لا يوجه أي شيء حسنا ، شئ لته ... عليه حتى هذا الشئ كله ...

الكذب بجمب ...

٥٠

EX-NOURI-00173





51

EX-NOURI-00174



اقوال الشهود العيان

(قضية المجنى عليه خالد ابراهيم محمد)



EX-NOURI-00175

قضية المتهم (علي يوسف احمد)

ملخص افادات الشهود في جريمة خالد ابراهيم محمد

من خلال التحقيق دونت اقوال الشهود محلفين اليمين القانونية وهم كل من

█████████ /الفلوجة     مـن     █████████

█████████ /الفلوجة     مـن     █████████

█████████ حاليا في السجن من █████████

وكان █████ في الفلوجة الجدير بالذكر ان █████ مـن الاشخاص

المشاركين في الجريمة مع علي يوسف احمد وقـد █████ بهذه

الحادثة .

افاد █████ و █████ القاتل علي يوسف احمد يطلق النـار علـى

المجنى عليه خالد ابراهيم محمد وقد █████ عليه اولا بعدما ترجل من السيارة

وسقط لثامه عن وجهه بعد الانسحاب وثانيا بكون علي يوسف احمد يسكن

مـن █████ وتمكـن █████ مـن تشخيص صـورة المتهم

علي يوسف احمد بين عدة اشخاص عرضت █████ خلال

وافاد █████ كان قرب حادث قتل المجنى عليه خالد ابراهيم محمد وقد █████

الفاعلين ومن بينهم تعرف على الجاني علي يوسف احمد بعدما وقع لثامه عن

وجهه وتم القبض لاحقا على احد افراد هذه المجموعة واسمه █████

█████ من مواليد █████ وبعد التحقيق █████ في الجريمة مع

علي يوسف احمد في قتل المجنى عليه خالد ابراهيم محمد في شارع ٤٠ منطقة

الفلوجة .



53

EX-NOURI-00176





EX-NOURI-00178





محكمة تحقيق الكرخ

المختصة بالقضايا الإرهابية

/ ٣ / ٢٠١٩

افادة ████

الاسم ████ الانبار / الفلوجة قرب مدرسة المفاخر

يعد ████ اليمين القانوني ████ بما يلي :

بتاريخ الحادث الذي كان يصادف في شهر رمضان من عام ٢٠٠٦ ولدى في شارع ٤٠

منطقة الفلوجة اذ ████ بذلك المكان لكوننا في شهر رمضان المبارك وقبل الفطور

يتجمع اكثر اهالي وشباب المنطقة في هذا الشارع الذي تكثر فيه محلات التسوق واثناء ذلك

المجني عليه ( خالد ابراهيم محمد ) ومعه مجموعة من الاشخاص يجلسون امام احدى

الاسواق في هذا الشارع ████ على الجهة الاخرى من الشارع اي بمسافة تبعد حوالي

٤٠ متر وبعدها بقليل حضرت سيارة نوع اوبل اوميكا حمراء اللون وبداخلها اربعة اشخاص وقام

الاشخاص الذين بداخل السيارة بأطلاق النار باتجاه المجني علية ( خالد ابراهيم محمد )

والاشخاص المتواجدين معه امام الاسواق وبعدها ترجل الاشخاص المسلحين من السيارة الاوبل

وقام احدهم بإكمال اطلاق النار على المجني عليه ( خالد ابراهيم محمد ) ومن ثم الانسحاب

وعند انسحابهم سقط لثام الشخص الذي قام باطلاق النار على المجني عليه اعلاه بعد ترجله

من السيارة ████ عليه وهو المتهم الهارب ( علي يوسف احمد نوري ) ████ على معرفه به من

خلال سكنه بالقرب من دارنا وكذلك كونه كان معرفا بالمنطقة بتنفيذه عمليات اغتيال لا اغلب

منتسبي الشرطة (عرضت المحكمة مجموعة من الصور الفوتوغرافية على الشاهد واستطاع

تشخيص المتهم )وهذه افادتي ████ اني على معرفه كون المتهم الهارب ( علي يوسف احمد )

يعمل نجار اي المجل العائد له في شارع ٤٠ منطقة الفلوجة

EX-NOURI-00179





EX-NOURI-00180



EX-NOURI-00181



59



60



61



EX-NOURI-00185



بسم الله الرحمن الرحيم

مديرية شرطة الفلوجة
قاطع نجدة الفلوجة
د ق / مجلس
/ ٢٠٠٦



بنـــاءا علـــى مـــا جــاء بكتـــاب مديريـــة شـــرطة الفلوجــــة / د. ق العـــرقم
فرع/١/ ٢٠٠٦ والمتضمن تشكيل مجلس تحقيقي برئاستي وعضوية كل مـن
(‏                 ) و (                     ) للتحقيــق عـن
كيفيـــة استشهاد شـنـم م... لوادر ابراهيم طير     بتـــاريخ
٢ /٨/ ٢٠٠٦ عليه فتح المجلس وبوشر بالتحقيق.



ر م ت

تولد               شغله           الفلوجة          إفادة

بفيد ما يلي :

نعم اني اعرف شـن م جّا لد امل هيم سيد        وهو احد منتسبي
قاطعنا ولقد تعرض الى هجوم من قبل عنا مرسلي ره ارهابيه
جبار له كامتا بالملاحقة الى... بلده اثناء قيامه بالواجبات
الى مقرعمله في دائر ي شرطه الفلوجه بزيه الرسمي خارج ها
اثر ها الحيا ة  وهذا دمي ... لرفوا هذا الى... 





63

EX-NOURI-00186



# محضر كشف دلالة عن مكان الجريمة



64

EX-NOURI-00187

65









66

EX-NOURI-00189



الاوليات والمعلومات الخاصة بحادث قتل
المجنى عليه
(عصام احمد حسين)



EX-NOURI-00190



قضية المتهم (علي يوسف احمد)

المجنى عليه (عصام احمد حسين)

المجنى عليه عصام احمد حسين تولد ١٩٧٣ من سكنة محافظة الانبار/ قضاء الفلوجة اسم الام ( ▉▉▉ ) واسم الاب ( ▉▉▉ ) كان المجنى عليه (عصام احمد حسين ) ضابط في الشرطة العراقية برتبة ملازم اول في مديرية الشرطة في الفلوجة . وبتاريخ ٢٠٠٦/٦/١ اغتيل باطلاق النار عليه عندما كان واقفا بالقرب من احدى المحلات في شارع ٤٠ في منطقة الفلوجة في محافظة الانبار اذ ترجل مسلحون من سيارتين احداهما نوع اوبل اوميغا والاخرى نوع دايو برنس وقاموا باطلاق النار على المجنى عليه واردوه قتيلا وتم تسجيل اخبار عن الحادث .

مرفق مع هذا الطلب صورة للمجنى عليه ( عصام احمد حسين ) وافراد عائلته ووثائق اخرى تتعلق بالقضية وحجة وفاة تؤكد قتله .



القاضي
جبار حسين عليوي



68





المجنى عليه: الملازم اول عصام احمد حسين



69



<div dir="rtl">

أفراد عائلة المجني عليه عصام أحمد حسين:

الاب: ▆▆▆▆▆▆▆

الام: ▆▆▆▆▆▆▆▆

اخت: ▆▆▆▆▆▆▆

اخت: ▆▆▆▆▆▆

اخ: ▆▆▆▆▆▆▆

اخت: ▆▆▆▆▆▆▆▆

المجني عليه:     عصام احمد حسين

اخت: ▆▆▆▆▆▆

اخ: ▆▆▆▆▆▆

اخت: ▆▆▆▆▆▆▆

اخت: ▆▆▆▆▆▆▆

</div>



70



اقوال المدعين بالحق الشخصي

(قضية المجنى عليه عصام احمد حسين)



72

EX-NOURI-00195



محكمة تحقيق الكرخ
المختصة بالقضايا الارهابية
مكتب المحقق القضائي

٢٠١٨/١١/١٨

السيد قاضي محكمة تحقيق الكرخ المختصة بقضايا الارهاب المحترم

تحيه وتقدير...

١- تقدم لسيادتكم الاوراق التحقيقية الخاصة بالمتهم الهارب ( علي يوسف احمد النوري ) وفق المادة
   ١٦٤ حرا من قانون العقوبات

٢- نسير لسيادتكم المدعي بالحق الشخصي ( ▓▓▓▓▓▓▓▓ ) لتدوين ▓▓▓▓

راجين التفضل بالإطلاع واتخاذ قراركم المناسب مع التقدير

المحقق القضائي

المحكمة

٠٠ دونت اقوال ▓▓▓▓▓▓▓▓ ومن قبلي
وربطها مع بمروفض
٢٠ متابعة تنفيذ مذكرة القبض
٣٠ مشاطرة مضار وقيد المدعي بالحق الشخصي
٤٠ الطلع بمروفاتها ؟

73

EX-NOURI-00196



محكمة تحقيق الكرخ
المختصة بالقضايا الارهابية
٢٠١٨/١١/١٨

افادة المدعي

تولد █████████

محلفا اليمين القانونية بعد ان عرفته بهويتي كوني قاضي تحقيق المحكمة المركزية ما يأتي :-

بتاريخ ٢٠٠٦/٦/١ و اثناء ما كان █████ المجنى عليه ( عصام احمد حسين ) و الذي يعمل ضابط في مديرية شرطة الفلوجة برتبة ملازم جالسا في محل العائد لصديقه المدعو (█████) لا اعرف اسمه الكامل قامت مجموعة ارهابية مكونه من عشرة اشخاص تقريبا يستقلون عجلتين نوع برلس يحملون اسلحة متنوعة و قام عدد منهم بالترجل من احدى لعجلات و قاموا باطلاق النار على █████ المجنى عليه (عصام احمد حسين ) و اصيب بعدة اطلاقات نارية في منطقة الرقبة و اليد اليمنى و تم نقله الى مستشفى الفلوجة و فارق الحياة متاثرا بجراحه و تم تسجيل اخبار عن الحادث في مركز شرطة الفلوجة و قد ███████████████ بان الاشخاص اللذين اشتركوا بالحادث هم كل من ( علي يوسف احمد النوري و ████████████████████ و وسام سعيد شلال محسن المعاضيدي و المدعو حاتم ) و ان الاشخاص المذكورين معروفين بعملهم مع المجاميع الارهابية و اشتركوا بعدة عمليات قتل استهدفت العاملين في الاجهزة الامنية و المتهمين كل من ( علي يوسف احمد النوري و ██████████████████████ ) و التعويض عن الاضرار التي ██████████████████ المجنى ال المحكمة لتدوين اقواله و هذه █████████ عليه غير متزوج افادتي

القاضي

٢٠١٨/١١/

EX-NOURI-00197







75

76





HAMIDREZA_NOURI-00199





77

EX-NOURI-00200



محكمة تحقيق الكرخ
ع ٠٧/٢/٢٤

اخبار ▮▮▮▮ ▮▮▮▮ سلطان ▮▮▮▮
سكنة البلديات - ▮▮▮▮
اقوالي :

▮▮▮▮ حوادثة سنه اشهر وتقريباً تم قتل ▮▮▮▮ المجني عليه اصدام ١ احمد وهو ملازم أول في مديرية
شرطه البلديات عينها كان واقفاً امام أحد المحلات مقابل كراكة الاركان حيث تقا؟ع
أربعة مجهولين في سيارة الشرطه حيث نزلوا مده واقفوا لدي المحل وعددهم بالضبط وعلشانها
بساعتين أو ساعه رشاشها وكانوا يستقلون سيارتان احدهما أول و أوضا وركلها
ولم يرش وبنادمل العالي السيارات عليه وكفاءة نارف وكمال بالقوي وانتهاء ملاحقتها القناء
القبض على أحد الحياة الذي تمام يجلبت والتي بالاتجاه البحرية بأرض حفظ عليه
راه جرادات السائر شخص من البلديات وهذه انا في



EX-NOURI-00202





80



اقوال الشهود العيان

(قضية المجنى عليه: عصام احمد حسين)



81

EX-NOURI-00204



قضية المتهم (علي يوسف احمد النوري )

ملخص إفادات الشهود في جريمة قتل المجني عليه (عصام احمد حسين)

من خلال التحقيقات التي أجريت فان افادات الشهود دلت بعد تخليهم اليمين القانونية لكل █████████ من مواليد █████ وكان █████ في الفلوجة █████ واتهم █████ من مواليد █████ في الفلوجة علماً ان █████ حالياً في السجن واعترف █████ كان في المجموعة للقاعدة في الفلوجة يرأسها الأمير علي يوسف احمد .

█████ المجني عليه عصام احمد حسين قرب محل لبيع السكائر عندما جاءت سيارة نوع برلس سوداء اللون واخرى لون بيضاء نوع مارك بيضاء اللون فيها اشخاص ملثمين ومسلحين ، ترجل ستة اشخاص مسلحين و اتوا باتجاههم حيث قام احدهم بوضع المسدس في █████ بينما قام شخص اخر باطلاق النار من مسدس باتجاه المجني عليه ( عصام احمد حسين ) ولكن حصل عطل ولم يعمل المسدس فحاول مرة ثانية والثالثة بدون جدوى ، عندما اتى مسلحاً اخر واطلق النار من رشاش كلاشنكوف واصاب المجني عليه عصام احمد حسين بعدة طلقات وتقدم احد المسلحين وقال للباقين بان المجني عليه هو الملازم اول عصام ولكنهم نهروه وان هذا المسلح هو علي يوسف احمد وهو امير هذه المجموعة

█████ اليمين القانونية عند تدوين █████ يعمل █████ ضد المتهمين الهاربين انه ولدى تواجده في محل للنجارة العائد للمتهم الهارب علي يوسف █████ لكون المتهم ( علي يوسف احمد) هو امير المجموعة المسلحة التي يلتمي اليها المتهم ( █████ ) في تنظيم القاعدة و تم الاتفاق على قتل المجني عليه الملازم اول عصام احمد حسين الذي كان يعمل مع شرطة الفلوجة وكان يسكن في نفس منطقة المسلحين . استخدم في عملية القتل سيارة برلس بيضاء و حمل المسلحين اسلحة ينادى كلاشنكوف ومسدس طارق ٩ ملم . أسند الى █████ مهمة مراقبة شارع ٤٠ بينما توجه الاخرين الى مكان المجني عليه عصام احمد حسين حيث كان يقف بالقرب من المحلات .ترجل من السيارة علي يوسف احمد واطلق النار من مسدس نوع طارق عيار ٩ ملم وقتل المجني عليه وبعدها هربت المجموعة من محل الحادث .

█████ المتهم ( علي يوسف احمد ) يطلق النار من مسدسه نوع ٩ طارق على المجني عليه . وبين الشرطي (حسين ) الذي كان متواجدا داخل المحل الذي قتل فيه المجني عليه ( عصام احمد ) في المدونة بتاريخ ٢٠٠٩/١/١١ بان المتهم ( علي يوسف احمد ) دخل الى المحل و بيده مسدس بعد ان حاول شخص اخر قتل المجني عليه المذكور . █████ موجودا في محل الحادث عندما اتفقت مجموعة من تنظيم القاعدة على قتل المجني عليه الملازم اول ( عصام احمد) و استخدمت سيارة نوع دايو برلس كواحدة من السيارات التي اشتركت بحادث القتل . اصل اخبار الحادث و افادات الشهود تشير الى اشتراك المتهم ( علي يوسف احمد ) بحادث قتل المجني عليه ( عصام احمد حسين) .

القاضي
جبار حسين علي



صورة  شاهد عيان على مقتل المجني عليه عصام احمد حسين.



EX-NOURI-00206



84



85

EX-NOURI-00208



86

EX-NOURI-00209



87



88



89

EX-NOURI-00212



EX-NOURI-00213



تقارير استخبارية (قضية المجنى عليهم
خالد ابراهيم محمد وعصام احمد حسين)
مع مطالعات المحقق القضائي وقرارات
السيد قاضي التحقيق



او




محكمة تحقيق الكرخ
المختصة بالقضايا الارهابية

السيد قاضي تحقيق محكمة تحقيق الكرخ المختصة بقضايا الارهاب المحترم

تحيه وتقدير ...

- نقدم لسيادتكم الاوراق التحقيقية الخاصة بالمتهم الهارب ( علي يوسف احمد النوري ) الصادر
بحقه امر قبض وفق احكام المادة ٤،٦ /١/أ من قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩
المعدل .

راجين التفضل الاطلاع واتخاذ قراركم المناسب مع التقدير



اجتمعت القطاع ؛

١ - أ طلعت رئيس مفاتحة بشرطة الحكومية والدولية بخصوص تنفيذ
مذكرة لقبض الصادرة بحق المتهم علي يوسف أ احمد النوري «
ويتم تنظيم مذكرة قبض دولية .

٢ - خوكد علا تنفيذ مراسلنا ليوم ٨٨/١١/١ ٠٠٠ منه .

٣ - أطلاع الاوكلاء احكام .

القاضي







محكمة تحقيق الكرخ

المختصة بالقضايا الارهابية

السيد قاضي تحقيق محكمة تحقيق الكرخ المختصة بقضايا الارهاب المحترم .....

تحيه وتقدير ٠٠٠

نقدم لسيادتكم الاوراق التحقيقية الخاصة بالمتهم الهارب  ( علي يوسف احمد النوري ) الصادر

بحقه امر قبض وفق احكام المادة ٤٠٦ /١/أ من قانون العقوبات العراقي رقم ١١١ لسنة ١٩٦٩

المعدل .



راجين التفضل الاطلاع واتخاذ قراركم المناسب مع التقدير

[توقيع بخط اليد]

[ختم]

[ختم]

٩٣

EX-NOURI-00218



محكمة تحقيق الكرخ
المختصة بالقضايا الارهابية
مكتب المحقق القضائي

٢٠١٨/١١/١٨

السيد قاضي محكمة تحقيق الكرخ المختصة بقضايا الارهاب المحترم

تحية وتقدير ...

١- نقدم لسيادتكم الاوراق التحقيقية الخاصة بالمتهم الهارب ( علي يوسف احمد النوري ) وفق المادة
٤ /١/ ١ من قانون العقوبات مع

٢- نشير لسيادتكم المدني بالحق الشخصي ( ▮▮▮ ) لتدوين اقواله .

راجين التفضل بالإطلاع واتخاذ قراركم المناسب مع التقدير

٩٤

٩٤

EX-NOURI-00217



**REPUBLIC OF IRAQ**

**I.N.S.S**

جمهورية العراق
جهاز الأمن الوطني العراقي

العــدد:
التاريخ: ٢٠١٩/٢/<

**إلى / محكمة تحقيق الكرخ المختصة بالنظر في قضايا الارهابية**

**م /طلب اوراق تحقيقية**

نـود اعـلام محكمـتكم المـوقرة بانــه عنـد التـدقيق بجريمـة قتـل المجنـى عليـه
(عصام احمد حسين سلمان) تبين ان المجـرم (علي يوسف احمد النوري) قد شارك
بتلك الجريمــة وان الاوراق التحقيقيـة الخاصـة بهـا مودعـة لـدى محكمـة تحقيـق الفلوجـة
راجـين مخاطبـة المحكمـة المذكورة انفا لغـرض تزويدنـا بالأوراق التحقيقيـة ليتسـنى لنـا
اجراء اللازم.

**للتفضل بالاطلاع ومركم بما تنسبون.. مـــع التقديــر**



٢٠١٩/٢/<.

95

٩٨

تقييم الوثائق
أ، ب، ج، د

EX-NOURI-00218



معلومات عن ▮▮▮▮



96

٩٧

EX-NOURI-00219





مسجون حالياً في العراق

في الجريمة مع علي يوسف احمد النوري



97

٩٧



[Stamp]

Picture of General Registration of year 1956
Ministry of Interior – General Directorate of Citizenship
Directorate/Section  Al-Fallujah

3113229

T1

**File: 891**   **Page: 195**
**Province Al-Anbar**   **District: Al-Fallujah**   **Quarter:**

| co te | ID# & Date | Mar ital stat us | Bo dy m ar ks | POB, Quarter, district, provinc e | Regist ration of birth | DOB | Reli gio n | Pr of es sio n | Relati onshi p to house hold | Mot her dea d or aliv e | GFa ther 's na me | Moth er's Name | Fa th er de ad or ali ve ? | Gr an df at he r's na me | Father's Name | Fa m ily N a m e | Na me |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N o m ar ks | ▮ | | | ▮ | ▮ | / | [IL] | aliv e | [IL] | | | ▮ | ▮ | / | ▮ |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Signature
11/7/2010

To/ Fallujah Investigative Court

dated 1/7/2010.
Stamp of the head of the Department
Full Name   Signature   Organization Stamp

103

98

[IL] Remarks on record: [IL]

Stamp

Signature

بسم الله الرحمن الرحيم

العدد: █████████

التاريخ: ٢٠١٩/٢/█

(( خدمة وجباية ))

جمهورية العراق

مجلس القضاء الأعلى

اسم محكمة استئناف بغداد / الكرخ الاتحادية

حكمة تحقيق الكرخ المختصة بالقضايا الارهابية

دائرة الاصلاح العراقية قسم التسفير و المحاكم

م/ ارسال █████

تحية طيبه ..

نرجو ارسال █████████████ ) إلى مديرية الاستخبارات العسكرية / السجن

المركزي في مطار المثنى لإكمال التحقيق ███

مع التقدير

القاضي

جبار حسين

٢٠١٩/٣/٦

نسخة منه الى /

- مكتب المحقق القضائي المختص بقضايا مديرية الاستخبارات العسكرية / ██████ مع
التقدير

- / للحفظ مع التقدير

التقدير

المحقق احمد قاسم ٢٠١٩

Judicial council – Karkh COURT Appeal – Iraq - Baghdad
Mid Al Rabeea Street in between Adel and Hurria Quarter
Tel 5240006 – 5240003 – 5240001
E – mail kaac2008@yahoo.com

رئاسة استئناف بغداد / الكرخ الاتحادية – العراق – بغداد
منتصف شارع الربيع بين العدل والحرية
تلفون - ٥٢٤٠٠٠٦ – ٥٢٤٠٠٠٣ – ٥٢٤٠٠٠١
البريد الالكتروني : Hjc2008@yahoo.com

EX-NOURI-00222

EX-NOURI-00223