
```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      JAN 3 1 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri,<br><br>   Defendant. | Case No. 20-8033MJ<br><br>**ORDER TO UNSEAL EXTRADITION COMPLAINT AND EXHIBIT B** |

Based upon the United States of America's Motion to Unseal, and good cause appearing,

**IT IS ORDERED** that the Extradition Complaint and Exhibit B filed in his matter be unsealed. The Clerk of Court shall maintain Exhibit A to the Extradition Complaint under seal until further order of this Court.

DATED this  31st  day of January, 2020.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge