AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Ali Yousif Ahmed Al-Nouri<br>*Defendant* | )<br>)<br>)  Case No.   20-8033MJ<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ali Yousif Ahmed Al-Nouri,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   X Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Extradition of Fugitive in violation of 18 U.S.C. § 3184

Date: 1-29-2020

*Issuing officer's signature*

City and state:   Phoenix, Arizona         John Z. Boyle, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/29/2020, and the person was arrested on *(date)* 1/30/2020
at *(city and state)* Phoenix, AZ.

Date: 1/30/2020

By: *(signature)*
*Arresting officer's signature*

arrested by USMS
*Printed name and title*