```
 1  ON M. SANDS
    Federal Public Defender
 2  District of Arizona
    850 W. Adams, Suite 201
 3  Phoenix, Arizona  85007
    Telephone: 602-382-2700
 4
    JAMI JOHNSON
 5  New York State Bar # 4823373
    DANIEL L. KAPLAN, #021158
 6  Asst. Federal Public Defenders
    Attorney for Defendant
 7  jami_johnson@fd.org
    dan_kaplan@fd.org
 8
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. MJ-20-08033-PHX-JZB |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE DETENTION HEARING AND STATUS HEARING RE: EXTRADITION AND MOTION FOR EXTENSION OF TIME TO FILE DETENTION MEMORANDUM AND TO DISCLOSE EXHIBITS |
| vs. | |
| Ali Yousif Ahmed Al-Nouri, | |
| Defendant. | (Second Request) |
| | Detention Hearing set March 10, 2020 |

Defendant Ali Yousif Ahmed Al-Nouri, through undersigned counsel, respectfully requests that this Court extend the time for disclosure of any new information/exhibits and filing of the detention memorandum for a period of at least two weeks. In addition, defendant requests that the Court continue the detention hearing in the above matter currently set March 10, 2020, at 10:00 a.m., before the Honorable John Z. Boyle, for a period of at least two weeks.

. . .

The basis for this continuance is that defense counsel understands from discussions with the government that the government has certain documents that it intends to disclose to the defense in advance of the detention hearing but that the government is willing to do so only pursuant to a protective order. The government has shared with defense counsel a draft of a proposed protective order, and the parties have met and conferred during several rounds of negotiations that have resolved many, but not all, disputes regarding the proposed order. Parties have now reached an impasse regarding the remaining disputes, and remaining disputes will likely need to be resolved by the Court. Defendant understands the government will shortly be filing a motion to which defendant will respond within an appropriate timeframe.

Defendant needs additional time to respond to receive and respond to the government's motion, receive a ruling, review any documents produced after receiving the ruling, and prepare its detention submission.

The parties have met and conferred regarding a proposed briefing schedule and respectfully requests that the Court order the following deadlines in connection with litigation of the protective order:

- Government motion due by Friday, March 6, 2020;
- Defense Response due by Friday, March 13, 2020;
- Government Reply by Tuesday, March 17, 2020.

Undersigned counsel has been in contact with the Assistant United States Attorney assigned to this case, Todd Allison, who indicates that the government makes no objection to the requested continuances but notes for purposes of resetting the detention hearing that the government has scheduling conflicts on the morning of Wednesday, March 25, 2020 and all day on Thursday, March 26, 2020.

2

Additionally, defendant would like to make the Court aware that after conferring with defendant, defense now believes its portion of the detention hearing may take up to 90 minutes to allow for presentations by witnesses in support of Mr. Ahmed.

Excludable delay is not expected to result from this motion or from an order based thereon.

Respectfully submitted:   March 3, 2020.

JON M. SANDS
Federal Public Defender

*s/Jami Johnson*
JAMI JOHNSON
Dan Kaplan
Asst. Federal Public Defenders