IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | No. 20-08033-MJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Ali Yousif Ahmed Al-Nouri, | (Second Request) |
| Defendant. | |

The Court having considered the Unopposed Motion to Continue Detention Hearing, Status Hearing regarding Extradition and Motion for Extension of Time to File Detention Memorandum and to Disclose Exhibits (Doc. 20.), and good cause shown,

**IT IS ORDERED** granting the Unopposed Motion (Doc. 20),

**IT IS FURTHER ORDERED** resetting the Detention Hearing, Status Hearing re: Extradition Hearing from March 10, 2020 to April 1, 2020 at 10:00 AM before Magistrate Judge John Z. Boyle in courtroom 302.

**IT IS FURTHER ORDEREED** as follows:

1. Disclosure of any new information/exhibits must be filed by Wednesday, March 25, 2020.

2. Detention memorandums must be filed by Friday, March 27, 2020.

3. Briefing schedule for litigation of the protective order:

Government motion due by Friday, March 6;

Defense Response due by Friday, March 13;

Government Reply by Tuesday, March 17.

The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from _____ to _____.

Dated this 4th day of March, 2020.

_____
Honorable John Z. Boyle
United States Magistrate Judge

2