1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  TODD M. ALLISON
   Arizona State Bar No. 026936
4  DAVID A. PIMSNER
   Arizona State Bar No. 007480
5  RACHEL C. HERNANDEZ
   Arizona State Bar No. 016543
6  Assistant United States Attorneys
   Two Renaissance Square
7  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
8  Telephone:  602-514-7500
   Email: Todd.Allison@usdoj.gov
9  Email: David.Pimsner@usdoj.gov
   Email: Rachel.Hernandez@usdoj.gov
10 Attorneys for Plaintiff

11                    IN THE UNITED STATES DISTRICT COURT

12                        FOR THE DISTRICT OF ARIZONA

13

14
   In the Matter of the Extradition of Ali          No. 20-8033MJ
15 Yousif Ahmed Al-Nouri a/k/a Ali Youssef
   Ahmed Al-Nouri, Ali Ahmed, Ali Yousif
16 Ahmed Al Noori, Ali Yousif Ahmed Nouri,    **UNITED STATES' MOTION FOR A**
   Ali Al-Daleme, Ali Yousif Ahmed Al-        **ONE-WEEK CONTINUANCE OF**
17 Mahmadi, Ali Yousif Ahmed, and Ali         **APRIL 1, 2020, DETENTION**
   Yousif Nouri.                              **HEARING**
18

19

20

21         The United States, through undersigned counsel, respectfully requests a one-week

22 continuance of Mr. Ahmed's detention hearing, which is currently set for April 1, 2020.

23 The government's request is due to the current unavailability of the undersigned lead

24 counsel and logistical impediments caused by the current Coronavirus Disease 2019

25 ("COVID-19") pandemic.  Counsel for Mr. Ahmed, Jami Johnson, has been contacted, she

26 and opposes this motion.

27         In response to the recent outbreak of COVID-19, on March 20, 2020, the United

28 States District Court for the District of Arizona entered General Order 20-15.  District of

1    Arizona General Order 20-15 acknowledged the national emergency declared by President
2    Trump and the directive from the Centers for Disease Control ("CDC") that people avoid
3    close contact and avoid gathering in groups of more than 10.   The order continues
4    presently-set jury trials, but leaves to the discretion of individual judges presiding over
5    criminal proceedings to take any "actions consistent with this order as may be lawful and
6    appropriate to ensure the fairness of the proceedings and preserve the rights of the parties."
7    D. Ariz. General Order 20-15.  Further, the order states, "individual judges may continue
8    to hold hearings, conferences, and bench trials that they deem necessary consistent with
9    this order. Such proceedings shall be conducted by telephone or video-teleconference when
10   feasible."  D. Ariz. General Order 20-15.

11          On March 23, 2020, after exhibiting significant symptoms of COVID-19, a close
12   family member who resides with undersigned counsel was tested for the virus after having
13   tested negative for other possible illnesses over the weekend.  The undersigned AUSA has
14   been advised that the test result will likely not be available until March, 28, 2020.  As
15   recommended by the testing medical service provider and consistent with the CDC
16   recommendations, the undersigned AUSA is self-quarantining at his home until results are
17   received.

18          The undersigned AUSA has been responsible for compiling the exhibits to be
19   disclosed to Mr. Ahmed, drafting and filing the Government's detention memorandum
20   (currently due to be filed on March 27, 2020), as well as for preparing the witnesses for the
21   April 1, 2020, detention hearing.  Until the undersigned AUSA can determine if he has
22   been exposed to COVID-19, it is contrary to all public health advice for him to physically
23   meet with witnesses, law enforcement personnel, and co-counsel.  Furthermore, should the
24   undersigned AUSA's family member be confirmed positive for COVID-19 by March 28,
25   2020, the undersigned will no longer be able to attend and participate in the detention
26   hearing.

27          On March 23, 2020, the undersigned contacted Mr. Ahmed's counsel, Jami Johnson,
28   regarding Mr. Ahmed's position as to the Government's Motion.  Ms. Johnson advised the

following: "Defendant has sympathy for the circumstances that have led the government to seek a continuance but respectfully objects to the government's request on grounds of the deteriorating public health situation, the length of time Mr. Ahmed has already been in custody awaiting his detention hearing, the substantial preparation already undertaken by Mr. Ahmed's family for the hearing, and the existence of two additional, capable co-counsel for the government who have filed appearances in this case."

For the reasons set forth above, and in the interests of justice, the United States requests a one-week continuance[1] of the detention hearing, which is currently set for April 1, 2020.

Respectfully submitted this 23rd day of March, 2020.

MICHAEL BAILEY
United States Attorney

*s/ Todd M. Allison*
TODD M. ALLISON
DAVID A. PIMSNER
RACHEL C. HERNANDEZ
Assistant United States Attorneys

---

[1] While asking for a one-week continuance based on the undersigned AUSA's circumstances, the Government is cognizant that the Court and the parties may need additional consultation time with the Court to properly balance the rights of Mr. Ahmed, the right to public and open hearings, alternate procedures for handling witness testimony and limiting the number of people in the courtroom, and public safety concerns, which may be substantial in this case because of this unprecedented health emergency.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document to the following CM/ECF registrant(s):

Jami Johnson
Dan Kaplan
Counsel for Ali Yousif Ahmed Al-Nouri


*s/ Todd M. Allison*
United States Attorney's Office