# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ-20-08033-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Ali Yousif Ahmed Al-Nouri, | |
| Defendant. | |

Pending before the Court is Defendant's "Motion to Continue Status Hearing and Detention Hearing re: Extradition." (Doc. 41.) After review, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED**:

1. The Motion (Doc. 41) is **granted**.

2. The April 1, 2020 Status Hearing and Detention Hearing re: Extradition is continued to **April 7, 2020** at **9:00 a.m**. before Magistrate Judge John Z. Boyle in courtroom 302.

No excludable delay shall occur from the entry of this Order.

Dated this 25th day of March, 2020.

Honorable John Z. Boyle
United States Magistrate Judge