JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
DANIEL L. KAPLAN, #021158
Asst. Federal Public Defenders
jami_johnson@fd.org
dan_kaplan@fd.org
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ali Yousif Ahmed Al-Nouri,<br><br>Defendant. | No. MJ-20-08033-PHX-JZB<br><br>MOTION FOR EXTENSION OF TIME TO FILE DETENTION MEMORANDA |

Defendant Ali Yousif Ahmed Al-Nouri, through undersigned counsel, respectfully requests that this Court extend the deadline for filing of both parties' detention memoranda from March 27, 2020 until March 31, 2020. On March 25, 2020, this Court continued the detention hearing in this matter to April 7, 2020. (Doc. 33.) Defendant is presently awaiting documents from the government relevant to the issue of detention and expects to receive these documents during the business day March 26, 2020. Defendant understands from discussions with the government that this disclosure may involve multiple discs of data. Extending the deadline for filing of the detention memoranda would afford defendant an opportunity to review this data more thoroughly in order to be able to incorporate it, as necessary, into defendant's detention submission.

Undersigned counsel has been in contact with the Assistant United States Attorney assigned to this case, Todd Allison, who indicates that the government makes no objection to the requested continuance.

Excludable delay is not expected to result from this motion or from an order based thereon.

Respectfully submitted: March 25, 2020.

JON M. SANDS
Federal Public Defender

 *s/Jami Johnson*
JAMI JOHNSON
DAN KAPLAN
Asst. Federal Public Defenders
Attorneys for Defendant