MICHAEL BAILEY
United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DAVID A. PIMSNER
Arizona State Bar No. 007480
RACHEL C. HERNANDEZ
Arizona State Bar No. 016543
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Todd.Allison@usdoj.gov
Email: David.Pimsner@usdoj.gov
Email: Rachel.Hernandez@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-8033MJ<br><br>**UNITED STATES' MOTION FOR A TELEPHONIC STATUS CONFERENCE RE: DETENTION HEARING** |

The United States, through undersigned counsel, respectfully requests this Court set a telephonic status conference for April 2 or April 3, 2020, as this Court's schedule permits. In light of District Court General Order 20-15 and its directives to conduct hearings via telephone/video-teleconferencing where possible, and the necessity to limit contact among more than 10 people at any one time, a telephonic status conference would permit the parties and the Court to discuss the best procedures to handle the logistics of the detention hearing set for April 7, 2020.

In anticipation of these concerns, the parties have agreed to exchange witness lists

on March 31, 2020, to facilitate any possible stipulations or areas of agreement. The parties have already reached a tentative agreement that would permit the government to proceed by proffer, thereby reducing the number of witnesses needed in the courtroom. Given the media interest in this case and the number of potential witnesses Al-Nouri intends to present, a status hearing would be in the interests of justice.

Counsel for Ahmed Al-Nouri has been contacted and has no objection to a telephonic status conference to discuss these issues.

Respectfully submitted this 30th day of March, 2020.

                MICHAEL BAILEY
                United States Attorney

                *s/ Todd M. Allison*
                TODD M. ALLISON
                DAVID A. PIMSNER
                RACHEL C. HERNANDEZ
                Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document to the following CM/ECF registrant(s):

Jami Johnson
Dan Kaplan
Counsel for Ali Yousif Ahmed Al-Nouri


*s/ Todd M. Allison*
United States Attorney's Office