MICHAEL BAILEY
United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DAVID A. PIMSNER
Arizona State Bar No. 007480
RACHEL C. HERNANDEZ
Arizona State Bar No. 016543
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Todd.Allison@usdoj.gov
Email: David.Pimsner@usdoj.gov
Email: Rachel.Hernandez@usdoj.gov
Email: Dimitra.Sampson@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-8033MJ-MTM<br><br>**UNITED STATES' UNOPPOSED MOTION TO EXCEED THE PAGE LIMITATION FOR MEMORANDUM OF EXTRADITION LAW AND REQUEST FOR DETENTION PENDING EXTRADITION HEARING** |

The United States of America, by and through counsel undersigned, moves this court for an order allowing the government to exceed the page limitation pursuant to Local Rule of Civil Procedures, 7.2(e), as incorporated by local Rule of Criminal Procedure 47.l, with respect to United States' Memorandum of Extradition Law and Request for Detention Pending Extradition Hearing. The United States' memorandum will need to exceed the 17 page limitation in order to adequately present the law and facts at issue in this matter relating to the extradition process and continued detention of Ali Yousif Ahmed Al-Nouri

pending his extradition hearing.  For this reason, the government respectfully requests the Court grant permission to exceed the page limitation by approximately 13 pages.

      On March 31, 2020, the undersigned AUSA contacted Jami Johnson, counsel for Ali Yousif Ahmed Al-Nouri ("Ahmed"), who indicated that Ahmed does not oppose this Motion.

      Respectfully submitted this 31st day of March, 2020.

                       MICHAEL BAILEY
                       United States Attorney

                       *s/ Todd M. Allison*
                       TODD M. ALLISON
                       DAVID A. PIMSNER
                       RACHEL C. HERNANDEZ
                       DIMITRA H. SAMPSON
                       Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document to the following CM/ECF registrant(s):

Jami Johnson
Dan Kaplan
Counsel for Ali Yousif Ahmed Al-Nouri


*s/ Norma Hernandez*
United States Attorney's Office