# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ-20-08033-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| Ali Yousif Ahmed Al-Nouri, | |
| Defendant. | |

Pending before the Court is the United States' Motion for a Telephonic Status Conference re: Detention Hearing. (Doc. 43.) After review, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED:**

1. The Motion (Doc. 43) is **granted**.

2. Setting a Telephonic Status Conference for **April 3, 2020** at **10:30 a.m.** before Magistrate Judge Michael T. Morrissey.

Dated this 31st day of March, 2020.

Honorable Michael T. Morrissey
United States Magistrate Judge