# Attachment A

# Filed Under Seal