# Attachment B

# Filed Under Seal