# Attachment C

# Filed Under Seal