# Attachment D

# Filed Under Seal