# Attachment H

# Filed Under Seal