# Attachment I

# Filed Under Seal