# Attachment K

# Filed Under Seal