# INDEX OF EXHIBITS
# TO DEFENDANT'S DETENTION MEMORANDUM

<u>United States v. Ali Yousif Ahmed Al-Nouri</u>
Case No. MJ-20-08033-PHX-MTM

| Exhibit | Description |
|---|---|
| 1 | Letter from Noor Ajafar (Filed Under Seal) |
| 2 | Security Guard License |
| 3 | Letters from Women's Empowerment |
| 4 | Blood Donor Card |
| 5 | Letter from Colonel P.J. Nugent, USMC |
| 6 | Character Letters (Filed Under Seal) |
| 7 | New Yorker article |