# EXHIBIT  2



ALI AHMED
Lic: 1716395 Exp: 04/24/2021

SECURITY GUARD

Department of Public Safety