# EXHIBIT 3



a division of Lutheran Social Services of the Southwest

Michele Eckert, Women's Empowerment Program
Lutheran Social Services/ RF Division
3443 N. Central Ave.
Phoenix, AZ 85012


February 13, 2017


Motor Vehicle Division
RE: A Plus Driving School
7106 N. 35th Ave
Phoenix, AZ


To Whom It May Concern:

As a Program Specialist with the Women's Empowerment Program, I work with women who are learning to drive, and to develop their skills in assimilating into the American culture. This letter is written in reference for the A-Plus Driving School, whose ownership and management team helps our clients achieve their goals.

The owner of the company, Mr. Ali Ahmed has had his driver's license since 1991, and is an experienced commercial driver. His team (AAL Iessa Mohammad and Alani Ahmed) have been working with our clients, and with the community to help and support them in learning to drive, and learn the rules and road regulations to drive safely here in Arizona.

Mr. Alani and his team have also worked as volunteers to support their community - not only to teach driving, but also to adjusting to life here in Arizona. Ali and his team are highly skilled, and certainly will continue to deliver quality services.


Most sincerely,

Michele Eckert
Program Specialist

3443 N Central Ave, North Rotunda, Phoenix, AZ 85012 Tel: (602) 248-4400 Fax: (602) 248-4968

www.refugeefocus.org

Lutheran Immigration and Refugee Service

CWS



# Refugee Focus

*a division of Lutheran Social Services of the Southwest*

Basim Alkhafaji
3443 N. Central Ave.
Phoenix, AZ, 85012

2/13/17
Motor Vehicle Division
A Plus driving school
7106 N. 35th Ave. Phoenix, AZ

**To whom it may concern**

I Basim Alkhafaji senior case manager at Refugee Focus. Writing this letter in reference of A-Plus driving school.

Ali Ahmed as the owner of this company and his team (AAUessa Mohammad, Alani Ahmed) has been working with our client to help and support them to learn how to drive, and learn about the rules and road regulations here in Arizona.

Ali Alani also worked as a volunteer to support his community and who ever in needs not only with driving lessons but with the life adjusting here in AZ.

Ali and his team is highly skilled staff when it comes to deliver the services.


Warmly

Basim Alkhafaji

Senior case manager

3443 N. Central Ave., North Rotunda, Phoenix, AZ 85012   Tel: (602) 248-4400 Fax (602) 248-4968
www.refugeefocus.org






# Arizona Immigrant and Refugee Services

10240 N 31st Ave, Suite 112          Phone: 602-944-1821

Phoenix, AZ 85051                    Fax: 602-944-1860

---

February 13th 2017

A Plus Driving School
7106 N 35th Ave. Phoenix, AZ 85051

To: Motor Vehicle Division

We are writing this letter in reference of (A Plus Driving School) Owned by Ali Ahmed. Ali and his team (AAL lessa Mohammed and Alani Ahmed) has been working with our clients to learn the Arizona motor vehicle laws to obtain their driver's permits then teaching them driving so they can pass the MVD test route that has a variety of traffic situations.

Ali Ahmed has been serving the community in deferent ways, He volunteered to help the newcomers to start their new life in Arizona.

We strongly recommend Ali Ahmed and his team to continue the services they are providing to the community.

Sincerely,

Safaa Alsharbati
Operations Manager
Arizona Immigrant and Refugee Services
10240 North 31st Ave, Suite#112
Phoenix, AZ 85051
Tel: (602) 944-1821
Fax: (602) 944-1860



Refu9ee Focus, a division of Lutheran Socicil Services of the Southwest

3443 N C,:,n.ral Ave. North Rotunda. Phoenix. Adzona 85012

Tel (602) 248-4400 | Fax (602) 248-4968

wv:w. refugeefo,: us .o rg



October, 2016

To Whom It May Concern

We are working with A-Plus Driving School, and the owner of the company, Mr. Ali Ahmed. He has had his driver's license since 1991, and is an experienced commercial driver. Beginning in 2010, he has volunteered to help refugees learn to drive by using his own vehicle in a parking lot, so they could practice. We appreciate him working with our Refugee Women very much, and he has given discounts to our clients to help them become independent.

His additional qualifications include his commitment to helping refugees become independent, and to ensure they learn proper road safety, and the law. He is a firm believer in focusing on good communication skills, and getting refugees on the right path to becoming independent, safe drivers.

Finally, Mr. Ahmed intends to collaborate with local agencies and non-profits to offer this service, in addition to marketing the service to other new drivers.

Warmly,

Michele Eckert

Women's Empowerment Business Specialist