# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ-20-08033-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| Ali Yousif Ahmed Al-Nouri, | |
| Defendant. | |

Pending before the Court are two motions by the parties: the government's Motion to File Excess Pages (doc. 46) as to its Memorandum of Extradition Law and Request for Detention Pending Extradition Hearing, and Defendant's Motion to File Excess Pages (doc. 51) as to the Defendant's Detention Memorandum. Both parties state that the parties need to exceed the standard seventeen (17) page limitation under Rule 7.2(e) of the Local Rules of Civil Procedure, as incorporated by Rule 47.1 and Rule 12.1(a) of the Local Rules of Criminal Procedure, respectively.

With good cause shown, **IT IS ORDERED:**

(1) The government's Motion to File Excess Pages (doc. 46) is **granted**.

(2) Defendant's Motion to File Excess Pages (doc. 51) is **granted**.

Dated this 3rd day of April, 2020.

                                                                            Honorable Michael T. Morrissey
                                                                            United States Magistrate Judge