# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
## WITNESS LIST

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
MAY 0 8 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ KGM _____ M DEPUTY

Case Number: 20-08033MJ-MTM    Judge Code: 70CH    Date: 05/08/2020

In the Matter of the Extradition of _____ Ali Yousif Ahmed Al-Nouri _____

☐ Plaintiff / Petitioner    [X] Defendant / Respondent

☐ Non-Jury Trial    ☐ Jury Trial    ☐ Other Hearing: Detention Hearing

| Name | Sworn | Appeared |
|---|---|---|
| Ahmed Alassafi | 5/8/20 | 5/8/20 |
| Jabir Algarawi | 5/8/20 | 5/8/20 |
| Youkhanna Khaninia | 5/8/20 | 5/8/20 |
| Tanler Klemstine | 5/8/20 | 5/8/20 |
| Ziaad Ismael Mustafa | 5/8/20 | 5/8/20 |