JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
DANIEL L. KAPLAN, #021158
Asst. Federal Public Defenders
jami_johnson@fd.org
dan_kaplan@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of<br>Ali Yousif Ahmed Al-Nouri,<br>Defendant. | No. MJ-20-08033-PHX-MTM<br><br>May 11, 2020 Supplement to Detention Memorandum |

Defendant Ali Yousif Ahmed Al-Nouri ("Mr. Ahmed"), through undersigned counsel, hereby submits the following supplement to his March 31, 2020 detention memorandum in order to address developments with respect to the ongoing COVID-19 pandemic relevant to the issue of Mr. Ahmed's detention.

As the Court is aware, the spread of the novel coronavirus that causes COVID-19 has continued unabated since March 31, 2020. COVID-19 has now infected more than 4 million people worldwide and has led to more than 282,000 deaths.[1] In the United States alone, more than 1.3 million individuals have been

---

[1] *Coronavirus Map: Tracking the Global Outbreak*, N.Y. Times, https://www.nytimes.com/interactive/2020/world/coronavirus-maps.html (last visited May 11, 2020).

infected, and more than 80,000 have died.[2] Arizona continues to operate on a modified stay-at-home order,[3] and the federal courts in Arizona have suspended all grand jury proceedings and continued all civil and criminal trials through at least June 1, 2020.[4]

As the pandemic has unfolded in the United States, it has become evident that correctional facilities pose exceptionally high risk for spread of the disease. Of the thirty largest clusters of COVID-19 cases in the United States, twenty are associated with jails or prisons.[5] Within federal jails alone, 3379 federal inmates—more than 3.0% of all federal inmates nationwide—have tested positive for the disease,[6] compared with 0.3% of the general population of the United States. Moreover, the Bureau of Prisons reports a more than 70% positive test rate, strongly suggesting that this already alarming infection rate is substantially understated and that the true infection rate is much higher.[7] The overall positive test rate for the state of Arizona, by contrast, is approximately 7%.[8]

---

[2] *Coronavirus in the U.S.: Latest Map and Case Count*, N.Y. Times, https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html (last visited May 11, 2020).

[3] *Ducey Extends "Modified" Stay-at-Home Order until May 15*, Ariz. Capitol Times, https://azcapitoltimes.com/welcome-ad/?retUrl=/news/2020/04/29/ducey-extends-modified-stay-at-home-order-until-may-15/ (last visited May 11, 20120).

[4] D. Ariz. Gen. Order 20-20, Apr. 16, 2020.

[5] *Coronavirus in the U.S.: Latest Map and Case Count*, N.Y. Times, https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html#clusters (last visited May 11, 2020).

[6] COVID-19: Coronavirus, Bureau of Prisons, https://www.bop.gov/coronavirus (last visited May 11, 2020).

[7] *Over 70 percent of tested inmates in federal prisons have COVID-19*, PBS, https://www.pbs.org/newshour/nation/over-70-of-tested-inmates-in-federal-prisons-have-covid-19 (Apr. 29, 2020).

[8] *Arizona reports 261 new coronavirus cases with 6 additional deaths*, KTAR News, https://ktar.com/story/3144837/arizona-reports-261-new-coronavirus-cases-with-6-additional-deaths/ (May 11, 2020).

### I. COVID-19 at the CoreCivic Detention Center in Florence, Arizona.

As of Friday, March 8, 2020, thirteen inmates and seven staff at the CoreCivic detention facility where Mr. Ahmed is housed had tested positive for COVID-19 in the approximately two weeks since the facility's first confirmed case in late April.[9] Hundreds of other inmates are in quarantine as a result of COVID-19 exposure at the facility.[10] Given the experience at other, similar facilities throughout the nation, the disease can be reasonably expected to spread widely within the facility, regardless of any protective measures that may be taken. At the Otay Mesa detention center operated by CoreCivic, for example, as of last Friday, May 8, 2020, 211 detainees had tested positive for the virus, and one detainee had died.[11] At the Trousdale Turner Correctional Facility in Tennessee, also operated by CoreCivic, 1,299 of 2,444 inmates had tested positive as of May 1, 2020. Indeed, the city of Trousdale, Tennessee now has the highest per capita infection rate in the United States as a result of the COVID-19 outbreak at the CoreCivic facility located in that town.[12] Meanwhile, an outbreak at the ICE detention facility run by

---

[9] J. Joffe-Block, *CV-19 outbreak grows at AZ private prison with most U.S. Marshal detainees in nation*, Tucson Sentinel (May 8, 2020), *available at* https://www.tucsonsentinel.com/local/report/050820_us_marshals_cv/cv-19-outbreak-grows-az-private-prison-with-most-us-marshal-detainees-nation/.

[10] *Id.*

[11] K. Morrissey, *65 more medically vulnerable ICE detainees released from Otay Mesa Detention Center after judge's order*, San Diego Union Tribune (May 8, 2020), *available at* https://www.sandiegouniontribune.com/news/immigration/story/2020-05-08/65-more-medically-vulnerable-ice-detainees-released-from-otay-mesa-detention-center-after-judges-order.

[12] *Coronavirus in the U.S.: Latest Map and Case Count*, N.Y. Times, http://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html#hotspots (last visited May 11, 2020).

3

CoreCivic in Eloy, Arizona has caused that town to become "the new hot spot for COVID-19 in Arizona."[13]

All available evidence indicates that the disease is in fact already spreading rapidly within the CoreCivic facility where Mr. Ahmed is housed. On May 6, 2020, defense counsel received a letter from AUSA Allison informing them that five inmates at the CoreCivic facility in Florence had tested positive for COVID-19. By May 8, 2020, that number had already grown to thirteen.

Mr. Ahmed expects the government will argue that CoreCivic is adhering to CDC protocols with respect to containment of the disease, but experience has shown that the immutable characteristics of jails and prisons that render them unsafe from a public health perspective cannot be blunted by even the most careful adherence to CDC guidance. As Dr. Ross Macdonald, chief doctor at the Riker's Island Jail has explained, CDC guidelines are insufficient to halt the spread of coronavirus once it reaches a prison.[14] Specifically, Dr. Macdonald notes that Rikers Island, New York City's pretrial holding center, "had been following guidelines from the Centers for Disease Control and Prevention long before the outbreak happened and while it approached but . . . following the guidelines had not been nearly enough to stop it." *Id.* Certainly, CoreCivic protocols have proven insufficient to prevent the spread of the disease at the Trousdale, Otay Mesa, and Eloy facilities, among others.

---

[13] Liliana Soto, *Eloy, the new hot spot for COVID-19 in Arizona*, ABC15 (May 7, 2020), *available at* https://www.abc15.com/news/region-central-southern-az/eloy-the-new-hot-spot-for-covid-19-in-arizona.

[14] Megan Flynn, *Top Doctor at Rikers Island Calls the Jail "A Public Health Disaster Unfolding Before Our Eyes,"* Wash. Post, Mar. 31, 2020. https://www.washingtonpost.com/nation/2020/03/31/rikers-island-coronavirus-spread/

4

It is moreover unclear that CoreCivic is in fact adhering to CDC protocols with respect to COVID-19 at the Florence, Arizona facility where Mr. Ahmed is housed. On May 8, 2020, five detainees in Mr. Ahmed's facility filed a putative class action lawsuit, *Lucero-Gonzalez v. Kline*, 2:20-cv-00901-DJH-DMF (D. Ariz.), against the facility alleging that the facility was failing to comply with relevant public health guidelines designed to protect incarcerated persons from the disease. The complaint in that case, which includes sworn declarations from detained plaintiffs, alleges pervasive problems at the CoreCivic facility such as "insufficient access to soap, masks, and gloves" and "no measures to ensure appropriate social distancing." The complaint is moreover supported by a declaration from Dr. Joseph Goldenson, a doctor with over 33 years of experience in correctional health care. Dr. Goldenson, whose declaration is attached hereto as Exhibit 1, opines that CoreCivic's quarantining practices "do[ ] not conform to CDC guidelines and would likely contribute to the overall transmission rate." Ex. 1, ¶ 33. Dr. Goldenson further opines that "[w]ithout meaningful intervention, conditions will likely continue to deteriorate." *Id.* ¶ 34. Dr. Goldenson concludes that "it is [his] professional opinion that persons currently detained at CoreCivic are at significantly greater risk of contracting COVID-19 than if they were permitted to shelter in place in their home communities" and advises that "those who are medically vulnerable need to be moved out of CoreCivic to the absolute maximum extent possible." *Id.* ¶¶ 43, 46.

**II.      COVID-19 and Mr. Ahmed.**

At the May 8, 2020 detention hearing, the government conceded that Mr. Ahmed had been identified by CoreCivic as "high risk" with respect to the COVID-19 virus because of a history of heart valve replacement. Mr. Ahmed has, in addition to heart disease, a history of hospitalizations for pneumonia that further

5

place him at heightened risk of severe illness were he to contract the disease. Exs. 2, 3. Mr. Ahmed was hospitalized for one night on August 7, 2018 after being admitted to Deer Valley Medical Center with a case of severe sepsis and pneumonia. Ex. 2. He was again hospitalized for five nights from June 24, 2019 to June 29, 2019 after being admitted to that facility suffering from acute respiratory failure, sepsis and pneumonia. Ex. 3. Mr. Ahmed's history of heart and lung disease are significant risk factors that place him at elevated risk for suffering a severe form of the disease were he to contract it.[15]

Moreover, even if Mr. Ahmed were lucky enough to avoid contracting COVID-19 at the facility, or were lucky enough to suffer only a mild version of the disease, the presence of COVID-19 at the facility nevertheless poses a ongoing threat to his health because the CoreCivic COVID-19 protocols are preventing Mr. Ahmed from seeing a cardiologist for his ongoing heart problems. Mr. Ahmed initially requested an appointment with a cardiologist after suffering from dizziness and other symptoms potentially associated with a failure of his artificial heart valve. This request was first approved and then later canceled by the facility with the note "all non-urgent consults are immediately cancelled/postponed [due to] COVID-19. [Inmate] will need to be re-scheduled by the provider for re-evaluation in May to determine if need still exists and if COVID-19 restrictions have been lifted." Ex. 4. Notably, Mr. Ahmed's request to see a cardiologist was canceled April 3, 2020— weeks before the facility confirmed any cases of COVID-19 among inmates or staff. It is reasonable to assume that such restrictions have not been lifted nor will be lifted for the foreseeable future in light of the confirmation that COVID-19 is present at the facility and the improbability that the disease will be eradicated from

---

[15] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html (last accessed May 11, 2020).

the facility within the near future. CoreCivic's COVID-19 policies therefore pose an ongoing risk to Mr. Ahmed's cardiac health independent of his risk of contracting the disease itself.

### III.     COVID-19 and international travel.

Travel to Iraq—necessary for the investigation of and defense against extradition—remains, as it was on March 31, 2020, impossible. On March 31, the United States issued a Global Level 4 Health Advisory, which the State Department interprets to mean "Do Not Travel."[16] Specifically, "[t]he Department of State advises U.S. citizens to avoid all international travel due to the global impact of COVID-19. In countries where commercial departure options remain available, U.S. citizens who live in the United States should arrange for immediate return to the United States, unless they are prepared to remain abroad for an indefinite period."[17]

While the current global public health situation is poor in general, it is particularly dire in Iraq, and its consequences to travel both to and within Iraq are particularly severe. Iraq has suspended all international flights.[18] The United States embassy in Iraq, which organized a small number of special commercial flights out of Iraq largely for the purpose of evacuating United States citizens has expressly advised, "[t]he Embassy does not anticipate organizing additional flights. If you are a U.S. citizen and you remain in Iraq, please plan to shelter in place until commercial flights resume."[19] The embassy has further advised that while "[t]he

---

[16] Dep't of State Global Health Advisory (Mar. 31, 2020), available at https://travel.state.gov/content/travel/en/traveladvisories/ea/travel-advisory-alert-global-level-4-health-advisory-issue.html
[17] *Id.*
[18] Health Alert: U.S. Embassy Baghdad (May 6, 2020), *available at* https://iq.usembassy.gov/health-alert-u-s-embassy-baghdad-4/.
[19] *Id.*

7

current suspension on flights in Iraq is set to expire at 8:00 p.m. on May 22, . . . travelers should be prepared that this could be extended."[20] The United States has emptied its embassy in Iraq of most workers and is providing no public services and only "limited" emergency services to U.S. citizens in Iraq.[21] Travel between Iraqi provinces has been banned.[22]

There therefore exists no reasonable possibility that travel to Iraq will be possible in the near future and Mr. Ahmed is, as a result of the global pandemic, effectively disabled from meaningful investigation of his case for the foreseeable future.

Respectfully submitted:		May 11, 2020.

JON M. SANDS
Federal Public Defender

*s/Jami Johnson*
JAMI JOHNSON
DANIEL L. KAPLAN
Asst. Federal Public Defenders

.

---

[20] Health Alert: U.S. Embassy Baghdad (May 7, 2020), *available at:* https://iq.usembassy.gov/health-alert-u-s-embassy-baghdad-may-7-2020/

[21] Alert: U.S. Embassy Iraq, (Mar. 26, 2020), *available at* https://iq.usembassy.gov/alert-u-s-embassy-baghdad-iraq/

[22] COVID-19 Information, U.S. Embassy & Consulates in Iraq (May 5, 2020), *available at* https://iq.usembassy.gov/covid-19-information/