| | |
|---|---|
| 1 | MICHAEL BAILEY |
| | United States Attorney |
| 2 | District of Arizona |
| 3 | TODD M. ALLISON |
| | Arizona State Bar No. 026936 |
| 4 | DAVID A. PIMSNER |
| | Arizona State Bar No. 007480 |
| 5 | RACHEL C. HERNANDEZ |
| | Arizona State Bar No. 016543 |
| 6 | DIMITRA H. SAMPSON |
| | Arizona State Bar No. 019133 |
| 7 | Assistant United States Attorneys |
| | Two Renaissance Square |
| 8 | 40 N. Central Ave., Suite 1800 |
| | Phoenix, Arizona 85004 |
| 9 | Telephone: 602-514-7500 |
| | Email: Todd.Allison@usdoj.gov |
| 10 | Email: David.Pimsner@usdoj.gov |
| | Email: Rachel.Hernandez@usdoj.gov |
| 11 | Email: Dimitra.Sampson@usdoj.gov |
| | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-8033MJ<br><br>**NOTICE OF ERRATA** |

At the May 15, 2020, detention hearing, the government became aware that citations were inadvertently omitted from one sentence in its Response to May 11, 2020 Supplement to Detention Memorandum. (Doc. 81.)

The sentence, "Courts have generally found that a fugitive must demonstrate that (1) the fugitive's specific medical condition is life-threatening or debilitating, (2) the fugitive's medical condition has deteriorated while incarcerated, or (3) that the federal authorities cannot properly care for the fugitive's medical condition," at Page 5 of the government's Response should have been followed by this citation: *See, e.g.*, *Salerno v. United States*, 878 F.2d 317 (9th Cir. 1989); *United States v. Bowman*, No. 19-MJ-05089,

| | |
|---|---|
| 1 | 2020 WL 835342, at *3 (S.D. Cal. Feb. 20, 2020); "); *United States v. Snyder*, No. 13-7082-MJ, 2013 WL 1364275, at *8 (D. Ariz. Apr. 3, 2013); *Nezirovic v. Holt*, 990 F. Supp. 2d 594, 601-02 (W.D. Va. 2013); *In re Extradition of Garcia,* 761 F. Supp. 2d 468, 481 (S.D. Tex. 2010); *United States v. Latulippe*, No. 08-mj-59-1-JM, 2008 WL 2704230, at *1 (D.N.H. Jul. 3, 2008); *Matter of Extradition of Rouvier*, 839 F. Supp. 537, 541-42 (N.D. Ill. 1993). |

RESPECTFULLY SUBMITTED this 18th day of May, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Todd M. Allison*
TODD M. ALLISON
DAVID A. PIMSNER
RACHEL C. HERNANDEZ
DIMITRA H. SAMPSON
Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document via email to the following registrant(s):

Jami Johnson
Dan Kaplan
*Counsel for Ali Yousif Ahmed Al-Nouri*


*s/ Theresa A. Hanson*
United States Attorney's Office