JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
DANIEL L. KAPLAN, #021158
Asst. Federal Public Defenders
jami_johnson@fd.org
dan_kaplan@fd.org

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of the Extradition of<br><br>Ali Yousif Ahmed Al Nouri,<br><br>               Defendant. | Case No. MJ-20-08033-PHX-MTM<br><br>**NOTICE OF APPEAL**<br><br>**(FRAP 9(a) APPEAL)** |

Notice is hereby given that Ali Yousif Ahmed Al-Nouri, defendant in the above-named case, appeals to the U.S. Court of Appeals for the Ninth Circuit from the pretrial detention order entered in this case on September 21, 2020 (Docket No. 110).

Respectfully submitted: October 5, 2020

JON M. SANDS
Federal Public Defender

*s/Jami Johnson*
JAMI JOHNSON
DANIEL L. KAPLAN
Asst. Federal Public Defenders