MICHAEL BAILEY
United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DAVID A. PIMSNER
Arizona State Bar No. 007480
RACHEL C. HERNANDEZ
Arizona State Bar No. 016543
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Todd.Allison@usdoj.gov
Email: David.Pimsner@usdoj.gov
Email: Rachel.Hernandez@usdoj.gov
Email: Dimitra.Sampson@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-8033MJ<br><br>**PARTIES' JOINT PROPOSED PRE-EXTRADITION HEARING DEADLINES** |

On December 15, 2020, the parties appeared before the Court for a hearing to discuss Ali Yousif Ahmed Al-Nouri's ("Ahmed") Motion to Continue Extradition Hearing. At the hearing, the Court rescheduled Ahmed's Extradition Hearing for May 25, 2021. (Doc. 159.) That day, the Court ordered the parties to "meet and confer and file their proposed expert witness and briefing deadlines by no later than 1/6/2021." (*Id.*) The parties have conferred and hereby jointly submit the following proposed deadlines:

January 18, 2021:   Ahmed's amended notice of expert disclosure deadline

| | | |
|---|---|---|
| February 8, 2021: | Government's amended notice of rebuttal expert disclosure deadline |
| February 26, 2021: | Parties' pre-hearing motions deadline (other than motions in limine) |
| March 1, 2021: | Ahmed's expert report(s) disclosure deadline |
| March 29, 2021: | Government's rebuttal expert report(s) disclosure deadline |
| April 16, 2021: | Parties' exhibit and witness lists deadline (including the Parties' exchange of exhibits to be used at the May 25, 2021, Extradition Hearing and notice of how the Parties intend for witness to appear at the Extradition Hearing, i.e. in-person or via videoconference) |
| April 16, 2021: | Parties' extradition brief deadline |
| April 30, 2021: | Parties' responsive extradition brief deadline |
| April 30, 2021: | Parties' motions in limine deadline |
| April 30, 2021: | Deadline for Parties' objections to proposed witness appearance method, i.e. in-person or via videoconference |

The Court's December 15, 2020, Order directs the Parties to "include whether there are any agreements as to witnesses appearing via video teleconference." (Doc. 159.) At the time of this filing, there are no specific agreements between the Parties as to specific witnesses appearing via video teleconference. In an attempt to allow for a fair and efficient process by which either of the Parties may propose a certain witness's appearance via video teleconference and the other Party may have an opportunity to object, the Parties have included in their proposed deadlines (1) an April 16, 2021, deadline for notifying the Court and the opposing party as to a witness expected to appear via video teleconference, and (2) an April 30, 2021, deadline for the opposing party to object to appearance via video teleconference.

A proposed pre-Extradition Hearing scheduling order is attached hereto.

RESPECTFULLY SUBMITTED this 6th day of January, 2021.

| | |
|---|---|
| MICHAEL BAILEY<br>United States Attorney<br>District of Arizona | JON M. SANDS<br>Federal Public Defender<br>District of Arizona |
| *s/ Todd M. Allison*<br>TODD M. ALLISON<br>DAVID A. PIMSNER<br>RACHEL C. HERNANDEZ<br>DIMITRA H. SAMPSON<br>Assistant United States Attorneys | *s/ Jami Johnson*<br>JAMI JOHNSON<br>DANIEL L. KAPLAN<br>Assistant Federal Public Defenders |

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document to the following CM/ECF registrant(s):

Jami Johnson
Daniel Kaplan
*Counsel for Ali Yousif Ahmed Al-Nouri*

*s/ Todd M. Allison*
United States Attorney's Office