# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. MJ-20-08033-PHX-MTM<br><br>**ORDER** |

The Court has reviewed the parties Joint Proposed Pre-Extradition Hearing Deadlines (doc. 173) and concludes that the proposed deadlines are reasonable.[1] Accordingly, the parties are **ORDERED** to comply in all respects with the following deadlines:

(1) The government shall file its amended notice of rebuttal expert disclosure by **February 8, 2021**.

(2) The parties pre-hearing motions, aside from any motions in limine, shall be filed no later than **February 26, 2021**.

(3) Defendant's expert report shall be disclosed by **March 1, 2021**.

(4) The government's rebuttal expert report shall be disclosed by **March 29, 2021**.

(5) The parties shall exchange exhibit and witness lists for the May 25, 2021 hearing, along with a notice explaining how the parties intend each witness to appear at the hearing, no later than **April 16, 2021**.

//

---

[1] Additionally, Defendant has filed a Notice of Expert Witness (doc. 176) as contemplated by the Proposed Pre-Extradition Hearing Deadlines prior to the issuance of this Order.

(6) The parties' briefs on extradition shall be filed no later than **April 16, 2021**.

(7) Responses to the parties' briefs shall be filed no later than **April 30, 2021.**

(8) All motions in limine, as well as any objections to the proposed appearance method of any witness, shall be filed no later than **April 30, 2021**.

(9) Responses to motions in limine or objections to the proposed appearance method of any witness, if filed, shall be filed no later than **May 14, 2021**.

Dated this 29th day of January, 2021.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge