MICHAEL BAILEY
United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DAVID A. PIMSNER
Arizona State Bar No. 007480
RACHEL C. HERNANDEZ
Arizona State Bar No. 016543
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Todd.Allison@usdoj.gov
Email: David.Pimsner@usdoj.gov
Email: Rachel.Hernandez@usdoj.gov
Email: Dimitra.Sampson@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-8033MJ-MTM<br><br>**UNITED STATES' NOTICE REGARDING AN AMENDED REBUTTAL EXPERT DISCLOSURE** |

The United States of America, through undersigned counsel, hereby submits the following notice regarding an Amended Expert Rebuttal Disclosure. On September 28, 2020, this Court set an original deadline of November 23, 2020 for the government to file its Notice of Rebuttal Expert Witnesses. (Doc. 116.) On November 23, 2020, the government filed its Notice of Rebuttal Expert Witness noticing Professor Craig Whiteside as the government's expert. (Doc. 128.)

After the extradition hearing was continued, this Court adopted the parties' new

proposed pre-extradition hearing deadlines on January 29, 2021. (Doc. 177.) As such, the government was ordered to submit any amendments to the Rebuttal Expert Notice by February 8, 2021. The government hereby submits notice that it stands by its original Notice of Rebuttal Expert (Doc. 128) and does not intend to file an Amended Rebuttal Expert Disclosure at this time.

Respectfully submitted this 8th day of February, 2021.

MICHAEL BAILEY
United States Attorney

*s/ Todd M. Allison*
TODD M. ALLISON
DAVID A. PIMSNER
RACHEL C. HERNANDEZ
DIMITRA H. SAMPSON
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document to the following CM/ECF registrant(s):

Jami Johnson
Dan Kaplan
Counsel for Ali Yousif Ahmed Al-Nouri


*s/ TH*
United States Attorney's Office