JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
DANIEL L. KAPLAN, #021158
Asst. Federal Public Defenders
Attorney for Defendant
jami_johnson@fd.org
dan_kaplan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>Ali Yousif Ahmed Al-Nouri,<br><br>Defendant. | No. MJ-20-08033-PHX-MTM<br><br>MOTION TO CONTINUE EXTRADITION HEARING<br><br>(Second Request) |

Defendant Ali Yousif Ahmed Al-Nouri ("Ahmed"), through undersigned counsel, respectfully requests that this Court continue the extradition hearing presently scheduled for May 25, 2021 for a period of six months. The basis for this request is that the public health and safety conditions identified in Ahmed's December 2, 2021 motion to continue (Doc. 142) have not improved and have indeed worsened over the last five months. The attached declaration of Bridget Prince, who also provided a declaration in support of Ahmed's December motion to continue (Doc. 142-2), explains that vaccinations are not yet widely available in Iraq and that in response to surging infection rates likely caused by the introduction of more contagious variants, the government of Iraq has re-imposed curfew and has barred travelers from many countries, including the United States and the United Kingdom, from entering. Ex. A, declaration by B. Prince.

As a result of the worsening health and safety conditions in Iraq, counsel for Ahmed have been unable to comply with their ethical duty to investigate as that duty was explained by Professor Keith Swisher in Ahmed's December 2 motion to continue. (Doc. 142-3.) As Professor Swisher explained, the lack of any investigation whatsoever into the existence of potentially explanatory evidence renders representation ineffective per se. Failure of the duty to investigate is however especially prejudicial to Ahmed in light of the extreme improbability that Ahmed actually committed the charged acts, which naturally and inevitably corresponds to a higher likelihood that explanatory evidence that undermines probable cause will be located during a competent investigation.

As Ahmed has previously informed the court, and as the United States State Department concedes, false allegations based on shoddy evidence are rampant in the Iraqi judicial system, particularly with respect to allegations of terrorism-related offenses. (Doc. 52 at 8–10.) As the court aware, Ahmed maintains and has always maintained that he did not commit the charged offenses. Ahmed recently took and passed a polygraph examination in which he was asked specifically about his involvement in either of these two killings as well as about his involvement with groups who killed police, more generally. Exhibit B, April 7, 2021 polygraph exam results. All reasonable inferences that can be drawn from available evidence point to a strong likelihood that the allegations against Ahmed are false. The improbability that Ahmed committed these or similar acts raises significantly the probability that there exists relevant, admissible explanatory information regarding how these allegations came about, and defense counsel must be provided with an opportunity to attempt to locate such evidence.

Ahmed therefore respectfully requests that his extradition hearing be postponed for six months. In the alternative, Ahmed requests that the extradition

hearing be bifurcated and that the hearing on May 25, 2021 proceed as to legal issues only with a hearing as to probable cause be held at a later date, after Ahmed has had an opportunity to conduct a competent investigation.

Counsel for Ahmed has conferred with the Government regarding the requested continuance. The Government advised that it will file a prompt written response setting forth the Government's position as to Ahmed's request to continue the extradition hearing.

Respectfully submitted: April 15, 2020.

JON M. SANDS
Federal Public Defender

 *s/Jami Johnson*
JAMI JOHNSON
DANIEL L. KAPLAN
Asst. Federal Public Defenders