# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### <u>WITNESS LIST</u>

Case Number: __MJ-20-08033-MTM____     Judge Code: _____     Date: _____

In the Matter of the Extradition of _____Ali Yousif Ahmed Al-Nouri_____

☐ Plaintiff / Petitioner     [X] Defendant / Respondent

☐ Non-Jury Trial     ☐ Jury Trial     [X] Other Hearing: _Extradition Hearing_

| Name | Sworn | Appeared |
|---|---|---|
| Haider Ala Hamoudi | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |