UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# WITNESS LIST --- EXTRADITION

☒ Extradition Hearing ☐ Non-Jury Trial ☐ Jury Trial

In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri     No. 20-8033MJ-MTM
Last, First, Middle Initial                                        Year-Case No-Deft No-Judge

☒ GOVERNMENT     ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Professor Craig Whiteside (Via Video Teleconference) | G | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |