JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
DANIEL L. KAPLAN, #021158
Asst. Federal Public Defenders
Attorneys for Defendant
jami_johnson@fd.org
dan_kaplan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>Ali Yousif Ahmed Al-Nouri,<br><br>Defendant. | No. MJ-20-08033-PHX-JZB<br><br>MOTION TO TRANSPORT |

Defendant Ali Yousif Ahmed Al-Nouri, through undersigned counsel, respectfully requests that this Court issue and Order directing the U.S. Marshal's Office to transport Mr. Al-Nouri, Reg. No. 32795-508, to the Sandra Day O'Connor U.S. Courthouse for the Extradition hearing on May 25, 2021 at 10:00 a.m. before the Honorable Michael T. Morrissey.

Excludable delay is not expected to result from this motion or from an order based thereon.

Respectfully submitted: May 10, 2021.

JON M. SANDS
Federal Public Defender

 *s/Jami Johnson*
JAMI JOHNSON
DANIEL L. KAPLAN
Asst. Federal Public Defenders