# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## AMENDED EXHIBIT LIST  ---   EXTRADITION

☒ Extradition Hearing          ☐ Non-Jury Trial          ☐ Jury Trial

In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri          No. 20-8033MJ-MTM
Last, First, Middle Initial                                                                      Year-Case No-Deft No-Judge

☒ GOVERNMENT                                    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | | Extradition Request from the Government of Iraq for Ali Yousif Ahmed Al-Nouri including Declaration of Tom Heinemann, Department of State signed January 15, 2020 |
| 2. | | | Expert Report of Professor Craig Whiteside |
| 3. | | | Declaration of Tom Heinemann, Department of State signed April 15, 2021 |
| 4. | | | Declaration of Tom Heinemann, Department of State signed May 10, 2021 |
| 5. | | | Diplomatic Communication from the Government of Iraq from  Judge Jabbar Husayn 'Aliwi |
| 6. | | | English translation of Diplomatic Communication from the Government of Iraq from  Judge Jabbar Husayn 'Aliwi |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |