# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-MJ-08033-PHX-MTM<br><br>**ORDER** |

Before the Court is Al-Nouri's Motion to Transport (doc. 251), filed June 24, 2021. Al-Nouri seeks an order directing the United States Marshals Service to transport Al-Nouri from the Central Arizona Florence Correctional Center to the Sandra Day O'Connor United States Courthouse to attend the extradition hearing scheduled for July 15, 2021 at 10:00 AM, Arizona time. For the reasons explained in the Court's May 20, 2021 Order (doc. 237), the Court grants the motion. The United States Marshals Service is directed to make appropriate arrangements to facilitate Al-Nouri's appearance at the July 15, 2021 hearing.

**IT IS ORDERED:**

(1) Al-Nouri's Motion to Transport (doc. 251) is **granted**.

(2) The United States Marshals Service shall make appropriate arrangements to transport Ali Yousif Ahmed Al-Nouri, No. 32795-508, from the Central Arizona Florence Correctional Center, Florence, Arizona to the Sandra Day O'Connor United States Courthouse, Phoenix, Arizona, to attend the extradition hearing set for **July 15, 2021** at **10:00 AM** before the undersigned United States Magistrate Judge in the Special Proceedings Courtroom, Courtroom 201.

RCVD JUN 24 2021 PM 1:54
US MARSHALS SERVICE AZ

(3) Al-Nouri shall not be required to sequester prior to transport to the courthouse for the July 15, 2021 hearing.

Dated this 24th day of June, 2021.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge