GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DAVID A. PIMSNER
Arizona State Bar No. 007480
RACHEL C. HERNANDEZ
Arizona State Bar No. 016543
Assistant United States Attorneys
REBECCA A. HACISKI
District of Columbia Bar No. 996656
Trial Attorney, Office of International Affairs
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Todd.Allison@usdoj.gov
Email: David.Pimsner@usdoj.gov
Email: Rachel.Hernandez@usdoj.gov
Email: Rebecca.Haciski@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-8033MJ<br><br>**UNITED STATES' NOTICE RE: SECOND AMENDED EXHIBIT LIST** |

The United States of America, by and through the undersigned attorneys, hereby notifies this Court of amendments to its exhibit list for the upcoming extradition hearing in this matter.

On May 14, 2021, the government filed an amended exhibit list. (Doc. 227.) The document listed, as Exhibit 3, the "Declaration of Tom Heinemann, Department of State signed April 15, 2021"; and, as Exhibit 4, the "Declaration of Tom Heinemann, Department of State signed May 10, 2021." The declarations relate to the request submitted by the

Government of Iraq for the extradition of Ali Yousef Ahmed al-Nouri ("Ahmed"). Copies of these declarations were previously disclosed to Ahmed's counsel.

The State Department advised undersigned counsel that it attempted to send the original authenticated declarations to the United States Attorney's Office in Phoenix in May 2021, but the declarations never arrived. As of the date of this filing, they appear to have been lost. *See* Exhibit 1, attached hereto.

Mr. Heinemann subsequently executed new versions of both declarations, both of which are dated July 1, 2021. They have each been authenticated via certificates signed on behalf of the Secretary of State, as were the previous versions. The content of these July declarations is identical to that of the original documents.

Because the declarations listed on the previously filed exhibit list are not available and cannot be presented in original form at the extradition hearing, the government has amended its exhibit list to include the July declarations as Exhibits 3 and 4 instead, as reflected in the Second Amended Exhibit List attached hereto as Exhibit 2.

The government has disclosed the July 1, 2021, declarations to Ahmed's counsel, and advised that the United States' exhibit list will be amended to reflect this change. Because the declarations contain no new content, Ahmed is not prejudiced by substituting them for the previous versions.

In addition to amending the dates of Exhibits 3 and 4, the government has added the Declaration of Wafa Al-Karbouli, the FBI linguist who translated Iraq's supplemental extradition documents as Exhibit 7. The Court granted the government's Motion for Leave to Supplement the Record (Doc. 254), permitting the United States to move to admit the supplemental extradition documents from the government of Iraq, the English translation of the supplemental documents and the declaration of the FBI linguist who prepared the English translation.  (Doc. 255.) Accordingly, the declaration of the FBI linguist has been added to the Second Amended Exhibit List as Exhibit 7.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 12th day of July, 2021. |
| 2 | |
| 3 | GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona |
| 4 | |
| 5 | *s/ Todd M. Allison*<br>TODD M. ALLISON<br>DAVID A. PIMSNER |
| 6 | RACHEL C. HERNANDEZ<br>Assistant United States Attorneys |
| 7 | REBECCA A. HACISKI<br>Trial Attorney |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing documents, and sent the attached document to the following registrant(s):

Jami Johnson
Dan Kaplan
*Counsel for Ali Yousif Ahmed Al-Nouri*


*s/ Norma Hernandez*
United States Attorney's Office