|  |  |  |  |  |
|---|---|---|---|---|
| AO 435 AZ Form (Rev. 3/2018) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** DUE DATE: | |

| 1. NAME Honorable Michael T. Morrissey | 2. PHONE NUMBER 602-322-7685 | 3. DATE 19Jul2021 |
|---|---|---|
| 4. FIRM NAME USDC, District of Arizona | | |
| 5. MAILING ADDRESS 401 West Washington Street, Room 324 | 6. CITY Phoenix | 7. STATE AZ / 8. ZIP CODE 85003 |
| 9. CASE NUMBER 2:20-mj-08033-MTM-1 | 10. JUDGE MTM | DATES OF PROCEEDINGS 11. 07/15/2021  12. 07/15/2021 |
| 13. CASE NAME Extradition Matter of Ali Yousif Ahmed Al-Nouri | LOCATION OF PROCEEDINGS 14. AZD - PHX Division | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | Extradition Hearing | 07/15/2021 |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER ***JUDICIAL TRANSCRIPT REQUEST***

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3 DAYS | [x] | [ ] | | | |
| DAILY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [x] | [ ] | | E-MAIL ADDRESS MTM_chambers@azd.uscourts.gov | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/Michael T. Morrissey, Magistrate Judge

20. DATE 19Jul2021

| TRANSCRIPT TO BE PREPARED BY Linda Schroeder | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED 19Jul2021 | DATE / BY | PROCESSED BY Rudy Apodaca/ECRO | PHONE NUMBER (602) 322-7252 |
| DEPOSIT PAID | | DEPOSIT PAID | - |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | - |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | - |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY