JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

RUBEN L. IÑIGUEZ
California State Bar #145916
Asst. Federal Public Defender
Attorney for Defendant
ruben_iniguez@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of Extradition of<br><br>Ali Yousif Ahmed Al-Nouri,<br><br>Defendant. | No. MJ-20-08033-PHX-MTM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule of Civil Procedure 83.3(b)(4), Assistant Federal Public Defender Ruben L. Iñiguez, District of Arizona, hereby gives notice that he is substituted as counsel of record for Ali Yousif Ahmed Al-Nouri, terminating Jami Johnson, Assistant Federal Public Defender, for all further proceedings in this case.

Excludable delay under 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from any order based thereon.

Respectfully submitted: July 20, 2021.

JON M. SANDS
Federal Public Defender

_____
RUBEN L. IÑIGUEZ

Asst. Federal Public Defender