**EXHIBIT A**

Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

16512 West Quail Run Road
Surprise, Arizona 85387

Case No. 20-8029MB

## SEARCH AND SEIZURE WARRANT

To:  HSI Special Agent Sarah Wakefield and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of <u>Arizona.</u>
*(identify the person or describe the property to be searched and give its location):*

**AS FURTHER DESCRIBED IN ATTACHMENT A-1.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

**AS SET FORTH IN ATTACHMENT B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   2-11-20
                                                                                                  *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30)*
                                                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  1-28-20 @ 3:57 pm                         _____
                                                                                                    *Judge's signature*

City and State:  Phoenix, Arizona                                    HONORABLE JOHN Z. BOYLE, U.S. Magistrate Judge
                                                                                                  *Printed name and title*