# EXHIBIT B

# U.S. DEPARTMENT OF HOMELAND SECURITY
## Homeland Security Investigations

**EVIDENCE LOG FROM CONSENT SEARCH OR SEARCH WARRANT**

Investigative Case Number: [handwritten]

Date of Search: (mmddyyyy) 11302020

Time of Search: (24 Hour) 1123 (begin) ____ (end)

Location: 16512 W Quail Run Rd, Surprise AZ 85387

Agent: J Robertson

Page 1 of 2

| ITEM No. | QTY | ITEM DESCRIPTION | ITEM LOCATION |
|---|---|---|---|
| | 1 Bag | Room C Top Dresser Documents | Room C - Bedroom SE |
| | 1 Bag | Room C 2nd Drawer Documents | Room C - SE Bedroom |
| | 1 Bag | Room C Accordian File | Room C - SE Bedroom |
| | 1 Bag | Documents Accordian File | Room C - SE Bedroom |
| | 1 Bag | Documents 3rd Drawer | Room C - SE Bedroom |
| | 1 Bag | Immigration Docs - ID | Room C Closet SE Bedroom |
| | 1 Bag | IRAQ ID | Room C - SE Bedroom |
| | 1 Bag | HP Laptop | Room C SE Bedroom |
| | 1 Bag | HTC Cellphone | Room C SE Bedroom |
| | 1 Bag | Nikon Camera | Room C SE Bedroom |
| | 1 Bag | Film Negatives | Room C SE Bedroom |
| | 1 Bag | Photo Album | Room C SE Bedroom |
| | 1 Bag | Immigration Docs | Room C SE Bedroom |
| | 1 Bag | Foreign Docs | Room C SE Bedroom |
| | 1 Bag | Samsung Cell Phone | Room C SE Bedroom |
| | 1 Bag | Blu Cell Phone | Room C SE Bedroom |
| | 1 Bag | Galaxy Cell Phone | Room C SE Bedroom |
| | 1 Bag | Address Book | Room C SE Bedroom |
| | 1 Bag | Smart Tab Laptop | Room C SW Bedroom |
| | 1 Bag | Blu HTC Cell Phone | Room F SW Bedroom |
| | 1 Bag | Photographs | Room F SW Bedroom |
| | 1 Bag | Medical Docs | Room F SW Bedroom |
| | 1 Bag | Insurance Docs/Vehicle Title | Room F SW Bedroom |
| | 1 Bag | Iraq School Transcript | Room F SW Bedroom |
| | 1 Bag | US Passport | Room K Garage |

(ORIGINAL: Case File // COPY: Location)

**U.S. DEPARTMENT OF HOMELAND SECURITY**
Immigration and Customs Enforcement

Investigative Case Number: PX01PR06RHO2PR08

Date of Search: (mmddyyyy) 01302016

Time of Search: (24 Hour) 1123 (begin) ____ (end)

**EVIDENCE LOG FROM CONSENT SEARCH OR SEARCH WARRANT**

Location: 16512 W Quail Run Rd, Surprise AZ 85387

Agent: J. Robertson
Page 2 of 2

| ITEM No. | QTY | ITEM DESCRIPTION | ITEM LOCATION |
|---|---|---|---|
|  | 1 bag | Social Security Card | Room K Garage |

(ORIGINAL: Case File // COPY: Location)