# EXHIBIT C

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:20-mb-03101-MTM-1

Case title: USA v. Search Warrant

Date Filed: 04/20/2020
Date Terminated: 04/20/2020

Assigned to: Magistrate Judge Michael T Morrissey

### Defendant (1)

**Search Warrant**
*TERMINATED: 04/20/2020*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| search warrant | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2020 | 1 | SEARCH AND SEIZURE WARRANT ISSUED for 14 Electronic Devices (Seized from the Person and Premises of Ali Yousif Ahmed). Todd Allison appearing for USA. (Attachments: # 1 Application/Affidavit)(MAP) (Entered: 04/30/2020) |