JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

RUBEN L. IÑIGUEZ
California State Bar #145916
DANIEL L. KAPLAN, #021158
Assistant Federal Public Defenders
ruben_iniguez@fd.org
dan_kaplan@fd.org
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of the Extradition of Ali Yousif Ahmed Al Nouri, <br><br> Relator. | Case No. MJ-20-08033-PHX-MTM <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO UNSEAL SEARCH WARRANT AFFIDAVITS** |

Relator Ali Yousif Ahmed Al-Nouri, through undersigned counsel, respectfully submits a Notice of Withdrawal of Relator's Motion to Unseal Search Warrant Affidavits filed on July 29, 2021, (Doc. 269). This document was filed in error.

Excludable delay under 18 U.S.C. § 3161(h)(1)(F) may result from this motion or from an order based thereon.

Respectfully submitted: August 3, 2021

JON M. SANDS
Federal Public Defender

*s/Ruben L. Iñiguez*
RUBEN L. IÑIGUEZ
DANIEL L. KAPLAN
Assistant Federal Public Defenders