JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

DANIEL L. KAPLAN
Arizona State Bar #021158
RUBEN L. INIGUEZ
California State Bar #145916
Assistant Federal Public Defenders
dan_kaplan@fd.org
ruben_iniguez@fd.org

*Attorneys for Relator*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri. | No. 2:20-mj-08033-PHX-MTM<br><br>***EX PARTE* APPLICATION TO WITHDRAW AND SUBSTITUTE COUNSEL** |

Pursuant to Local Rules of Civil Procedure 7.2 and 83.3(b), and Local Rules of Criminal Procedure 12.1(a) and 57.14, Ali Yousif Ahmed Al-Nouri respectfully moves this Court to enter an Order granting the *ex parte* application of Assistant Federal Public Defenders Daniel L. Kaplan and Ruben L. Iñiguez of the Office of the Federal Public Defender for the District of Arizona to withdraw as counsel of record. He also moves the Court to authorize Assistant Federal Public Defenders Rachelle Barbour and Carolyn Wiggin of the Office of the Federal Public Defender

1

for the Eastern District of California to enter their appearances and undertake his legal representation.

The reasons underlying this application are as follows:

1. The Office of the Federal Public Defender for the District of Arizona has determined that its further representation of Mr. Al-Nouri would be ethically improper.

2. In light of that determination, and pursuant to the Administrative Office of the United States Courts' Out-of-District Appointment Protocol, on August 19, 2021, Eastern District of California Federal Public Defender Heather Williams notified Ninth Circuit Chief Judge Sidney R. Thomas of the District of Arizona Federal Public Defender Office's intention to seek to withdraw for ethical reasons, and of her office's intention to seek appointment in their place pursuant to 18 U.S.C. §§ 3599(a)(2) and (e). On August 20, 2021, Chief Judge Thomas indicated he had no objection to Ms. Williams' office's seeking appointment.

3. The Eastern District of California Federal Public Defender's Office is well-suited to represent Mr. Al-Nouri in this matter. In addition to being another Federal Public Defender's Office in a large and high-volume district, it has recently represented clients in other international extradition matters, including the similar matter of *United States v. Omar Abdulsattar Ameen*, No. 2:18-mj-00152-EFB (E.D. Cal.), in which Iraq's request for extradition was denied. AFPD Barbour was counsel for Mr. Ameen in that matter. Moreover, the southern portion of the Eastern District of California is geographically near the District of Arizona, which will facilitate substitute counsel's ability to visit and meet personally with Mr. Al-Nouri. The declarations of AFPDs Barbour and Wiggin, further describing their

professional qualifications and confirming their willingness to assume Mr. Al-Nouri's representation, are attached hereto as Exhibits 1 and 2, respectively.

4. AFPDs Kaplan, Iñiguez, Barbour, and Wiggin have discussed these matters with Mr. Al-Nouri. As reflected in his signed statement (attached hereto as Exhibit 3), Mr. Al-Nouri approves the withdrawal and substitution of counsel requested herein.

5. Mr. Al-Nouri is currently detained at the Central Arizona Florence Correctional Complex, 1155 N. Pinal Pkwy, P.O. Box 6300, Florence, AZ 85132, (520) 868-3668.

For these reasons, Mr. Al-Nouri respectfully requests that the Court enter an Order authorizing the withdrawal of AFPDs Kaplan and Iñiguez and appointing in their place AFPDs Barbour and Wiggin of the Office of the Federal Public Defender for the Eastern District of California as his counsel.

A proposed form of Order is being lodged herewith.

Respectfully submitted: September 20, 2021

JON M. SANDS
Federal Public Defender

*/s/ Ruben Iñiguez*

RUBEN L. IÑIGUEZ
DANIEL L. KAPLAN
Assistant Federal Public Defenders

3

# INDEX OF EXHIBITS

<u>In the Matter of the Extradition of:</u>

<u>Ali Yousif Ahmed Al-Nouri</u>

Exhibit 1: Declaration of Rachelle Barbour
Exhibit 2: Declaration of Carolyn M. Wiggin
Exhibit 3: Statement of Ali Yousif Ahmed Al-Nouri

# EXHIBIT 1

Declaration of Rachelle Barbour

1. I am an Assistant Federal Defender in the Sacramento Division of the Office of the Federal Defender for the Eastern District of California. I have been a lawyer in this office since September 1999. I have been a member in good standing of the California State Bar since November 1996. I am admitted to practice in the Eastern District of California, the Northern District of California, and the Ninth Circuit Court of Appeals. I was also admitted pro hac vice in the District of Hawaii in a criminal case. I have contacted the Clerk's Office of the District of Arizona, which has advised me that as a government lawyer I need only sign up for ECF to be admitted to practice in this District. I have done so.

2. Since August 2018, I have handled the extradition case of Omar Ameen, an Iraqi refugee charged with a 2014 murder in Iraq. On April 21, 2021, the Magistrate Judge issued a decision refusing to certify Mr. Ameen's extradition, finding that the case against him was "implausible" and that Mr. Ameen had obliterated probable cause by proving that he was in Turkey when the charged murder was committed in Iraq. Mr. Ameen's case involved Iraqi Government witnesses who falsely claimed to the FBI and the Iraqi Court that Mr. Ameen was in Iraq leading an ISIS invasion while he was actually in Turkey. In representing Mr. Ameen, I have learned about the common phenomenon of false accusations of terrorism in Iraq, as well as the manipulation of American authorities by Iraqis seeking to curry favor, obtain benefits, or exact retribution against other individuals or families. I have also conducted hundreds of hours of research and reading on the Iraqi-US Extradition Treaty, the Iraq War, and AQI/ISIS.

3. Based on my relevant experience in Mr. Ameen's case, the Arizona Federal Defender's Office contacted my office to determine if we would be able and willing to accept appointment in Mr. Al-Nouri's case. On August 19, 2021, my office requested that Ninth Circuit Chief Judge Sidney R. Thomas authorize us to seek out-of-district appointment in Mr. Al-Nouri's case. Chief Judge Thomas had no objection. My office then requested under 18 U.S.C. sec. 3559, that the Defender Services Office approve us to seek appointment to represent Mr. Al-Nouri. That approval was granted on August 20, 2021. I am happy to accept appointment to represent Mr. Al-Nouri.

I swear, under penalty of perjury, to the truth of the foregoing.

Signed September 13, 2021, in Sacramento, California.

RACHELLE BARBOUR
Assistant Federal Defender

# EXHIBIT 2

## Declaration of Carolyn M. Wiggin

1. I am an Assistant Federal Defender in the Sacramento Division of the Office of the Federal Defender for the Eastern District of California. I have been an Assistant Federal Defender in this office since 2001. I have been a member in good standing of the California State Bar since June, 1996. I am admitted to practice in the United States District Courts for the Eastern and Northern Districts of California, the United States Court of Appeals for the Ninth Circuit, the Supreme Court of the United States, and all California state courts. My office has contacted the Clerk's Office of the District of Arizona, which has advised that as a government lawyer I need only sign up for ECF to be admitted to practice in this District. I have done so.

2. For over twenty years, my practice has included habeas corpus cases. I have litigated dozens of federal cases that were filed under 28 U.S.C. Section 2241. When my office worked on the extradition case for Mr. Omar Ameen, I did research to familiarize myself with petitions brought under 28 U.S.C. Section 2241 in the context of international extradition proceedings.

3. Based on my office's experience in representing Mr. Ameen, the Arizona Federal Defender's Office contacted my office to determine if we would be able and willing to accept appointment in Mr. Al-Nouri's case. On August 19, 2021, my office requested that Ninth Circuit Chief Judge Sidney R. Thomas authorize us to seek out-of-district appointment in Mr. Al-Nouri's case. Chief Judge Thomas had no objection. My office then requested under 18 U.S.C. Section 3559, that the Defender Services Office approve

us to seek appointment to represent Mr. Al-Nouri. That approval was granted on August 20, 2021. I am happy to accept appointment to represent Mr. Al-Nouri.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct and as to other matters I believe them to be true and correct.

Dated: September 14, 2021

Carolyn M. Wiggin

# EXHIBIT 3

**FEDERAL PUBLIC DEFENDER**
**District of Arizona**
850 West Adams, Suite 201
Phoenix, Arizona 85007

JON M. SANDS
Federal Public Defender

602-382-2700
(Fax) 602-382-2800
1-800-758-7053

I, Ali Yousif Ahmed Ahmed Al-Nouri, relator in *In the Matter of Ali Yousif Ahmed Al-Nouri*, No. 20-MJ-08033-PHX-MTM (D. Ariz.), hereby notify the Court that I approve the substitution of Assistant Federal Public Defenders Rachelle Barbour and Carolyn Wiggin of the Office of the Federal Public Defender for the Eastern District of California for my current counsel, Assistant Federal Public Defenders Daniel L. Kaplan and Ruben L. Iñiguez of the Office of the Federal Public Defender for the District of Arizona, as my appointed counsel in this matter.

The following is an Arabic translation of the preceding text:

انا علي يوسف احمد النوري وبما يتعلق بقضيتي المرقمة 20-MJ-08033-PHX-MTM (د. اريز).

أبلغ سيادة المحكمة بوفق هذا المستند الموافقة على استبدال محامي مكتب الدفاع العام الفيدرالي الحالي لمقاطعة اريزونا السيد دانيال ال كابلان و السيد روبن ال انكوي بـ السيد أو السيدة ريشيل بربور و كارولين وكن والتابعين إلى مكتب الدفاع العام المقاطعة الشرقية لولاية كاليفورنيا العام كمستشارين قانونيين

_____      0-9-16-21
Ali Yousif Ahmed Al-Nouri         Date