# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-MJ-08033-PHX-MTM **ORDER** |

Before the Court is Relator Al-Nouri's motion for withdrawal of his counsel, Assistant Federal Public Defenders Daniel L. Kaplan and Ruben L. Iñiguez, and for appointment of substitute counsel. (Doc. 280.) The Court will grant the application to withdraw as counsel and will appoint new counsel from the Court's Criminal Justice Act panel. *See* 18 U.S.C. § 3006A; Gen. Ord. 18-12; Gen. Ord. 21-14.

**IT IS ORDERED** the *ex parte* application to withdraw and substitute counsel (doc. 280) is **GRANTED**.

**IT IS FURTHER ORDERED** Assistant Federal Public Defenders Daniel L. Kaplan and Ruben L. Iñiguez may withdraw as counsel for Relator Al-Nouri.

//

//

//

//

//

**IT IS FURTHER ORDERED** James S. Park of Park Law Office shall be appointed to represent Relator Al-Nouri.

Dated this 8th day of October, 2021.

                                                                          _____
                                                                          Honorable Michael T. Morrissey
                                                                          United States Magistrate Judge