# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. 20-MJ-08033-PHX-MTM<br><br>**ORDER** |

Before the Court is Relator Al-Nouri's motion for leave to submit supplemental briefing. (Doc. 286.) The United States objects to the motion. (Doc. 290.)

Relator's motion is not yet ripe. Relator articulates no specific issue for which he seeks to submit supplemental briefing. If an issue arises requiring supplemental briefing, he may renew his motion.

**IT IS ORDERED** Relator Al-Nouri's motion for leave to submit supplemental briefing (doc. 286) is **DENIED WITHOUT PREJUDICE**.

Dated this 9th day of November, 2021.

Honorable Michael T. Morrissey
United States Magistrate Judge