# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. MJ-20-08033-PHX-MTM<br><br>**ORDER** |

Pending before the Court is Counsel for Relator Al-Nouri's ("Relator") "[Motion] for Court Determination of Status of Appointed Counsel." (Doc. 294.) The Court will schedule a hearing on the Motion. Counsel for Relator has notified the Court that Relator requests to appear in person. As such, the Court will order the sequestration of Relator prior to the scheduled hearing.

Accordingly,

**IT IS ORDERED**:

1. Setting a hearing on the Motion (Doc. 294) for **February 2, 2022** at **2:00 p.m.** before Magistrate Judge Michael T. Morrissey in courtroom 302.

2. That Relator be sequestered, which may include the Special Housing Unit, starting on January 19, 2022, which is fourteen (14) days prior to Relator's February 2, 2022 Hearing.

3. That Relator remain sequestered until the conclusion of the February 2, 2022 Hearing. Counsel shall be provided telephonic access Relator during sequestration.

4. That the Court authorizes the use of reasonable and necessary force by the jail staff and/or the USMS for the purposes of enforcing the ordered sequestration. Furthermore, the Court authorizes the use of reasonable and necessary force for the jail staff and/or the USMS for the purposes of transporting the defendant to and from Court.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from ___ to ____.

Dated this 11th day of January, 2022.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge