# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri. | No. MJ-20-08033-PHX-MTM<br><br>**ORDER** |

On January 18, 2022, the Court was notified by defense counsel that Relator Al-Nouri ("Relator") consented to appearing via video teleconference at the Hearing on the Motion for Court Determination of Status of Appointed Counsel. (Doc. 294.) As a result, the Court agreed to release Relator from sequestration, accelerate the February 2, 2022 Hearing, and allow Relator to appear via video. However, on January 19, 2022, the Court was notified that Relator's housing unit is currently in quarantine, and as such, his appearance would need to be telephonic. On January 19, 2022, defense counsel notified the Court that she had spoken with Relator, who consents to proceed telephonically due to his quarantine status.

Accordingly,

**IT IS ORDERED**:

1. The February 2, 2022 Hearing on the Motion for Court Determination of Status of Appointed Counsel is accelerated to **January 21, 2022** at **3:45 p.m.** before Magistrate Judge Michael T. Morrissey in courtroom 305.

2. Relator shall be released from sequestration, effective immediately, and shall appear telephonically at the January 21, 2022 Hearing.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from ___ to ____.

Dated this 19th day of January, 2022.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge