# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ-20-08033-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| In the Matter of the Extradition of Ali Yousif Ahmed Al-Nouri a/k/a/ Ali Youssef Ahmed Al-Nouri, Ali Ahmed, Ali Yousif Ahmed Al Noori, Ali Yousif Ahmed Nouri, Ali Al-Daleme, Ali Yousif Ahmed Al-Mahmadi, Ali Yousif Ahmed, and Ali Yousif Nouri, | |
| Defendant. | |

On January 21, 2022, the Court held a hearing on the Motion for Court Determination of Status of Appointed Counsel. (Doc. 294.) At the Hearing, the Court granted Relator Al-Nouri's ("Relator") request for new counsel and stated it would issue an order relieving AFPD Rachelle Barbour and AFPD Carolyn Wiggin of further responsibility and appointing new counsel for Relator.

Accordingly,

**IT IS ORDERED**:

1. The Motion (Doc. 294) is **granted**.

2. AFPD Rachelle Barbour and AFPD Carolyn Wiggin are withdrawn as counsel of record in this case.

3. Attorney David Eisenberg is appointed as counsel of record for Relator,

effective immediately.

No excludable delay shall occur from the entry of this Order.

Dated this 24th day of January, 2022.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge